IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | _2:05cv513-C_ |
| | ) | |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF | ) | |
| TRANSPORTATION, JOE MCINNES, | ) | |
| in his official capacity as | ) | |
| Director of the State of | ) | |
| Alabama Department of | ) | JURY DEMAND |
| Transportation; | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

**TO DEFENDANT:**        **AL Dept of Transportation**
**1409 Colisuem Blvd.**
**Montgomery, AL 36110**

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS,

CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response

to the Complaint which is herewith served upon you, within **TWENTY (20)** days after service of this Summons upon you,

exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU

FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within

a reasonable period of time after service.

_Debra P. Hackett_                              _6-3-05_
CLERK OF COURT                                   DATE

By: _Charlene Campbell_
Deputy Clerk

AO 440 (Rev. 5/85) Summons In A Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____
_____
_____

[ ] Other (specify):_____
—

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
*Date*                                         *Signature of Server*

_____
*Address of Server*

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | *2:05CV513-C* |
| | ) | |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF | ) | |
| TRANSPORTATION, JOE MCINNES, | ) | |
| in his official capacity as | ) | |
| Director of the State of | ) | |
| Alabama Department of | ) | JURY DEMAND |
| Transportation; | ) | |
| | ) | |
|       Defendants. | ) | |

## SUMMONS

**TO DEFENDANT:**       **JD MCInnes**
                    **AL Dept of Transportation**
                    **1409 Coliseum Boulevard**
                    **Montgomery, AL 36110**

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY (20)** days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_*Debra P. Hackett*_____     _6-3-05_____
CLERK OF COURT                                          DATE

By:_*Charlene Campbell*_____
    Deputy Clerk

AO 440 (Rev. 5/85)  Summons In A Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | |
| NAME OF SERVER | TITLE | |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant.  Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              *Date*                       *Signature of Server*

                                        _____
                                           *Address of Server*

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.