| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _David Matthews_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Darnell Matthews   C. Date of Delivery: 6-7-05 |
| 1. Article Addressed to:<br>AL Dept. of Transportation<br>1409 Coliseum Blvd.<br>Montgomery, AL 36110<br><br>05cv513 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0005 0777 5091 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540