IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION and JOE McINNES, ) | |
| in his official capacity as Director of the State ) | |
| of Alabama Department of Transportation, ) | |
| ) | |
|    Defendants. ) | |

**MOTION TO WITHDRAW/SUBSTITUTION OF COUNSEL**

The undersigned counsel, Assistant Attorney General Gilda Branch Williams, hereby moves this Court for leave to withdraw as counsel for Defendant Alabama Department of Transportation ("ALDOT"). Assistant Attorney General Jim R. Ippolito, Jr., will continue to represent Defendant ALDOT, and Assistant Attorney General Harry A. Lyles will also appear as counsel for Defendant ALDOT.

                                                  RESPECTFULLY SUBMITTED
                                                  TROY KING
                                                  ATTORNEY GENERAL

                                                  s/ Stacey S. Houston
                                                  Jim R. Ippolito, Jr. (IPP001)
                                                  Assistant Attorney General
                                                  Chief Counsel

                                                  Stacey S. Houston (HOU008)
                                                  Assistant Attorney General
                                                  Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-cv-513-C |
| | ) | |
| STATE OF ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION and JOE McINNES, | ) | |
| in his official capacity as Director of the State | ) | |
| of Alabama Department of Transportation, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Kell A. Simon, Esq., WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., 301 19th Street, North, Birmingham, Alabama 35203.

s/ Stacey S. Houston
STACEY S. HOUSTON (HOU008)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
houstons@dot.state.al.us