IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-cv-513-T |
| | ) |
| STATE OF ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION and JOE McINNES, | ) |
| in his official capacity as Director of the State | ) |
| of Alabama Department of Transportation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Harry A. Lyles, Assistant Attorney General and Assistant Counsel for the State of Alabama Department of Transportation, hereby files this notice of appearance as additional counsel of record for Defendants State of Alabama Department of Transportation and Joe McInnes.

        RESPECTFULLY SUBMITTED
        TROY KING (KIN047)
        ATTORNEY GENERAL

        s/ Harry A. Lyles (LYL001)
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel
        Harry A. Lyles (LYL001)
        Assistant Attorney General
        Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-513-C |
| ) | |
| STATE OF ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION and JOE McINNES, ) | |
| in his official capacity as Director of the State ) | |
| of Alabama Department of Transportation, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Kell A. Simon, Esq., WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., 301 19th Street, North, Birmingham, Alabama  35203.

s/ Harry A. Lyles
HARRY A. LYLES(LYL001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
lylesh@dot.state.al.us

2