IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION and JOE McINNES, ) | |
| in his official capacity as Director of the State ) | |
| of Alabama Department of Transportation, ) | |
| ) | |
| Defendants. ) | |

**CORRECTED MOTION TO WITHDRAW/SUBSTITUTION OF COUNSEL**

The undersigned counsel, Assistant Attorney General Stacey S. Houston, hereby moves this Court for leave to withdraw as counsel for Defendants State of Alabama Department of Transportation and Joe McInnes. Assistant Attorney General Jim R. Ippolito, Jr., will continue to represent these Defendants, and Assistant Attorney General Harry A. Lyles has filed a notice of appearance as counsel for these Defendants.

    RESPECTFULLY SUBMITTED
    TROY KING
    ATTORNEY GENERAL

    s/ Stacey S. Houston
    Jim R. Ippolito, Jr. (IPP001)
    Assistant Attorney General
    Chief Counsel

    Stacey S. Houston (HOU008)
    Assistant Attorney General
    Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-cv-513-C |
| | ) | |
| STATE OF ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION and JOE McINNES, | ) | |
| in his official capacity as Director of the State | ) | |
| of Alabama Department of Transportation, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Kell A. Simon, Esq., WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., 301 19th Street, North, Birmingham, Alabama 35203.

          s/ Stacey S. Houston
          STACEY S. HOUSTON (HOU008)
          Assistant Attorney General
          Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
houstons@dot.state.al.us