IN THE
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | 2:05cv513-T |
| | ) | |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF | ) | |
| TRANSPORTATION, JOE MCINNES, | ) | |
| in his official capacity as | ) | |
| Director of the State of | ) | |
| Alabama Department of | ) | JURY DEMAND |
| Transportation; | ) | |
| | ) | |
|     Defendants. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on **July 18, 2005**, with participation by the following:

KELL A. SIMON on behalf of plaintiff, Marilyn Reed

HARRY LYLES on behalf of defendants, Alabama Department of Transportation and Joe McInnes.

    1.    **Pre-Discovery Disclosures.** The parties will exchange by **August 8, 2005** the information required by Rule 26.

    2.    **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

    (a)    factual information concerning the alleged

       (b)  any and all damages claimed by the plaintiff;
       discriminatory treatment and termination of the plaintiff;
       (c)  plaintiff's employment history and work performance;
       (d)  general issues of liability; and
       (e)  any and all issues raised in the answer, including affirmative defenses.

3. All discovery commenced in time to be completed by **June 1, 2006.**

4. **Interrogatories:** Maximum of **25** interrogatories by each party to any other party. Responses to all Interrogatories are due **30** days after service.

5. **Requests for Production**: Maximum of **40** requests for production by each party to any other party. Responses to all Requests for Production are due **30** days after service.

6. **Requests for Admission**: Maximum number of **25** Requests for Admission by each party to any other party. Response to all Requests for Admissions are due **30** days after service.

7. **Depositions:** Maximum of **9** depositions by each party, each deposition to be limited to a maximum of 7 hours unless extended by agreement of the parties.

8. Reports from retained experts under Rule 26(a)(2) due:
  From the plaintiff by **February 1, 2006**
  From the defendant by **March 1, 2006**

9. **Supplementation under Rule 26.** All supplementation under Rule 26 will be due immediately upon discovering additional information, with final supplementation due within **30** days of the discovery deadline.

10. **Other Items.**

a. **Scheduling Order Conference:** The parties do not request a conference with the court before entry of the scheduling order.

b. **Additional Parties:**

1. The plaintiff should be allowed until **December 1, 2005** to join additional parties and to amend the pleadings.

2. The defendant should be allowed until **January 1, 2006** to join additional parties and to add defenses and amend the pleadings.

11. All potentially dispositive motions should be filed by **May 1, 2006.**

12. The parties request a final pretrial conference by **August 1, 2006.**

13. Final lists of trial evidence under Rule 26(a)(3) should be due:

    a. From the plaintiff: witnesses and exhibits by **30** days before trial;

    b. From defendant: witnesses and exhibits by **30** days before trial;

    c. Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    d. The case should be ready for trial by **October 2006** and, at this time, is expected to take approximately __2 to 3__ days.

                                           Respectfully submitted,

                                           _____s/ Kell Simon_____
                                           Kell Simon, ASB-0214-O77K
                                           Attorney for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN & PANTAZIS
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 458-1259 (facsimile)

                                           _____s/ Harry Lyles_____
                                           Harry Lyles, ASB-9958-L64H
                                           Attorney for Defendants

**OF COUNSEL:**

ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350
(334) 264-4359 (facsimile)