IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL,                    )<br>                                 )<br>    Plaintiff,                  )<br>                                 )<br>    v.                           )<br>                                 )<br>STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION and        )<br>JOE MCINNES in his official  )<br>capacity as Director of the  )<br>State of Alabama Department  )<br>of Transportation,           )<br>                                 )<br>    Defendants.                )  | CIVIL ACTION NO.<br>  2:05cv513-T |

**ORDER**

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 8) is denied.

(2) The corrected motion to withdraw (Doc. No. 10) is granted.

DONE, this the 28th day of July, 2005.

            /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**