IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | )   CASE NO. 2:05-cv-513-MHT |
| TRANSPORTATION and JOE McINNES, | ) |
| *etc.*, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Assistant Attorney General Andrew W. Redd, Assistant Counsel for the State of Alabama Department of Transportation, hereby files this notice of appearance as additional counsel of record for Defendants Alabama Department of Transportation and Joe McInnes.

                                              RESPECTFULLY SUBMITTED
                                              TROY KING
                                              ATTORNEY GENERAL

                                              s/ Andrew W. Redd
                                              Jim R. Ippolito, Jr. (IPP001)
                                              Assistant Attorney General
                                              Chief Counsel

                                              Andrew W. Redd (RED001)
                                              Assistant Attorney General
                                              Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) CASE NO. 2:05-cv-513-MHT |
| TRANSPORTATION and JOE McINNES, | ) |
| I, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Kell A. Simon, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF


s/ Andrew W. Redd
Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us