IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cv-513-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION and JOE McINNES, | ) | |
| *etc.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

**COMES NOW,** Robert Prescott, Assistant Counsel for the State of Alabama Department of Transportation, and hereby files this Notice of Appearance as additional counsel of record for Defendants Alabama Department of Transportation and Joe McInnes.

**RESPECTFULLY SUBMITTED** this the 3rd day of May 2006.

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        /s/ Robert Prescott_____
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Robert Prescott (PRE020)
        Assistant Attorney General
        Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TONY CABBIL,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:05-cv-513-MHT |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **TRANSPORTATION and JOE McINNES,** | ) | |
| *etc.*, | ) | |
| | ) | |
|    **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Kell A. Simon, Esq.,
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.,
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

                                              s/ Robert Prescott
                                              ROBERT PRESCOTT (PRE020)
                                              Assistant Attorney General
                                              Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
prescottg@dot.state.al.us