IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | )   CASE NO. 2:05-cv-513-MHT |
| TRANSPORTATION and JOE McINNES, | ) |
| etc., | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR EXTENSION OF TIME
## FOR FILING DISPOSITIVE MOTIONS

1.    There was a delay in Defendants' receipt of Plaintiff's Rule 26 disclosures and Plaintiff's responses to Defendants' discovery requests.

2.    Defendants have only recently had the opportunity to depose Plaintiff; Defendants have not yet received their copy of the transcript of said deposition.

3.    Plaintiff's counsel and the undersigned counsel have conferred, and Plaintiff's counsel voiced no objection to such an extension of time for filing dispositive motions.

4.    Plaintiff will not be unduly hindered nor harmed by such an extension of time for the filing of Defendants' dispositive motion.

Wherefore, Defendants request this Court to extend the time for the filing of dispositive motions to, and including, June 12, 2006.

                                              RESPECTFULLY SUBMITTED
                                              TROY KING
                                              ATTORNEY GENERAL

                                              s/ Andrew W. Redd
                                              Jim R. Ippolito, Jr. (IPP001)
                                              Assistant Attorney General
                                              Chief Counsel

               Andrew W. Redd (RED001)
               G. Robert Prescott, Jr. (PRE020)
               Assistant Attorneys General
               Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us
prescottg@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ALABAMA DEPARTMENT OF | ) CASE NO. 2:05-cv-513-MHT |
| TRANSPORTATION and JOE McINNES, | ) |
| etc., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Kell A. Simon, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

s/ Andrew W. Redd            .
Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us
prescottg@dot.state.al.us

3