IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL,                             )<br>                                          )<br>    Plaintiff,                           )<br>                                          )<br>    v.                                    )<br>                                          )<br>STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION and           )<br>JOE MCINNES in his official       )<br>capacity as Director of the      )<br>State of Alabama Department    )<br>of Transportation,                   )<br>                                          )<br>    Defendants.                        ) | CIVIL ACTION NO.<br>2:05cv513-MHT |

ORDER

It is ORDERED that the motion for extension of time (doc. no. 16) is granted.

DONE, this the 17th day of May, 2006.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**