## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | ) |
| **v.** | )    **No. 2:05-cv-00513-MHT** |
| | ) |
| **STATE OF ALABAMA DEPARTMENT** | ) |
| **OF TRANSPORTATION, and** | ) |
| **JOE MCINNES,** | ) |
| | ) |
|     **Defendants.** | ) |

## <u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

Defendants State of Alabama Department of Transportation ("ALDOT") and Joe McInnes hereby move this Court to enter summary judgment in their favor in this matter, and as grounds therefor, show unto the Court as follows:

    1.    The Plaintiff has failed to state a claim for which relief can be granted.

    2.    The Plaintiff has failed to set forth a *prima facie* claims under Title VII or 42 U.S. C. Section 1981.

    3.    The Plaintiff has failed to state a claim of retaliation under Title VII or 42 U.S.C. Section 1981.

    Contemporaneously herewith, Defendants file their Memorandum Brief in Support and Evidentiary Materials in Support of this Motion for Summary Judgment.

RESPECTFULLY SUBMITTED
TROY KING (KIN001)
ATTORNEY GENERAL

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Andrew W. Redd (RED001)
Robert  Prescott (PRE020)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY CABBIL,                              )
                                          )
    Plaintiff,                       )
                                          )
                                          )
v.                                        )    No. 2:05-cv-00513-MHT
                                          )
STATE OF ALABAMA DEPARTMENT               )
OF TRANSPORTATION, and                    )
JOE MCINNES,                              )
                                          )
    Defendants.                      )

## CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECT system, which will send notification to the following:  Kell

Simon, Esq., WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., 301 Nineteenth Street, North,

Birmingham, Alabama  35203.

                           s/ Andrew W. Redd
                           ANDREW W. REDD (RED001)
                           Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us