## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | ) |
| v. | )  No. 2:05-cv-00513-MHT |
| | ) |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF TRANSPORTATION, and | ) |
| JOE MCINNES, | ) |
| | ) |
|    Defendants. | ) |

### EVIDENTIARY MATERIALS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants State of Alabama Department of Transportation ("ALDOT") and Joe McInnes hereby file the following evidentiary materials in support of their motion for summary judgment and brief in support thereof, filed contemporaneously herewith:

    **Excerpts from the Deposition of Tony Cabbil**

    **Affidavit of L. Dee Rowe with attachments**[1]

    **Affidavit of Nicky Calhoun**

    **Affidavit of Donna Elliott with attachments**

    **Affidavit of Gary lliott with attachments**

    **Affidavit of Ken Edwards**

    Af**fidavit of Anita Box**

    **Affidavit of Michael Smelley with attachment**

---

[1] Certain depositions are faxed copies at this time. Defendants will obtain the original signed and notarized affidavits and maintain them on file.

**EXHIBITS**

A.  Attendance/Punctuality Guideline Form dated July 13, 2001

B.  Probationary Performance Appraisal from George T. Essary

C.  Performance Appraisal from Donna Elliott dated November 19, 2002

D.  Performance Appraisal from Donna Elliott dated November 18, 2002

E.  Employee Assistance Program Referral Documents dated December 3, 2003

F.  Warning issued by D. Elliott dated December 8, 2003

G.  Stringfellow memorandum to Donna. Elliott dated December 8, 2003

H.  Tony Cabbil's ALDOT Complaint dated December 16, 2003 and attached documents

I.  Reprimand issued by Gary. Elliott dated January 5, 2004

J.  Termination documents

K.  Plaintiff's appeal to State Personnel Board dated May 5, 2004

L.  Plaintiff's EEOC Complaint dated May 19, 2004

    RESPECTFULLY SUBMITTED
    TROY KING (KIN001)
    ATTORNEY GENERAL

    s/ Andrew W. Redd
    Jim R. Ippolito, Jr. (IPP001)
    Assistant Attorney General
    Chief Counsel

    Andrew W. Redd (RED001)
    Robert Prescott (PRE020)
    Assistant Attorney General
    Assistant Counsel

**ADDRESS OF COUNSEL:**

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TONY CABBIL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 2:05-cv-00513-MHT |
| | ) |
| **STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, and JOE MCINNES,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Kell Simon, Esq., WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., 301 Nineteenth Street, North, Birmingham, Alabama 35203.

                s/ Andrew W. Redd
                Andrew W. Redd (RED001)
                Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us