IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-513-MHT |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION and JOE McINNES, ) | |
| etc., ) | |
| Defendants. ) | |

## AFFIDAVIT OF L. DEE ROWE

Before me, the undersigned notary public in and for the State of Alabama at Large, this day personally appeared L. Dee Rowe, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

"My name is L. Dee Rowe. I am a resident of the State of Alabama, over the age of nineteen (19) years and have personal knowledge of the facts set forth in the affidavit."

"I am employed with the Alabama Department of Transportation (ALDOT) in Tuscaloosa, Alabama in ALDOT's Fifth Division office. My job classification is Division Engineer. I have been employed with ALDOT since August 3, 1985.

"On March 16, 2004, I received documentation from Mr. Nicky L. Calhoun, Assistant Division Engineer of Construction, concerning the Plaintiff. Mr. Calhoun recommended termination of the Plaintiff due to his behavior and actions. I thoroughly reviewed the documentation from Mr. Calhoun and concurred with his recommendation. I sent my recommendation, along with the documentation to Mr. Joe McInnes, ALDOT Director."

"On April 14, 2004, a pre-termination conference was held for the Plaintiff at the Fifth Division office in Tuscaloosa, Alabama. The Plaintiff was present for the conference. He made statements and presented documents in defense of the allegations levied against him. After carefully considering the Plaintiff's statements and submitted documents I endorsed and supported the Plaintiff's termination of employment with ALDOT. I sent a memorandum to Mr. McInnes advising him of my decision based on the evidence presented to me." *See*, attached memorandum.

1

Dated this the 7th day of June 2006.

_____
L. Dee Rowe
Affiant

Subscribed and sworn to before me this the 7th day of July 2006.

_____
Notary Public
My Commission Expires June 24, 2008

2

 

**ALABAMA DEPARTMENT OF TRANSPORTATION**
FIFTH DIVISION
OFFICE OF THE DIVISION ENGINEER
2715 East Skyland Boulevard
P. O. Box 70070, Tuscaloosa, Alabama 35407
Telephone: 205-553-7030
Fax: 205-556-0900

Bob Riley
Governor

Joe McInnes
Transportation Director

April 16, 2004

MEMORANDUM

TO: Mr. D. J. McInnis
Transportation Director

ATTN: Mr. Ron Green
Executive Assistant Transportation Director

FROM: Ms. L. Dee Rowe
Division Engineer

RE: Pre-termination Conference – Tony Cabbil

On Wednesday, April 14, 2004, a pre-termination conference was held for Tony Cabbil. Attending the conference were Tony Cabbil, Tiffany Ramsey and L. Dee Rowe. The conference was tape-recorded. However, the tape was inadvertently erased in an attempt to duplicate it upon request of Mr. Cabbil. This office was instructed to submit the recorded cassette to Mr. Ron Green, Personnel Bureau, and will do so once we receive advice from Mr. Ippolito regarding having Mr. Cabbil do his hearing again for the sake of the tape recording.

I have carefully considered Tony Cabbil's statements and submitted documents and have reviewed the audiotape of the conference. I find no compelling reason to mitigate this situation. Therefore, I endorse and support the dismissal of Tony Cabbil from employment with the Department of Transportation.

Thank you.

LDR/TPR/

Enclosures

Cc: File



EXHIBIT 1

1

4-14-04

This is my response concerning the Proposed Termination and Pre-termination Conference.

On December 8, 2003 I recieved a written Warning for the seventh occasion in a 12 month period. The dates December 16, 2002, January 13, 2003, February 19, 2003, March 18, 2003, March 22, 2003, May 16, 2003, November 20, 2003 were all for you did not report for work but called in sick.

On September 21, 2003 through October 3, 2003 you did not report for work, but called in sick. (I had a Doctor excuse for mention dates).

On August 4, 2003 you initiated a confrontation with a co-worker in which your behavior was disruptive. (What kind of disruptive behavior did I have? and who witness the behavior

2.

Cabbil v. ALDOT  0049
Docs Prod by Pltf

and why was there no disciplinary actions taken against me? for this behavior.

On October 16, 17, and 20 2003, you failed to perform your job properly. You did not record the measurements of the pavement edge drain. Therefore the work had to be assigned to other employees. ( I have documentation in my orange book which verify that I did take measurements where I was assigned on the above mentioned dates.

On November 18, 2003 you failed and or refused to sign your performance appraisal due to the score. After being informed that disciplinary action would be taken place for refusal to sign the appraisal, you signed it. ( I felt threaten by the tone of voice from my supervisor is why I signed the apprasial and I was clear with her that I didn't agree with the appraisal).

