IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION AND JOE )<br>MCINNES, ITS DIRECTOR )<br>    Defendants. ) | Case Number:2-05cv513C |

## AFFIDAVIT OF DONNA ELLIOTT

Before me, the undersigned notary public in and for the State of Alabama at Large, this day personally appeared Donna Elliott, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Donna Elliott. I am currently employed with the Alabama Department of Transportation (ALDOT) in Tuscaloosa, Alabama. I am assigned to the Fifth Division, Second District.

In 2002, I was assigned as Project Engineer for the Second District, Fifth Division and became Engineering Assistant Tony Cabbil's supervisor. During Mr. Cabbil's employment, I had the occasion to prepare his annual performance appraisal twice. On each occasion I rated him at 20 or Meets Standards. This resulted in a one-step raise for Mr. Cabbil. On the first appraisal that I prepared, I consulted with Talbot Essary, who had been Mr. Cabbil's supervisor before me. Mr. Essary had rated Mr. Cabbil at 20 or meets standards on Mr. Cabbil's probationary appraisal. It was my judgment, based on information from Mr. Essary and my own

observations, that Mr. Cabbil's performance during these rating periods met the standards expected of him. His work and performance did not, in my opinion, exceed or consistently exceed the standards See Exhibit One

On December 3, 2003 Mr. Cabbil was referred to the Employee Assistance Program because of excessive call-in absences. On numerous occasions, Mr. Cabbil had not reported for work, but had called in sick. And on December 8, 2003, I issued a warning to Mr. Cabbil for having excessive call-in absences within the last 12 months. According to ALDOT policy, when an employee has excessive call-ins (irrespective of reason) the employee is issued a warning and counseled as to possible actions that may be taken if such conduct continues See Exhibit Two.

It is my understanding the Mr. Cabbil has alleged that, in July of 2003, he complained to me that his co-employee, Michael Smelley, was working crossword puzzles in his truck instead of helping Mr. Cabbil with processing tickets from vendors who were delivering supplies to the worksite. I recall a conversation that I had with Mr. Cabbil regarding Mr. Smelley; however, I do not recall the exact date nor the exact nature of the conversation. I was familiar with Mr. Smelley's work and performance and had no other indications that Mr. Smelley was inattentive to his work assignments or that he was not performing his work properly. It is likely that I did not consider the matter any further. However, I did not "allow" Mr. Smelley to work crossword puzzles while on the job, as Mr. Cabbil suggests.

On August 4, 2003, Michael Smelley reported to me an incident that he had with Mr. Cabbil earlier that day. According to Mr. Smelley, Mr. Cabbil had waited until other employees had left the area and then began a verbal confrontation with Mr. Smelley, accusing Mr. Smelley of falsifying the number of hours he (Mr. Smelley) had worked that day and making references about Mr. Smelley Christianity. Mr. Smelley advised me that he felt threatened by Mr. Cabbil's

2

unwarranted verbal attack on him. I advised Mr. Smelley to prepare a written account of the incident and submit it to me. I also spoke to Mr. Cabbil about the incident, advising him that it was not appropriate for him to have confronted a co-employee in such fashion. Mr. Smelley had been given permission, by me, to come in early and work through lunch so that he could leave work early that day. Mr. Cabbil would have been afforded the same consideration. See Exhibit Three.

In November of 2003, I was asked to loan one of my employees to a road project in Chilton County, Alabama; Chilton County is in Division Five. At the time, I had experienced Engineering Assistants whom I needed for our local projects. I also had some fairly new personnel who I did not think were experienced enough for the Chilton County project. In my judgment, Mr. Cabbil had sufficient experience on the job and had performed the type work required by the Chilton County project, so I "loaned" him to the project. It is not uncommon, within ALDOT, to loan an employee to another project, particularly within the same Division, when required. During my career with ALDOT, I have been loaned to other projects when required; such is part of the job. Mr. Cabbil was assigned a truck to travel to Chilton County; gasoline was furnished, he was paid a per diem, and he was compensated for overtime from the time he left the office until he returned.

