IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUN -9 A 10: 46

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number:2-05cv513C |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION AND JOE ) | |
| MCINNES, ITS DIRECTOR ) | |
| Defendants. ) | |

### AFFIDAVIT OF KEN EDWARDS

Before me, the undersigned notary public in and for the State of Alabama at Large, this day personally appeared Ken Edwards, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Ken Edwards. I am currently employed with the Alabama Department of Transportation in Tuscaloosa, Alabama. I am assigned to the Fifth Division, as a Civil Engineer. I am a resident citizen of the State of Alabama and am over the age of nineteen (19) years.

In December of 2003 I was involved in a bridge painting project in Tuscaloosa, Alabama. This was not the only project in which I was involved at the time. Tony Cabill was "loaned" to assist in the inspection of the bridge painting project and I was assigned to train him how to properly inspect the contractor's work with respect to the shotblasting of the bridge structures and the painting of the bridge. It is not uncommon, within the Department, to loan employees from one project to another, when the need arises. I trained Mr. Cabbil as the to proper inspecting techniques and then Mr. Cabbil was assigned to perform the inspection work.

On December 19, 2003, I left the bridge jobsite at 11:25 a.m.; Mr. Cabbil was present at that time. When I returned to the jobsite at 12:35 p.m., Mr. Cabbil was not on the jobsite. When I left the jobsite at 3:05 p.m. Mr.Cabbill had not returned to the jobsite nor had he contacted me to advise me of his whereabouts or why he was not on the job. Mr. Cabbil should have contacted me, Gary Elliott or other office personnel to advise us of his whereabouts.

In February, it came to my attention that the contractor's work in certain areas of the bridge were deficient. The Bridge Inspector, Derrick Tilley made inspections of the bridge and found that areas had not been properly shotblasted nor cleaned and that the contractor had been allowed to paint on this areas which resulted in a substandard painting. The areas in question were areas that Mr. Cabbil had been assigned to inspect and which he had indicated on his daily reports to have been properly prepared and painted. The findings were made known to the project engineer, Gary Elliott.

Mr. Cabbil's daily inspections and findings were recorded on an Inspector's Daily Report form. In reviewing these reports for the dates January 15, 2004 through January 25, 2004, my name appears on several reports. That my name is on these reports does not signify that I performed the shotblast/paint inspections. This merely served as a method by which to reflect the number of hours that I worked on that date. As I may have been at several sites on a day, for simplicities' sake, my hours would have been annotated on one project's daily report. I noted only one day, January 16, 2004, when I actually signed the daily report. On this date, I performed the inspections because Mr. Cabbil was not on the job that date. To my knowledge, there were no deficiencies in the contractor's performance on the date that I inspected the job.

I also have knowledge that Mr. Cabbil used the ladies restroom at the field office on occasions, instead of using the men's room. These restrooms were clearly marked and, on more than one occasion, I told Mr. Cabbil that he should be using the men's room. After so advising him; it was brought to my attention that Mr. Cabbil still used the ladies room. On one day in particular, Ms. Anita Box asked me who had just used the ladies room; I told her that Mr. Cabbil had just been in there. Mr. Cabbil had left the ladies room in a mess.

This the 8 day of June 06, .

_____
Ken Edwards

Subscribed and sworn to before me this the 8th day of JUNE, 2006.

_____
Notary Public

My Commission expires 02/19/08

3