IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CASE NO. 2:05-cv-513-MHT |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION and JOE McINNES, ) | |
| etc., ) | |
| Defendants. ) | |

## AFFIDAVIT OF ANITA BOX

Before me, the undersigned notary public in and for the State of Alabama at Large, this day personally appeared Anita Box, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

"My name is Anita Box. I am over the age of nineteen years and have personal knowledge of the facts set forth in the affidavit."

"I am employed with the Alabama Department of Transportation (ALDOT) in Tuscaloosa, Alabama for ALDOT's Fifth Division, District Two office. My job classification is a Transportation Technician and my working title is Project Engineer. I have been employed with ALDOT since December 10, 1984 and have held many positions in the construction and materials section with ALDOT."

"On Tuesday, March 9, 2004 I arrived for work at 6:45 am at the project office. I was the only female at the office that morning and was heading to the ladies restroom, which is clearly marked, when the Plaintiff passed me in the hallway. When I got to the ladies room I heard water running from the toilet being flushed. I turned on the light in the ladies restroom and saw a stream of a liquid that appeared to be urine on one side of the toilet seat. ALDOT employee Ken Edwards saw the ladies restroom and can testify to the condition it was in. I had to clean and disinfect the ladies restroom for me to use it. While I did not see the Plaintiff use the ladies restroom, it is my opinion he was using the ladies restroom at the project office instead of the men's restroom which was a few feet down the hallway. This is blatant disregard of respect for Department property, rules and fellow employees."

Dated this the 7th day of June 2006.

*Anita Box*
Anita Box
Affiant

Subscribed and sworn to before me this the 7th day of July 2006.

*Janet Dockery*
Notary Public
My Commission Expires   8-16-09

2