IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUN -9  A 10: 46

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Case Number:2-05cv513C |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF TRANSPORTATION AND JOE | ) |
| MCINNES, ITS DIRECTOR | ) |
| Defendants. | ) |

AFFIDAVIT OF MICHAEL SMELLEY

Before me, the undersigned notary public in and for the State of Alabama at Large, this

day personally appeared Michael Smelley, who being known to me and being by me first duly

sworn, deposes and says on oath as follows:

My name is Michael Smelley.  I am a resident citizen of the State of Alabama and am

over the age of nineteen (19) years.

I was employed by the Alabama Department of Transportation (ALDOT) on April 24,

2001 as an Engineering Assistant I  in Division Five, District Two.   Prior to my employment

with the Department of Transportation, I  was employed with Bibb County, Alabama

Engineering Department  in a position similar to the position I held with the Department of

Transportation.  Consequently, when I started work with ALDOT, I was already trained on the

majority of the work I was assigned to perform.  I retired on medical disability on March 1,

2006.

During my employment with the Department of Transportation, I had the occasion to work, as a co-worker, with Tony Cabbil.

On Monday, August 4, 2003, after the other employees had left the office, Tony Cabbil approached me just after I had placed my time on the board. (After the work day, employees noted the number of hours that they had worked during that day on a board in the project office for bookkeeping purposes). Mr. Cabbil shouted loudly at me telling me that he couldn't wait to see the number of hours that I recorded on the board. I had put eight (8) hours on the board which was the number of hours that I had actually worked that day. Though it was none of Mr. Cabbil's business, with my supervisor's permission, I had come in at 6:30 a.m., worked through lunch and had left at 2:30 p.m.

Mr. Cabbil shouted at me that if I was a Christian he didn't want to be one because I was stealing and would have to answer to God someday. When I tried to respond to Mr. Cabbil; he would shout loudly and tell me not to talk to him like a child. I told him that I would never speak to him again. I had never given Mr. Cabbil reason to act toward me in such fashion. I felt very threatened by Mr. Cabbil's actions toward me.

After the incident was over, I reported Mr. Cabbil's actions toward me to my supervisor, Donna Elliott. I was instructed to prepare a statement regarding the incident. I did so and gave the written statement to Ms. Elliott (see attached).

It is also my understanding that Mr. Cabbil has complained that, instead of performing my job, I would often sit in my truck and work crossword puzzles. This is not true. While employed with ALDOT, I always tried to perform my assigned tasks in a timely and efficient manner; I did not sit and work crossword puzzles in lieu of performing my work.

This the ___8th___ day of ___June___, .

_Michael Smelley_
Michael Smelley

Subscribed and sworn to before me this the ___8th___ day of ___June___ , 2006.

_Kim Patterson_
Notary Public

My Commission expires ___02/19/08___

To whom it may concern

On Monday August 4, 2003 after everyone cleared out of the office, Tony Cabbil approached me after I had placed my time on the board. He was shouting loudly at me saying "I couldn't wait to see how many hours you would put on the board. I had put 8 hours on the board. I came in at 6:30 AM and worked through lunch since we were placing asbalt that day and I had to leave at 2:30 PM.

He, for some reason was shouting at me about if I was a christian he surely didn't want to be one, and how I was stealing and would have to answer to God someday. Every time I would try to say something, he would start shouting loudly and told me not to talk to him like he was a child. So I told him that I would never talk to him again.

He also told me that there were several more things that I did, that he didn't approve of. I have never done anything to Tony and don't know why he would attack me like that. I do know that I feel very threatened by Tony and fear that he may do something else if I am around him.

Thank You

Michael Smelley

**EXHIBIT 1**