

**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050

Telephone: 334/242-6311 - Fax No.: 334/262-8041



Don Siegelman
Governor

Paul Bowlin
Transportation Director

## Attendance/Punctuality Guidelines

Alabama Department of Transportation employees work a normal 40-hour week. A typical workday is 8 hours with a meal break, not included in the 8-hour work time, and not to exceed 60 minutes in duration. Additionally, a rest break is included for both the first half and last half of the work shift not to exceed 15 minutes in duration. The typical work week is Monday-Friday beginning at 8:00 a.m. and ending at 5:00 p.m. each day. Any deviations in the work week and/or work times are as directed by the employee's supervisor.

If for any reason, an employee will be late or cannot report to work, the supervisor should be notified at the start of the day or as soon as possible. Also, the supervisor should be informed if the employee needs to leave the work site at any time other than a regularly scheduled break period including lunch and/or rest breaks. Failure to report absences, including arriving at work late or leaving the work site early, or excessive absences could result in disciplinary actions.

APPROVED:

*Paul Bowlin* (signature)   7-13-01
Paul Bowlin                  Date
Transportation Director



DEFENDANT'S EXHIBIT A