APPROVED _____ __/__/__
ROVED _____ __/__/__

K 1/31

Form 13F    **EMPLOYEE PROBATIONARY PERFORMANCE APPRAISAL**
Revised (6/1/1998)           STATE OF ALABAMA
                             Personnel Department

Employee Name: TONY L CARRIL            Social Security Number: 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

Agency: 012/TRANSPORTATION              Division: 0050/5TH DIVISION - TUSCALOOSA

Classification: ENGINEERING ASSISTANT   Class Code: 20116

Period Covered From: 07/30/2001  To: 01/29/2002   Position Number: 2088804

---

*APPRAISAL SIGNATURES:* Signatures are to be provided after the form has been completed.

SSN  417 - 04 - 8946
RATING SUPERVISOR       Signature                                Date / Initial if comments are attached

                        EMPLOYEE Signature                       Date / Initial if comments are attached

SSN  422 - 94 - 7062
REVIEWING SUPERVISOR    Signature                                Date / Initial if comments are attached

It is recommended that the employee be:
____ Continued probationally in the position named (reason stated in Disciplinary Actions area)
  X  Given permanent status in the position. Probationary increase to $ 664.10  Step  5  Effective  Feb. 9, 2002
____ Terminated before or at the end of the probationary period (reason stated in Disciplinary Actions Area)

APPOINTING AUTHORITY Signature                     Date  1-2-02

---

*PROBATIONARY PERFORMANCE APPRAISAL SCORE:* Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Probationary Performance Appraisal Score.

          20              −           0            =              20
     Responsibility             Disciplinary            Probationary Performance Appraisal
         Score                     Score                            Score

This employee's work:

| ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 - 40) |

---

**WORK HABITS :** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the probationary period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

|  | Compliance | Noncompliance |
|---|---|---|
| Attendance | X | ☐ |
| Punctuality | X | ☐ |
| Cooperation with Coworkers | X | ☐ |
| Compliance with Rules | X | ☐ |

DEFENDANT'S EXHIBIT B

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this probationary period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. Communicates with Supervisors | 2 |
| 2. Completes Reports | 2 |
| 3. Inspects Construction | 2 |
| 4. Attends Meetings | 2 |
| 5. Reviews and Checks | 2 |
| 6. Operates Instruments | 2 |
| 7. Monitors and Controls | 2 |
| 8. Operates Automobile | 2 |
| 9. | |
| 10. | |

**RESPONSIBILITY SCORE:**

$\underline{16}$ ÷ $\underline{8}$ = $\underline{2}$ x 10 = $\underline{20}$

Total of Responsibilities/Results Ratings | Number of Responsibilities | Average Responsibility Rating | | | Responsibility Score

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this probationary period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

_____
_____
_____
_____
_____

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this probationary period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

DISCIPLINARY SCORE: _____0_____

B2

Form 13P
Revised (1/1/1998)

EMPLOYEE PERFORMANCE APPRAISAL
STATE OF ALABAMA
Personnel Department

*PREAPPRAISAL*

Employee Name: Tony L. Cabbil          Social Security Number: 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

Agency: Transportation                 Division: Fifth

Classification: Engineering Assistant  Class Code: 20116

Period Covered From: 07/30/01 To: 01/30/02

---

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

Communicates with Supervisors, Co-workers and others so that information and assistance is received and provided with each goal or project being completed in order to have minimal complaints or delays.

Completes reports, diaries and records so that project data is documented in an accurate and legible format in order to provide accurate documentation for work performed.

Inspects construction work in order to make sure that all materials are checked as to quality and quantity before being incorporated into the structure, also being in accordance with plans, specifications and testing manuals to assure that it meets department standards so as to identify nonconforming material before payment is made for such work.

Attends all meetings necessary so that employee can remain up to date on current procedures and identify potential problems with plans, etc. and also convey information to the public, in order to assure there are minimal delays.

Reviews and checks informational data in order to assure the data is complete and accurate, so that payments can be made on estimates with minimal errors.

Operates instruments so that necessary information and data is obtained for surveys of potential/existing roadways and bridges, computing pay quantities and product evaluation to determine compliance of plans and specifications in order to provide accurate documentation for work performed.

Monitors and controls adherence to traffic control plans so that all safety devices are working properly in order to provide maximum safety to the traveling public.

Operates automobile/pickup truck in order to arrive at work locations, appointments and meetings so that necessary duties can be performed safely and that no accidents occur due to employees negligence.

B3

**WORK HABITS:** Provide a ch( in the appropriate space when the poli s and procedures concerning the following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

| | | |
|---|---|---|
| | __X__ | Attendance |
| | __X__ | Punctuality |
| | __X__ | Cooperation with Coworkers |
| | __X__ | Compliance with Rules |

**PREAPPRAISAL SIGNATURES:** Date of Session: __8-21-01__

Employee Signature: _Tony L. Cabbil_

Rater Signature: _[signature]_

Reviewer Signature: _Keith [signature]_

## MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

Employee works well with the contractors personnel and his co-workers.

Employee is always on time for work and wants to learn his job.

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

Employee could improve on studing plans and specifications prior to work activity on the project.

Document the action plan that has been discussed to improve the areas of weakness.

Discussed the areas of weakness with the agreement that he would make an effort to improve these areas.

A midappraisal has been held and performance has been discussed:

Date: __11-9-01__

Employee Signature: _Tony L. Cabbil_   Rater Signature: _[signature]_

B4