# EMPLOYEE PERFORMANCE APPRAISAL
## STATE OF ALABAMA
### Personnel Department

Form 13
Revised (1/1/1999)

Employee Name: TONY L CABBIL

Social Security Number: 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

Agency: 012/TRANSPORTATION

Division: 0050/5TH DIVISION - TUSCALOOSA

Classification: ENGINEERING ASSISTANT

Class Code: 20116

Period Covered From: 12/01/2002  To: 12/01/2003

Annual Raise Effective: FEBRUARY 2004

of Steps

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed.

**Rating Supervisor**
SSN 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
Signature: Ronald Elliott
Date: 11/18/03
Initial if comments are attached

**Employee**
Signature: Tony L Cabbil
Date: 11-18-03
Initial if comments are attached — I don't agree with ratings

**Reviewing Supervisor**
SSN 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
Signature: [signature]
Date: 11-18-03
Initial if comments are attached

---

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score.

| 20.00 | − | 0 | = | 20 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Performance Appraisal Score |

This employee's work:

| ☐ Does Not Meet Standards (6.6 or below) | ☐ Partially Meets Standards (6.7 – 16.6) | ☒ Meets Standards (16.7 – 26.6) | ☐ Exceeds Standards (26.7 – 36.6) | ☐ Consistently Exceeds Standards (36.7 – 40) |

---

**WORK HABITS:** Check the appropriate box for each work habit area. If "Noncompliance" is to be marked, a step of the discipline system (warning, reprimand, suspension) must have been taken with the employee during the appraisal period. See the Disciplinary Actions area on the back of this form for disciplinary documentation.

| | Compliance | Noncompliance |
|---|---|---|
| Attendance | ☒ | ☐ |
| Punctuality | ☒ | ☐ |
| Cooperation with Coworkers | ☒ | ☐ |
| Compliance with Rules | ☒ | ☐ |

DEFENDANT'S EXHIBIT D

discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rati[ng]
appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this app[raisal]
period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. Communicates with Supervisor | 2 |
| 2. Completes Reports | 2 |
| 3. Inspects Construction | 2 |
| 4. Attends Meetings | 2 |
| 5. Reviews and Checks | 2 |
| 6. Operates Instruments | 2 |
| 7. Monitors and Controls | 2 |
| 8. Operates Automobile | 2 |
| 9. | |
| 10. | |

**RESPONSIBILITY SCORE:**

<u>16</u> ÷ <u>8</u> = <u>2.00</u> x 10 = <u>20</u>

Total of Responsibilities/Results Ratings | Number of Responsibilities | Average Responsibility Rating | | Responsibility Score

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be listed below. For each area, list the specific disciplinary step taken, the date of action, and the reason or unwanted behavior it involved. Copies of disciplinary documentation are to be maintained in the agency's personnel files. Remember, appropriate responsibilities and work habit(s) should reflect the fact that performance required disciplinary action.

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand and suspension only. The Disciplinary Score does not include warnings (oral). Warnings are documented only in the Work Habits and Disciplinary Actions areas. Identify the most severe step of the discipline system that has been utilized with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. Otherwise, the Disciplinary Score will be zero.

D2

DISCIPLINARY SCORE:    0

Personnel Department

## PREAPPRAISAL

Employee Name: TONY L CABBIL	Social Security Number: 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

Agency: 012/TRANSPORTATION	Division: 0050/5TH DIVISION - TUSCALOOSA

Classification: ENGINEERING ASSISTANT	Class Code: 20116

Period Covered From: 12/01/2003   To: 12/01/2004

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These areas should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

Communicates with Supervisors, Co-workers and others so that information and assistance is received and provided with each Goal or Project being completed so as to have minimal complaints or delays

Completes reports, diaries and records so that project data is documented in an accurate and legible format in order to provide accurate documentation for work performed. Also uses laptop computer to complete Sitemanager reports

Inspects construction work in order to make sure that all materials are checked as to quality and quantity before being incorporated into the structure, also being in accordance with plans, specifications and testing manuals to assure that it meets department standards so as to identify nonconforming material before payment is made for such work

Attends all meetings necessary so that employee can remain up to date on current procedures and identify potential problems with plans, etc. and also to convey information to the public, in order to assure there are minimal delays

Reviews and checks informational data in order to assure the data is complete and accurate, so that payments can be made on estimates with minimal errors

Operates instruments so that necessary information and data is obtained for surveys of potential/existing roadways and bridges, computing pay quantities and product evaluation to determine compliance of plans and specifications in order to provide accurate documentation for work performed

Monitors and controls adherence to traffic control plans so that all safety devices are working properly in order to provide maximum safety to the traveling public

Operates automobiles/pickup truck in order to arrive at work locations, appointments and meetings so that necessary duties can be performed safely and that no accidents occur due to employee's negligence

D3

following areas have been discussed with the employee. In particular, the attendance and punctuality policies should be provided to the employee in writing. For instructions, refer to the performance appraisal manual and policies of the agency.

CHECK IF DISCUSSED:

- __X__ Attendance
- __X__ Punctuality
- __X__ Cooperation with Coworkers
- __X__ Compliance with Rules

---

**PREAPPRAISAL SIGNATURES:** Date of Session: __11/18/03__

Employee Signature: _Tony L. Cable_

Rater Signature: _Rodney Elliott_

Reviewer Signature: _____

---

## MIDAPPRAISAL

Describe the employee's performance strength(s) as observed during the first half of the appraisal period.

_____
_____
_____
_____

Describe area(s) of the employee's performance that need improvement as observed during the first half of the appraisal period.

_____
_____
_____
_____

Document the action plan that has been discussed to improve the areas of weakness.

_____
_____
_____
_____

A midappraisal has been held and performance has been discussed:

Date: _____

Employee Signature: _____        Rater Signature: _____

D4