EAP-6                  ALABAMA DEPARTMENT OF TRANSPORTATION
Revised 1/00

SUPERVISORY REFERRAL MEMORANDUM TO EMPLOYEE ASSISTANCE PROGRAM

December 3, 2003
DATE

Employee Referred: Tony Cabbil      Position: Engineering Assistant

Work Location: Northport, Alabama      Office Phone: 205-339-1799

Referring Supervisor: Donna Elliott      Office Phone: 205-339-1799

Check the reason(s) for referral:

A. Absenteeism and Punctuality

    1. Unexcused absence
    2. Unreported absence
    3. Excessive absences                         X
    4. Excessive tardiness
    5. Leaving workplace without authorization

B. Job Performance

    1. Inattention to job
    2. Failure to perform job properly

C. Communication and Relationship with others

    1. Arguing
    2. Fighting
    3. Use of Abusive or threatening language

D. Supervision Responsiveness

    1. Disobedience
    2. Failure to follow an order
    3. Failure to submit to authority (argumentative)

E. Job Interest and Judgement

    1. Sleeping on job
    2. Falsification of records
    3. Violation of safety rules
    4. Abuse/misuse of equipment
    5. Participation in unauthorized activity

DEFENDANT'S EXHIBIT E

Page 2
Supervisory Referral Memorandum

   6. Theft/unauthorized possession of departmental property    _____
   7. Possession or use of alcohol, narcotics or dangerous weapon    _____

F. Other (explain below)    _____

G. Narrative Comment (if needed)

Mr. Cabbil recieved his sixth call-in on May 16, 2003.

Since that time he has received two additional call-ins

September 29, 2003 and November 20, 2003.

_____
Supervisor's Signature

E2