

# ALABAMA
# Department of Transportation

FIFTH DIVISION, DISTRICT TWO
OFFICE OF PROJECT ENGINEER
4109 McFarland Blvd. N
Northport, Alabama 35476
Telephone: (205) 339-1799
FAX: (205) 339-1405

**Department Of Transportation**

**Bob Riley**
GOVERNOR

Joe McInnes
TRANSPORTATION
DIRECTOR

December 8, 2003

# WARNING

**TO:** Tony Cabbil
Engineering Assistant

**From:** Donna Elliott
Project Engineer

**Re:** Seventh occasion

**Warning:** Mr. Cabbil is on the seventh occasion in a 12 month period.

The seventh occasion in a 12 month period states that any further call-in needs a doctor's slip, counseled by supervisor, and the Division Engineer notified.

**Correction:** Mr. Cabbil will be at work with no more call-ins.

**Next Step Taken:** If Mr. Cabbil continues along this same behavior, the next step that will be taken is a REPRIMAND.

**Definitions:**

**Warning** – a step of discipline that requires that the employee should be told the problem, what to do to correct the problem and what will occur if the problem continues.

**Reprimand** – Is a written document documenting the employee performance concerning work habits or poor work performance, and will be attached to the employee's Employee Performance Appraisal. In addition, one or more reprimands results in 7 points being deducted in the "Disciplinary Score" section.

Tony Cabbil – Eng. Assist.            Donna Elliott – Project Engineer

DEFENDANT'S EXHIBIT F