December 8, 2003

MEMORANDUM

To: Mrs. Donna Elliott

From: Robert Stringfellow

Subject: Mr. Tony Cabbil

Mr. Cabbil was already working when I took the position of SiteManager Coordinator. He had been through the Inspector training and was working as a SiteManager Inspector by that time. He was not proficient at syncing a Site Pad DWR. I scheduled training for him several times, but for various reasons he didn't show. We met on two occasions for a one-on-one type of training. I gave him a very simple written step-by-step procedure list to follow and made sure he could follow them before we departed.. He still continues to enlist the help of coworkers even after our training sessions. I have told him on several occasions that I will meet with him and work with him as long as it takes to make him proficient. He has yet to request that help.

Please make him aware that the DWR is now a legal document to be used in any legal action, and he must have the ability to use the Site Pad in daily work documents.



DEFENDANT'S EXHIBIT G