

# ALABAMA
## Department of Transportation

FIFTH DIVISION, DISTRICT TWO
OFFICE OF DISTRICT ENGINEER
POST OFFICE BOX 70505
TUSCALOOSA, ALABAMA 35407
Telephone: (205) 553-7030
FAX: (205) 556-5933

DEPARTMENT OF TRANSPORTATION

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION
DIRECTOR

January 5, 2004

# REPRIMAND

**TO:** Mr. Tony L. Cabbil
Engineer Assistant

**FROM:** Mr. Gary Elliott
Project Engineer

**RE:** Reprimand

**Reprimand:** Mr. Cabbil, on December 19, 2003, left the project limits and did not return without notifying the chief inspector (Mr. Ken Edwards-CE) or his supervisor (Mr. Gary Elliott-PE). Mr. Cabbil actions are violation of the following Employee Work Rules.

General Work Rules:

670-X-19.01(d) – Inattention to job.
670-X-19.01(f) – Leaving job station without permission.

**Correction:** Mr. Cabbil will, in the future, notify his chief inspector or project engineer before he leaves the office or project site.

**Next Step Taken:** If Mr. Cabbil continues along this same behavior, the next step that will be taken is suspension.

**Definitions:**

Reprimand – is a written document documenting the employee performance concerning work habits or poor work performance, and will be attached to the employee's Employee Performance Appraisal. In addition, one or more reprimands results in 7 points being deducted in the "Disciplinary Score" section.

Suspension – See attachment

**DEFENDANT'S EXHIBIT 1**

Tony L. Cabbil
Engineer Assistant

Gary Elliott
Project Engineer

Lewis S. Rager, Jr.
District Engineer

## SUSPENSION

The third step of the disciplinary procedure is suspension. This is a severe and extremely serious step in the employee's career in state government. It is important for the employee to realize this fact. The supervisor must contact the agency personnel office and legal staff regarding the recommendation for suspension. When proceeding with the suspension, the supervisor (and others as dictated by department policy) should hold a formal meeting with the employee. The discussion is to outline the continued offenses and desired behavior changes. The employee should receive due process concerning the meeting. Due process should involve a notice of intention of the meeting and a meaningful opportunity for the employee to respond. The employee is to be told the length of suspension and dates of suspension. The employee should be told the suspension is a time for the employee to consider the criticality of the continued offenses and to decide if he or she would like to continue employment in state government. The decision should be based upon whether the employee will change the undesirable behavior. Upon the employee's return, they should be required to give the supervisor an answer as to their decision regarding behavior change and employment with the department.

I2

Project # 99-205-010-773-204

Date   December 19, 2003

When I, K Edwards left the jobsite at 11:25AM T. Cabbil was present. I returned to the jobsite at 12:35pm, at that time I did not see T. Cabbil. I left the jobsite at 3:05pm, I still had not made contact with T. Cabbil.

                    Kenneth R Edwards

                    *[signature]*

I3

DOT PROJECT OFFICE          FAX NO. : 12053719181          Jan. 05 2004 04:18PM  P2

# REQUEST FOR LEAVE APPROVAL

Date from __12-19-03__          Time from __1:00 p.m.__

Date to __12-19-03__            Time to __4:00 p.m.__

Reason _____

To be charged as follows:

Vacation: _____          Holiday Comp Time: _____          Other _____

Sick: __3 hrs__            Regular Comp Time: _____

Signed: __Tony Cathcart__

Date Submitted __12-19-03__

Date __12/29/03__  APPROVAL __[signature]__          call-in ☐

Date _____  DISAPPROVED                              Unauthorized Leave-Number ☒

REASON __LEFT PROJECT WITHOUT PRIOR APPROVAL__

I4

12/19/03

At 8:30 am Gary Elliott called to say Tony had not showed up on the project. I advised that he was not scheduled to be off.

Gary called back at 9:30 to say Tony called him and he was at the shop getting his truck looked at. I called Bobby Davidson to verify. He advised Tony left before lunch.

At 1:20 pm Gary called to advise Tony had left for lunch @ 11:25 and had not yet returned.

At 3:30 I called Jimmie Rogers to advise that Tony had been missing all day. He advised he had just pulled into the parking lot.

I5