3.

Cabbil v. ALDOT 0050
Docs Prod by Pltf

On November 25, 2003 you complained to your supervisor about being assigned to work in Tuscaloosa instead of Chilton County. Also you said that your supervisor should be rotating personnel. (I did complain about having to work in Chilton County and I did ask why staff could not be rotated because the work on Hwy 69 south was slow). On the same day you failed to perform your job properly, as you did not record or complete the required documentation for contractor activity. (I have documentation in my orange book on the mention date that I was assigned this job.)

On November 26, 2003 you complained to your supervisor about being assigned to work in Chilton County on Monday, December 1, 2003. (I did not complain to my supervisor about working in Chilton County on Monday December 1, 2003, I did tell my supervisor that I had submitted a leave slip to be off and I stated it was important to me to be off.

4.

Cabbil v. ALDOT 0051
Docs Prod by Pltf

4

On January 15 through 27, 2004 you were responsible for inspecting contractors work. Your documentation indicated you had inspected each phase before allowing the contractor to continue when, in fact you had not. (I did what I was told to do and what I was showed to do by Ken Edwards CE who is on the bridge project with me approximately 85% of the time), (I have not been showed nothing by my Project Engineer Gary Elliott.)

On February 13, 2004 you were assigned to work on February 14, and 16 2004 but you refused to do so until instructed to do 3 times. (I was not told 3 times Gary Elliott came out on the project and asked what was the problem with me working I responded it was not a problem Ken Edwards CE and myself had discussed working on Feb. 14, 2004. Gary stated Ken could not work because he don't get overtime, Ken drove up and it was settled that I will be working on February 14, and 16 2004 I was not told 3 times).

5.

On February 17, 18, and 19 2004, the Division bridge crew inspected a contractors work which was performed January 15 through 27 2004 and found the work to be unacceptable. (The Division bridge Crew was performing routine maintenance, there were places where the 1st coat or 2nd coat of primer had been applied but not the 3rd coat paint which would have made the Spans complete. Ken Edwards CE and myself was aware of the areas in question and had discussed with the Contractor making certain that he was in fact of the same areas.). You were responsible to insure that the work was performed properly. As a result it was estimated it would cost the Department $4,000 to $5,000 to correct the problem. (The Contractor, Myself and Ken Edwards all were aware of the areas that needed to be sandblasted, 1st coat of primer 2nd coat of primer applied before the 3rd coat of paint was applied which would make the area complete.

On March 9, 2004 you had been previously instructed to use the Men's restroom and not the ladies restroom. You used the ladies restroom anyway, and did not clean up your mess. Another employee had to

6.

Cabbil v. ALDOT   0053
Docs Prod by Pltf

5

On December 3, 2003 you were referred to the Employee Assistance Program for Absenteeism. ( I did have a conference with Mr. Taylor from the EPA on absenteeism.)

On December 8, 2003 you recieved a written Warning regarding Absenteeism. (Yes I did recieve the Written Warning about Absenteeism.) Also the Site Mananger Coordinator wrote a Memo to your Supervisor stating that he had been unsucessful at training you on the Site Mananger Computer Program. ( I had no knowledge about the memo going to my supervisor, this is my first time being made aware of this).

On December 19, 2003 you left your job without permission and did not return for the remainder of the day. As a result, on January 5, 2004 you recieved a written reprimand for inattention to job and leaving work without permission. ( I did recieve the Written Reprimand on January 5, 2004).

7.

Cabbil v. ALDOT  0054
Docs Prod by Pltf

clean the bathroom and disinfect it. (I used the bathroom only on one occasion and it was not the time being described here. I find it to be very insulting, and offensive to make such a allegation, Why wasn't I ever made aware of this. I'm more intelligent than that.

Tony Cabbil
Engineer Asst.

Tony Cabbil
4-14-04

✱ I Tony Cabbil was informed by Dee Rowe Division Engineer that the originial taped conversation on 4-14-04 had been inadvertenly erased and that I had options, I chose to start from the beginning and tape my response over this time when the conversation was complete I was given a copy of the tape like which I had requested from the first tape on 4-14-04, this recording was held in the presence of Dee Rowe Division Engineer, Tiffany Ramsey EEO and myself (Tony Cabbil Engineer Assistant) on 4-21-04 at the 5th Division about 4:10 pm.

Tony Cabbil
Engineer Asst.

Tony Cabbil
4-21-04

Cabbil v. ALDOT   0055
Docs Prod by Pltf

8.