In December 2003, I was asked if I could loan an Engineering Assistant to perform inspection on the Hugh Thomas Bridge painting project in Tuscaloosa, Alabama. Mr. Cabbil was asked if he wanted to go, and he agreed to do so. Mr. Cabbil did not work on projects under my direct supervision after that time, although he remained on my office's rolls.

During the time that I was Mr. Cabbil's direct supervisor, I noted that he had problems in properly recording measurements required by the assignments. In October and November of

3

2003, Mr. Cabbil failed to properly record such measurements. This required me to assign others to perform the work to insure that the inspections were done correctly.

In December 2003, SiteManager Coordinator Robert Stringfellow sent me a memorandum advising me of his unsuccessful attempts to train Mr. Cabbil on the SiteManager computer program. Mr. Stringfellow advised that Mr. Cabbil was not proficient at syncing a Site Pad Daily Work Report (DWR). This process involved transferring the daily inspection reports into a central database; this database constitutes the official records of the project. Mr. Stringfellow indicated that he had met with Mr. Cabbil twice for one-on-one training and that he had scheduled Mr. Cabbil for other training on two other occasions which Mr. Cabbil did not attend. According to Mr. Stringfellow, Mr. Cabbil required the assistance of other employees to perform this task. Mr. Stringfellow offered additional assistance, but Mr. Cabbil did not request such. The ability to properly use the SitePad and to properly enter DWRs was, and remains, an very important requirement of an Engineering Assistant's job. See Exhibit Four

It is my understanding that Mr. Cabbil alleges that I discriminated against him on account of his race. I deny that Mr. Cabbil's race had any influence upon any decisions that I made with respect to Mr. Cabbil's work. It is also my understanding that Mr. Cabbil alleges that I retaliated against him for his having made complaints to me regarding racial discrimination. I also deny this allegation, stating again, that any actions taken by me with respect to Mr. Cabbil were taken without regard to his race or any complaints that he had made. It is my recollection that Mr. Cabbil filed an internal grievance or complaint in which he alleged that I was unfair to him on account of his race. This grievance was filed on or about December 16, 2003 at which time Mr. Cabbil was already working on the Hugh Thomas Bridge project and not under my direct supervision.

4

This the 7th day of June, 2006..

_Donna Elliott_
Donna Elliott

Subscribed and sworn to before me this the 7th day of June, 2006.

_Dianne Myers_
Notary Public

My Commission expires Sept 27, 2009

5

| Form 13 | EMPLOYEE PERFORMANCE APPRAISAL | Number |
|---|---|---|
| Revised (1/1/1999) | STATE OF ALABAMA | of Steps |
| | Personnel Department | |

Employee Name: TONY L CABBIL    Social Security Number: 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

Agency: 012/TRANSPORTATION    Division: 0050/5TH DIVISION - TUSCALOOSA

Classification: ENGINEERING ASSISTANT    Class Code: 20116

Period Covered From: 12/01/2001    To: 12/01/2002    Annual Raise Effective: FEBRUARY 2003

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN 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 | | SSN 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 |
| Doria Elliott (Signature) | Tony L Cabbil (Signature) | (Signature) |
| 11-19-02 | 11-19-02 | |
| Date | Date | Date |
| Initial if comments are attached | Initial if comments are attached | Initial if comments are attached |

---

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

| 20 | − | 0 | = | 20 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Performance Appraisal Score |

This employee's work:

| ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |

---

**WORK HABITS:** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Cooperation with Coworkers | ☒ | ☐ |
| Compliance with Rules | ☒ | ☐ |

EXHIBIT 1

**RESPONSIBILITIES:** List an a_____eviated version of the employee's respon_____ilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. Communicates with Supervisors | 2 |
| 2. Completes Reports | 2 |
| 3. Inspects Constructions | 2 |
| 4. Attends Meetings | 2 |
| 5. Reviews and Checks | 2 |
| 6. Operates Instruments | 2 |
| 7. Monitors and Controls | 2 |
| 8. Operates Automobile | 2 |
| 9. | |
| 10. | |

**RESPONSIBILITY SCORE:**

$\underline{16}$ ÷ $\underline{8}$ = $\underline{2}$ x 10 = $\underline{20}$

Total of Responsibilities/Results Ratings — Number of Responsibilities — Average Responsibility Rating — Responsibility Score

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

_____

_____

_____

_____

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: $\underline{0}$

2

Form 13P
Revised (1/1/1998)

**EMPLOYEE PERFORMANCE APPRAISAL**
STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: TONY L CABBIL               Social Security Number: 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

Agency: 012/TRANSPORTATION                 Division: 0050/5TH DIVISION - TUSCALOOSA

Classification: ENGINEERING ASSISTANT       Class Code: 20116

Period Covered From: 12/01/2002    To: 12/01/2003

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

Communicates with Supervisors, Co-workers and others so that information and assistance is received and provided with each Goal or Project being completed so as to have minimal complaints or delays

Completes reports, diaries and records so that project data is documented in an accurate and legible format in order to provide accurate documentation for work performed

Inspects construction work in order to make sure that all materials are checked as to quality and quantity before being incorporated into the structure, also being in accordance with plans, specifications and testing manuals to assure that it meets department standards so as to identify nonconforming material before payment is made for such work

Attends all meetings necessary so that employee can remain up to date on current procedures and identify potential problems with plans, etc. and also to convey information to the public, in order to assure there are minimal delays

Reviews and checks informational data in order to assure the data is complete and accurate, so that payments can be made on estimates with minimal errors

Operates instruments so that necessary information and data is obtained for surveys of potential/existing roadways and bridges, computing pay quantities and product evaluation to determine compliance of plans and specifications in order to provide accurate documentation for work performed

Monitors and controls adherence to traffic control plans so that all safety devices are working properly in order to provide maximum safety to the traveling public

Operates automobiles/pickup truck in order to arrive at work locations, appointments and meetings so that necessary duties can be performed safely and that no accidents occur due to employee's negligence

3.

**WORK HABITS:** Provide a check in the appropriate space when the policies and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

    __x__ Attendance

    __x__ Punctuality

    __x__ Cooperation with Coworkers

    __x__ Compliance with Rules

---

**PREAPPRAISAL SIGNATURES:** Date of Session: _____

Employee Signature: _Tony L. Cabbil_

Rater Signature: _Dan Elliott_

Reviewer Signature: _____

---

## MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

_____

_____

_____

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

_____

_____

_____

Document the action plan that has been discussed to improve the areas of weakness.

_____

_____

_____

A midappraisal has been held and performance has been discussed:

Date:_____

Employee Signature:_____   Rater Signature:_____

4.

# EMPLOYEE PERFORMANCE APPRAISAL
## STATE OF ALABAMA
### Personnel Department

Form 13
Revised (1/1/1999)

Employee Name: TONY L CABBIL

Agency: 012/TRANSPORTATION

Classification: ENGINEERING ASSISTANT

Period Covered From: 12/01/2002  To: 12/01/2003

Social Security Number: 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

Division: 0050/5TH DIVISION - TUSCALOOSA

Class Code: 20116

Annual Raise Effective: FEBRUARY 2004

[ ] of Steps

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed.

**Rating Supervisor**
SSN 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
Signature: Doris Elliott
Date: 11/18/03
Initial if comments are attached

**Employee**
Signature: Tony L Cabbil
Date: 11-18-03
*I don't agree with ratings*
Initial if comments are attached

**Reviewing Supervisor**
SSN 422-94-706?
Signature: [signature]
Date: 11-18-03
Initial if comments are attached

---

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

20.00 Responsibility Score  −  0 Disciplinary Score  =  20 Performance Appraisal Score

This employee's work:

| [ ] Does Not Meet Standards (6.6 or below) | [ ] Partially Meets Standards (6.7 – 16.6) | [X] Meets Standards (16.7 – 26.6) | [ ] Exceeds Standards (26.7 – 36.6) | [ ] Consistently Exceeds Standards (36.7 - 40) |

---

**WORK HABITS:** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a of the discipline system (warning, reprimand, suspension) must have been taken with the employee durin appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

|  | Compliance | Noncompliance |
|---|---|---|
| Attendance | [X] | [ ] |
| Punctuality | [X] | [ ] |
| Cooperation with Coworkers | [X] | [ ] |
| Compliance with Rules | [X] | [ ] |

5.

RESPONSIBILITIES: [text cut off] discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. Communicates with Supervisor | 2 |
| 2. Completes Reports | 2 |
| 3. Inspects Construction | 2 |
| 4. Attends Meetings | 2 |
| 5. Reviews and Checks | 2 |
| 6. Operates Instruments | 2 |
| 7. Monitors and Controls | 2 |
| 8. Operates Automobile | 2 |
| 9. | |
| 10. | |

**RESPONSIBILITY SCORE:**

$\underline{16}$ ÷ $\underline{8}$ = $\underline{2.00}$ x 10 = $\underline{20}$

Total of Responsibilities/Results Ratings | Number of Responsibilities | Average Responsibility Rating | | Responsibility Score

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

_____
_____
_____
_____
_____

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and **suspension only.** The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: $\underline{0}$

Personnel Department

*PREAPPRAISAL*

Employee Name: TONY L CABBIL                          Social Security Number: 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

Agency: 012/TRANSPORTATION                            Division: 0050/5TH DIVISION - TUSCALOOSA

Classification: ENGINEERING ASSISTANT                 Class Code: 20116

Period Covered From: 12/01/2003   To: 12/01/2004

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

Communicates with Supervisors, Co-workers and others so that information and assistance is received and provided with each Goal or Project being completed so as to have minimal complaints or delays

Completes reports, diaries and records so that project data is documented in an accurate and legible format in order to provide accurate documentation for work performed. Also uses laptop computer to complete Sitemanager reports

Inspects construction work in order to make sure that all materials are checked as to quality and quantity before being incorporated into the structure, also being in accordance with plans, specifications and testing manuals to assure that it meets department standards so as to identify nonconforming material before payment is made for such work

Attends all meetings necessary so that employee can remain up to date on current procedures and identify potential problems with plans, etc. and also to convey information to the public, in order to assure there are minimal delays

Reviews and checks informational data in order to assure the data is complete and accurate, so that payments can be made on estimates with minimal errors

Operates instruments so that necessary information and data is obtained for surveys of potential/existing roadways and bridges, computing pay quantities and product evaluation to determine compliance of plans and specifications in order to provide accurate documentation for work performed

Monitors and controls adherence to traffic control plans so that all safety devices are working properly in order to provide maximum safety to the traveling public

Operates automobiles/pickup truck in order to arrive at work locations, appointments and meetings so that necessary duties can be performed safely and that no accidents occur due to employee's negligence

P.7.

following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:   __X__   Attendance

                                              __X__   Punctuality

                                              __X__   Cooperation with Coworkers

                                              __X__   Compliance with Rules

---

**PREAPPRAISAL SIGNATURES:** Date of Session: __11/18/03__

Employee Signature: _Tony L. Cable_

Rater Signature: _Rodney Elliott_

Reviewer Signature: _[signature]_

---

## MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

_____
_____
_____
_____

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

_____
_____
_____
_____

Document the action plan that has been discussed to improve the areas of weakness.

_____
_____
_____
_____

A midappraisal has been held and performance has been discussed:

Date:_____

Employee Signature:_____    Rater Signature:_____



# ALABAMA
## Department of Transportation

FIFTH DIVISION, DISTRICT TWO
OFFICE OF PROJECT ENGINEER
4109 McFarland Blvd. N
Northport, Alabama 35476
Telephone: (205) 339-1799
FAX: (205) 339-1405

DEPARTMENT OF TRANSPORTATION

**Bob Riley**
GOVERNOR

**Joe McInnes**
TRANSPORTATION
DIRECTOR

December 8, 2003

# WARNING

**TO:** Tony Cabbil
Engineering Assistant

**From:** Donna Elliott
Project Engineer

**Re:** Seventh occasion

**Warning:** Mr. Cabbil is on the seventh occasion in a 12 month period.

The seventh occasion in a 12 month period states that any further call-in needs a doctor's slip, counseled by supervisor, and the Division Engineer notified.

**Correction:** Mr. Cabbil will be at work with no more call-ins.

**Next Step Taken:** If Mr. Cabbil continues along this same behavior, the next step that will be taken is a REPRIMAND.

**Definitions:**

**Warning** – a step of discipline that requires that the employee should be told the problem, what to do to correct the problem and what will occur if the problem continues.

**Reprimand** – Is a written document documenting the employee performance concerning work habits or poor work performance, and will be attached to the employee's Employee Performance Appraisal. In addition, one or more reprimands results in 7 points being deducted in the "Disciplinary Score" section.

Tony Cabbil – Eng. Assist.          Donna Elliott - Project Engineer

EXHIBIT 2

EAP-6  
Revised 1/00

**ALABAMA DEPARTMENT OF TRANSPORTATION**

**SUPERVISORY REFERRAL MEMORANDUM TO EMPLOYEE ASSISTANCE PROGRAM**

December 3, 2003  
DATE

Employee Referred: Tony Cabbil        Position: Engineering Assistant

Work Location: Northport, Alabama     Office Phone: 205-339-1799

Referring Supervisor: Donna Elliott   Office Phone: 205-339-1799

Check the reason(s) for referral:

A. Absenteeism and Punctuality

   1. Unexcused absence       _____
   2. Unreported absence      _____
   3. Excessive absences      __X___
   4. Excessive tardiness     _____
   5. Leaving workplace without authorization  _____

B. Job Performance

   1. Inattention to job      _____
   2. Failure to perform job properly  _____

C. Communication and Relationship with others

   1. Arguing                 _____
   2. Fighting                _____
   3. Use of Abusive or threatening language  _____

D. Supervision Responsiveness

   1. Disobedience            _____
   2. Failure to follow an order  _____
   3. Failure to submit to authority (argumentative)  _____

E. Job Interest and Judgement

   1. Sleeping on job         _____
   2. Falsification of records  _____
   3. Violation of safety rules  _____
   4. Abuse/misuse of equipment  _____
   5. Participation in unauthorized activity  _____

Page 2
Supervisory Referral Memorandum

    6. Theft/unauthorized possession of departmental property    _____
    7. Possession or use of alcohol, narcotics or dangerous weapon    _____

F. Other (explain below)     _____

G. Narrative Comment (if needed)

Mr. Cabbil recieved his sixth call-in on May 16, 2003.

Since that time he has received two additional call-ins

September 29, 2003 and November 20, 2003.

_____
Supervisor's Signature

3.

To whom it may concern

On Monday August 4, 2003 after everyone cleared out of the office, Tony Cabbil approached me after I had placed my time on the board. He was shouting loudly at me saying "I couldn't wait to see how many hours you would put on the board. I had put 8 hours on the board. I came in at 6:30 AM and worked through lunch since we were placing ashalt that day and I had to leave at 2:30 P.M.

He, for some reason was shouting at me about if I was a christian he surely didn't want to be one, and how I was stealing and would have to answer to God someday. Every time I would try to say something, he would start shouting loudly and told me not to talk to him like he was a child. So I told him that I would never talk to him again.

He also told me that there were several more things that I did, that he didn't approve of. I have never done anything to Tony and don't know why he would attack me like that. I do know that I feel very threatened by Tony and fear that he may do something else if I am around him.

Thank You
Michael Smelley

EXHIBIT 3

December 8, 2003

MEMORANDUM

To: Mrs. Donna Elliott

From: Robert Stringfellow

Subject: Mr. Tony Cabbil

Mr. Cabbil was already working when I took the position of SiteManager Coordinator. He had been through the Inspector training and was working as a SiteManager Inspector by that time. He was not proficient at syncing a Site Pad DWR. I scheduled training for him several times, but for various reasons he didn't show. We met on two occasions for a one-on-one type of training. I gave him a very simple written step-by-step procedure list to follow and made sure he could follow them before we departed.. He still continues to enlist the help of coworkers even after our training sessions. I have told him on several occasions that I will meet with him and work with him as long as it takes to make him proficient. He has yet to request that help.

Please make him aware that the DWR is now a legal document to be used in any legal action, and he must have the ability to use the Site Pad in daily work documents.

EXHIBIT 4