Form 11 Revised 5-94

Submit in Duplicate

STATE OF ALABAMA PERSONNEL DEPARTMENT

# RECOMMENDATION FOR PERSONNEL ACTION

| 1. Name of Employee | | | | 2. Social Security Number | 3. Salary |
|---|---|---|---|---|---|
| Tony | L | | Cabbil | 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 | $700.80 |
| First | MI | | Last | | |

| 4. Position Number | 5. Class Title/Code | | 6. Class Option Title/Code |
|---|---|---|---|
| 2088804 | Engineering Assistant | (2011b | ( ) |

| 7. Department | | 8. Division/Code | | 9. Effective Date |
|---|---|---|---|---|
| Transportation | 012 | Fifth Division | (0050) | April 28, 2004 COB |

| INSTRUCTIONS | KIND OF ACTION |
|---|---|

| INSTRUCTIONS | | |
|---|---|---|
| Item 11 requires signature of both department heads. | 10. Transfer within department .............. ☐ | 18. Retirement.......................... ☐ |
| | | Disability ........ ☐ Service ........ ☐ |
| Items 11, 13, 14, 15, 21 require approval of Personnel Director before action is official. | 11. Transfer to another department.......... ☐ | 19. Expiration of temporary appointment .... ☐ |
| | 12. Suspension ...................... ☐ | 20. Expiration of provisional appointment .... ☐ |
| Items 12, 13, 14, 15 must have copy of letter to employee attached. If voluntary demotion, letter from employee should be attached. | 13. Demotion....................... ☐ | 21. Leave Without Pay................... ☐ |
| | 14. Layoff......................... ☐ | 22. Returned from LWOP................. ☐ |
| Items 17 should have copy of letter of resignation or confirmatory letter from department attached. | 15. Dismissal....................... ☒ | 23. Returned from military leave ........... ☐ |
| | 16. Separation by death.................. ☐ | 24. Change of name .................... ☐ |
| | 17. Resignation ..................... ☐ | 25. Other............................ ☐ |

| ITEMS AFFECTED BY ACTION | FROM: | TO: |
|---|---|---|
| 26. Department (Items 10 and 11) | | |
| 27. Division/Code (Items 10 and 11) | | |
| 28. County of Employment/Code (Items 10 and 11) | | |
| 29. Class Title/Code (Items 10, 11, 13) | | |
| 30. Class Option/Code (Items 10, 11, 13) | | |
| 31. Dates (Items 12, 21, 22, and 23) | Wednesday, April 28, 2004 | |
| 32. Name (Item 24) | | |

| 33. If action is separation, is reemployment recommended? | Yes | (No ) | (If "No", explanation must be given.)  see attachment |
|---|---|---|---|

34. Remarks.

*[signature]*
L. Dee Rowe, Division Engineer

| 35. Signed (Appointing Authority) | *[signature]* | Date 4-22-04 |
|---|---|---|
| 36. Signed (Appointing Authority) | | Date |
| 37. Approved (Personnel Director) | | Date |

DEFENDANT'S EXHIBIT
J

| ACTION | SEX | RACE | CO. RES | EDU | VP | DEPT | DIV | EMP. TYPE | CO. EMP. | PART TIME | HOW PAID | RANGE DIFF. | EMP. SUB | ANNUAL RAISE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

 **ALABAMA DEPARTMENT OF TRANSPORTATION** 

1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050

*Bob Riley*
*Governor*

Telephone: 334/242-6311 - Fax No.: 334/262-8041

*Joe McInnes*
*Transportation Director*

April 22, 2004

Mr. Tony Cabbil
Alabama Department of Transportation
Fifth Division
2715 Skyland Boulevard East
Tuscaloosa, AL 35407

Dear Mr. Cabbil:

A pre-dismissal conference was held on Wednesday, April 14, 2004 in the Fifth Division conference room. Present at the conference were you, L. Dee Rowe, and Tiffany Ramsey. The conference was tape-recorded.

At the conference, you were provided an opportunity to submit information regarding your proposed termination of employment with the Alabama Department of Transportation. You provided an oral and written response.

I have reviewed your response to the proposed termination and have determined that the proposed termination is due to be affirmed.

Consequently, you are hereby notified of your termination of employment with the Alabama Department of Transportation effective Wednesday, April 28, 2004.

Under the State merit system laws and rules of the State Personnel Board, you have 10 days after receipt of this letter to appeal your termination to the State Personnel Board by filing with the Board and this office a written answer to the charges.

Sincerely,

D. J. MCINNES
Transportation Director

DJM/RJG/lsw

cc:    Dan Morris
       Ron Green
       Legal Bureau
       Tommy Flowers



# ALABAMA DEPARTMENT OF TRANSPORTATION
### FIFTH DIVISION
### OFFICE OF THE DIVISION ENGINEER
2715 East Skyland Boulevard
P. O. Box 70070, Tuscaloosa, Alabama 35407
Telephone: 205-553-7030
Fax: 205-556-0900



**Bob Riley**
Governor

**Joe McInnes**
Transportation Director

April 16, 2004

## MEMORANDUM

**TO:**    Mr. D. J. McInnis
Transportation Director

**ATTN:**    Mr. Ron Green
Executive Assistant Transportation Director

**FROM:**    Ms. L. Dee Rowe
Division Engineer

**RE:**    Pre-termination Conference – Tony Cabbil

On Wednesday, April 14, 2004, a pre-termination conference was held for Tony Cabbil. Attending the conference were Tony Cabbil, Tiffany Ramsey and L. Dee Rowe. The conference was tape-recorded. However, the tape was inadvertently erased in an attempt to duplicate it upon request of Mr. Cabbil. This office was instructed to submit the recorded cassette to Mr. Ron Green, Personnel Bureau, and will do so once we receive advice from Mr. Ippolito regarding having Mr. Cabbil do his hearing again for the sake of the tape recording.

I have carefully considered Tony Cabbil's statements and submitted documents and have reviewed the audiotape of the conference. I find no compelling reason to mitigate this situation. Therefore, I endorse and support the dismissal of Tony Cabbil from employment with the Department of Transportation.

Thank you.

LDR/TPR/

Enclosures

Cc: File



APR 2004
Transportation
Personnel
Director

3

J3

This was
submited at
the hearing.

4-14-04

This is my response concerning the
Proposed Termination and Pre-termination
Conference.

On December 8, 2003 I recieved a
written Warning for the seventh occasion
in a 12 month period. The dates December
16, 2002, January 13, 2003, February 19,
2003, March 18, 2003, March 22, 2003,
May 16, 2003, November 20, 2003 were all
for you did not report for work but
called in sick.

On September 21, 2003 through October
3, 2003 you did not report for work, but
called in sick. (I had a Doctor excuse
for mention dates).

NOTE

On August 4, 2003 you initiated a
confrontation with a co-worker in
which your behavior was disruptive.
(What kind of disruptive behavior did
I have? and who witness the behavior

4

J4

and why was there no disciplinary actions taken against me? for this behavior.

On October 16, 17, and 20 2003, you failed to perform your job properly. You did not record the measurements of the pavement edge drain. Therefore the work had to be assigned to other employees. (I have documentation in my orange book which verify that I did take measurements where I was assigned on the above mentioned dates.

On November 18, 2003 you failed and or refused to sign your performance appraisal due to the score. After being informed that disciplinary action would be taken place for refusal to sign the appraisal, you signed it. (I felt threaten by the tone of voice from my supervisor is why I signed the apprasial and I was clear with her that I didn't agree with the appraisal).

J5

On November 25, 2003 you complained to your supervisor about being assigned to work in Tuscaloosa instead of Chilton County. Also you said that your supervisor should be rotating personnel. (I did complain about having to work in Chilton County and I did ask why staff could not be rotated because the work on Hwy 69 south was slow). On the same day you failed to perform your job properly, as you did not record or complete the required documentation for contractor activity. (I have documentation in my orange book on the mention date that I was assigned this job.)

On November 26, 2003 you complained to your supervisor about being assigned to work in Chilton County on Monday, December 1, 2003. (I did not complain to my supervisor about working in Chilton County on Monday December 1, 2003, I did tell my supervisor that I had submitted a leave slip to be off and I stated it was important to me to be off.

6.

J 6

On December 3, 2003 you were referred to the Employee Assistance Program for Absenteeism. ( I did have a conference with Mr. Taylor from the EPA on absenteeism.)

On December 8, 2003 you recieved a written Warning regarding Absenteeism. ( Yes I did recieve the Written Warning about Absenteeism.) Also the Site Mananger Coordinator wrote a Memo to your Supervisor stating that he had been unsucessful at training you on the Site Mananger Computer Program. ( I had no Knowledge about the memo going to my supervisor, this is my first time being made aware of this).
On December 19, 2003 you left your job without permission and did not return for the remainder of the day. As a result, on January 5, 2004 you recieved a written reprimand for inattention to job and leaving work without permission. ( I did recieve the Written Reprimand on January 5, 2004).

On January 15 through 27, 2004 you were
responsible for inspecting contractors
work. Your documentation indicated you
had inspected each phase before
allowing the contractor to continue when,
in fact you had not. ( I did what I was
told to do and what I was showed
to do by Ken Edwards C E who is
on the bridge project with me
approximately 85% of the time). (I
have not been showed nothing by my
Project Engineer Gary Elliott.)
  On February 13, 2004 you were assigned
to work on February 14, and 16 2004 but you
refused to do so until instructed to do
3 times. (I was not told 3 times Gary
Elliott came out on the project and asked
what was the problem with me working I
responded it was not a problem Ken Edwards
CE and myself had discussed working on
Feb. 14, 2004. Gary stated Ken could not
work because he don't get overtime, Ken
drove up and it was settled that I will
be working on February 14, and 16 2004
I was not told 3 times).

J8

clean the bathroom and disinfect it. ( I used
the bathroom only on one occasion and it was
not the time being described here. I find
it to be very insulting, and offensive
to make such a allegation, Why wasn't I
ever made aware of this. I'm more
intelligent than that.


Tony Cabbil
Engineer Asst.

Tony Cabbil
4-14-04

| | South | North |
|---|---|---|
| | 0.7 | 0.7 |

**10-17-03**

Beasley Const. Co.

2 Pickup Trucks
1 frontend loader
1 Trencher

2 - Operators
5 - Laborers

Contractor trenched from Sta
366+50 to Sta 375+00 (L) side
and from 376+86 to 384+44.

Contractor trenched from Sta 382+50
back to Sta 383+25 (R) side

---

**10-16-03**

Beasley Const Co.

3 MRAS
2 Pickup Trucks
1 Vibrating Tamper
1 Aggregate Spreader

2 - Operators
5 - Laborers

Hauling stone (RT) side throughout
project. Putting in place from Sta
301+00 to Sta 306+00 from 306+00
to 310+50 from Sta 310+50 to Sta 315+00
from Sta 315+00 to Sta 316+65
from 316+50 to 317+45 from Sta 343+00
to Sta 347+00 from Sta 347+00 to Sta 352+00
from Sta 352+00 to Sta 357+00 from 357+00
to Sta 361+50 to Sta 364+20

60' driveway at Sta
316+50
before you get
to Long Branch Dr.

Hi Low
10-20-03                          80° 60°

Beasley Const. Co.          Rain Guage
                            North  0.0
2-Pickup Trucks             South  0.0
1-Trencher
1-frontend loader

2-Operators
5-Laborers
                                    (R) Side
Contractor trenching from Sta 383+25
back to Sta 365+00. Trenched from 364+20' to
365+60    365+85

Contractor cut outlets at Sta 374+50 (R) side
also 370+50 (R) side    366+50 (R) Side 376+80
383+00 (R) Side    387+50 (R) Side ✓
366+50 (L) Side    370+50 (L) Side
382+00 (L) Side

J 11

11-25-03                    Hi  Low
    ST Bum Const. Co.        53°   29°

1 - Supt            2 - Operators   P/c P/c
1 foreman
    1 - Spreader   1 Laborer
    1 - Steel wheel Roller
    3 - Pickup Truck,  8 - MRA's
    825B crushed Agg Base
    Contractor putting in place
crushed Aggregate on Right edge from
Sta 361+00 to Sta 386+60
And from Sta 317+50 to Sta 326+15

And from Sta 331+80 to Sta 361+80


* had (2) #242 loads
     replacement was #(249)

J12

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Thursday January 15, 2004

Weather Partly cloudy    Temperature:    High 54°    Low 45b

Work Day yes    Time Work Started 7am    Stopped 4pm    Hours Worked 8

Contractor's Forces:  Supt. 1    Foreman 1

Operators _____    Laborers:  Skilled 2    Unskilled _____    Others 3 Sandblaster

Engineering Personnel: Tony Cabbil (8hr) K Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Air Compressors | X 1 | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint Truck | | 1 | Not Needed |
| 1 Forklift | 1 | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P+H Const. Co. Inc.

Contractor putting up containment in Span #23 #23A #24

Contractor cleaning up in Span #25 #25A #26

Contractor Sandblasting in Span #23 SBR

Tony Cabbil
Inspector

Vistors: _____    13

J 13

## INSPECTOR'S DAILY REPORT

Project No. 10-305-010-773-204 _____ Day & Date Tuesday January 20, 2004

Weather Clear _____ Temperature:  High 45° _____ Low 27° _____

Work Day yes _____ Time Work Started 7 pm _____ Stopped 4 pm _____ Hours Worked 8 hrs.

Contractor's Forces:  Supt. 1 _____ Foreman 1 _____

Operators _____ Laborers:  Skilled 2 _____ Unskilled _____ Others 3 Painters

Engineering Personnel: Tony Cabbil (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor Sandblasting Span #23 NBR

Contractor Sandblasting and printing 1st Coat in Span #23A

NBR ____ SBR in #23 NBR and SBR complete

Air Temp 40°

Humidity 52%

Dew Point 26°

Temp of Steel 40°

Presso film : 4.5 mils

Depression 6.0

Tony Cabbil

Inspector

Vistors: _____

14

J14

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-173-204    Day & Date Wednesday January 21, 2004

Weather Partly cloudy    Temperature: High 50°    Low 24°

Work Day yes    Time Work Started 7 AM    Stopped 4pm    Hours Worked 8

Contractor's Forces: Supt. 1    Foreman 1

Operators ___ Laborers: Skilled 1    Unskilled ___ Others 3 Sandblasters

Engineering Personnel: Tony Cabbil (8hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor cleaning up from under Spans #23 and #23A

Contractor closed Road at 9:30A.m. Barricades on both

Sides of bridge.

Contractor moved containment to Span #24

Tony Cabbil
Inspector

Visitors: ___

15

J 15

Form SD-2

**INSPECTOR'S DAILY REPORT**

Project No. _77-203-010-...-...-204_ Day & Date _Thursday, January 22, 2004_

Weather _Clear_ _____ Temperature: High _55°_ ___ Low _26°_

Work Day _Yes_ ____ Time Work Started _7am_ ___ Stopped _4pm_ ___ Hours Worked _8_

Contractor's Forces: Supt. _1_ _____ Foreman _1_

Operators _____ Laborers: Skilled _1_ _____ Unskilled _____ Others _3 Sandblasters_

Engineering Personnel: _Tony Cribbi (8 hrs.)    K. Edwards (8 hrs.)_

| Contractor's Equipment On Project | | | |
|---|---|---|---|
| Number & Type | Operating | Not Oper. | Reason Not Operating |
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Brattle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

_PTH Const. Co. Inc_

_Contractor began sandblasting in Span #24 SBR_

_Tony Cribbi_
Inspector

16.

J16

Form 2082

## INSPECTOR'S DAILY REPORT

Project No. 17-205 010-575-204 _____ Day & Date Friday January 23, 2004

Weather _clear_____ Temperature: High _49°_____ Low _29°_____

Work Day _yes_ Time Work Started _7Am_ Stopped _4pm_ Hours Worked _8_

Contractor's Forces: Supt. _1_____ Foreman _1_____

Operators _____ Laborers: Skilled _1_____ Unskilled _____ Others _3 Sandblasters_

Engineering Personnel: _Tony Cobil (8 hrs.)_____

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Vacuum | | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co. Inc

Contractor Continuing to Sandblast in Span #24 SER and

began Sandblasting Span #24 NBR

_Tony Cobil_
Inspector

Vistors: _____ 17

J17

Form RS-02

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204 ___ Day & Date Saturday  January 24, 2004

Weather Cloudy ___ Temperature:    High 60° ___ Low 36°

Work Day yes ___ Time Work Started 7A ___ Stopped 4pm ___ Hours Worked 8 ___

Contractor's Forces:   Supt. 1 ___ Foreman 1 ___

Operators ___ Laborers:   Skilled 1 ___ Unskilled ___ Others 3 Paint ×

Engineering Personnel: Tony Cabbil (3 hrs.) ___

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor blowing SBR of Span #24

Contractor painting SBR of Span #24  1st coat also painted about half
the NBR Span #24

Air Temp 41

Humidity 58%

Dew Point 33°

Steel Temp. 44°

Presso Film 4-5 mils

Depression 6.0

Time: 8:45 Am

Inspector: Tony Cabbil

Vistors: ___

18

J18

Form #SR 07

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204 _____ Day & Date _Monday, January 26, 2004_

Weather _Partly cloudy_ _____ Temperature: High _68°_ _____ Low _54°_

Work Day _Yes_ _____ Time Work Started _7 Am_ _ Stopped _4 pm_ _ Hours Worked _8_

Contractor's Forces: Supt. _1_ _____ Foreman _1_ _____

Operators _____ Laborers: Skilled _1_ _____ Unskilled _____ Others _3 painters/Sandblast_

Engineering Personnel: _Tony Cabbil (8 hrs.)   K. Edwards (9) hrs._

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 2 | | |
| 1 Mobile Scaffles | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor Sandblasting the remainding half of

Span # 24 NBR contractor painted remainding half of Span # 24 NBR
        1st coat

Air Temp 60°

Humidity 68%

Dew point 49°

Steel Temp 59°

Depression 6.0

Presso film 4.0

Time : 12:45 p.m

_Tony Cabbil_
Inspector

Visitors: _____

19

J19

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Tuesday January 27, 2004

Weather Partly cloudy    Temperature: High 42°    Low 34°

Work Day _____ Time Work Started 7am   Stopped 4pm   Hours Worked 8

Contractor's Forces: Supt. 1       Foreman 1

Operators _____ Laborers: Skilled _____ Unskilled _____ Others _____

Engineering Personnel: Tony Cabbil (8 hrs.)  K. Edwards (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Compressors | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor blowing down beams in Span #24 NBR and SBR

Removing containment from same above area.

Contractor open the road at 10:35 Am

Contractor put canvas in Span #19 NBR and SBR

Covering chain link fence.

Tony Cabbil

**Inspector**

Vistors: _____    20

520



**ALABAMA DEPARTMENT OF TRANSPORTATION**
1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050



March 30, 2004

*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

## M E M O R A N D U M

TO:         Ron Green
                Executive Assistant Transportation Director

FROM:    Sandi Dietz
                Title VII Coordinator

SUBJECT:  Adverse Termination Review
                Tony Cabbil, Engineering Assistant
                Fifth Division

Background Information:

Date of Employment: 7/30/01 - EA
Date of Birth:  6/28/55
Race/Sex:     B/M

      A review of the recommendation to dismiss Tony Cabbil from his position as an Engineering Assistant was conducted today by teleconference.  The following individuals were present at that review:

      Dee Rowe, Division Engineer
      Nicky Calhoun, Construction Engineer
      Sandi Dietz, Title VII Coordinator

      Mr. Cabbil has been recommended for dismissal for falsification of records, failure to perform job properly, inattention to job, and failure to cooperate with coworkers.  The following is a summary of the events leading to the recommendation for dismissal:

12/16/02      Did not report for work.  Called in sick.

1/13/03       Did not report for work.  Called in sick.

2/19/03       Did not report for work.  Called in sick.

3/18/03       Did not report for work.  Called in sick.

J21

Termination Review, T. Cabbil
March 30, 2004
Page 2

**CONFIDENTIAL**

| | |
|---|---|
| 4/22/03 | Did not report for work.  Called in sick. |
| 5/16/03 | Did not report for work.  Called in sick. |
| 8/4/03 | Initiated a verbal confrontation with a coworker, and his behavior was disruptive (i.e., yelling). |
| 9/21/03 - 10/3/03 | Did not report for work.  Called in sick. |
| 10/16/03 - 10/17/03 & 10/20/03 | Failed to perform job properly (i.e., did not record the required measurements of pavement edgedrain).  This necessitated the supervisor's assigning the work to other employees on a later date. |
| 11/17/03 | Complained to supervisor about being assigned to work in Chilton county. |
| 11/18/03 | Refused to sign Performance Appraisal, until his supervisor explained that his refusal would incur disciplinary actions against him. |
| 11/20/03 | Did not report for work.  Called in sick. |
| 11/24/03 | Complained to supervisor about being assigned to work on that particular project (Hwy. 69) that day. |
| 11/25/03 | Complained to supervisor about being assigned to work in Tuscaloosa county instead of Chilton county.<br><br>Failed to perform job properly (i.e., did not record/complete the required documentation for contractor activity).  This necessitated the supervisor's assigning the work to another employee. |
| 11/26/03 | Complained to supervisor about being assigned to work in Chilton county on Monday, 12/1, then submitted a leave request to be off work that day. |
| 12/3/03 | **Supervisory EAP Referral** for unreported absenteeism. |
| 12/8/03 | **Written warning** regarding absenteeism (i.e., not receiving prior approval before taking off).<br><br>Memo from Robert Stringfellow (SiteManager Coordinator) to Donna Elliot |

J22

CONFIDENTIAL

Termination Review, T. Cabbil
March 30, 2004
Page 3

    (Project Engineer) regarding his unsuccessful attempts to train Mr. Cabbil on the SiteManager computer program.

| 12/19/03 | Left work between 11:25 and 12:35, without permission, and did not return for the remainder of the day. |
| 1/5/04 | **Written reprimand** for leaving work without permission on 12/19/03. |
| 1/15/04 - 1/27/04 | Responsible for inspection of contractor's work (painting) on Hugh Thomas Bridge project.  Mr. Cabbil's documentation indicated he had inspected each phase before allowing the contractor to continue. |
| 2/13/04 | Was assigned to work with the contractor on Saturday ( 2/14) and Monday (2/16 - holiday).  However, Mr. Cabbil refused to do so until after he was told 3 times that he, like other employees, was required to work when the contractor works. |
| 2/17/04 - 2/19/04 | Division bridge crew inspected the contractor's work performed between 1/15/04 and 1/27/04, and they found the work to be unacceptable. |
| 2/20/04 | Reports (3) from the Division Bridge Inspector (Derek Tilley), Chief Inspector (Ken Edwards), and Project Engineer (Gary Elliott) regarding the problems with the Hugh Thomas Bridge project.  They estimated the cost to the contractor and/or the department to correct the problems to be approximately $4 - 5,000.00. |
| 3/4/04 | Letter from Lewis Rager (District Engineer) to Ms. Rowe  recommending termination for Mr. Cabbil's continuing policy/rule violations and failure to properly perform his job. |
| 3/9/04 | After having been previously instructed several times to use the men's restroom, instead of the ladies' restroom, Mr. Cabbil used the ladies' restroom and put urine all over the toilet.  Another employee had to clean up after him. |
| 3/15/04 | Memo from Gary Elliott (Project Engineer) to Mr. Calhoun regarding Mr. Cabbil's continuing inability/failure to cooperate with his coworkers. |
| | Memo from Mr. Calhoun to Ms. Rowe also recommending termination. |
| 3/16/04 | Termination procedures initiated by Ms. Rowe. |
| 3/24/04 | Termination recommendation received by Human Resources. |

J23

Termination Review, T. Cabbil
March 30, 2004
Page 4

# CONFIDENTIAL

Findings:

According to Mr. Cabbil's supervisors, they have recommended termination, rather than a suspension, because of the nature and severity of Mr. Cabbil's poor work habits and performance during his relatively short tenure (2 years, 8 months) with the department.

Therefore, based on the above information, it appears the department is in compliance with all state and federal laws, including the Rules of the State Personnel Board, with respect to the recommendation for dismissal of Mr. Cabbil.

cc:     File

J24



# ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard, Montgomery, Alabama 36130-3050

March 23, 2004



*Bob Riley*
*Governor*

*Joe McInnes*
*Transportation Director*

## M E M O R A N D U M

**TO:**   Mr. Ronald J. Green
Executive Assistant Transportation Director

**FROM:**   Vivian E. Handy   VEHILSU .
Assistant Bureau Chief, Personnel Bureau

**RE:**   **Review of Dismissal**
**Employee Name:** **Tony Cabbil**   B/M
**Class:** **Engineering Assistant**
**Location:** **Fifth Division**
**SSN:** **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**

In compliance with the memorandum dated February 19, 1999, from the Transportation Director, the attached recommended dismissal is submitted for your review.

Once I have received your concurrence or other recommended action, the appropriate disciplinary letter to the employee and Form 11 will be returned to you for the Director's signature.

VEH/LSW
Attachments
cc:   File

**CONCUR:** _____ơM_____   **DATE:** 01 Apr 04  4/1/04

**DO NOT CONCUR:** _____   **DATE:** _____

**RECOMMENDATION (IF DO NOT CONCUR):**

_____

_____

_____

25

J25



# ALABAMA DEPARTMENT OF TRANSPORTATION
FIFTH DIVISION
OFFICE OF THE DIVISION ENGINEER
2715 East Skyland Boulevard
P. O. Box 70070, Tuscaloosa, Alabama 35407
Telephone: 205-553-7030
Fax: 205-556-0900



**Bob Riley**
Governor

**Joe McInnes**
Transportation Director

March 16, 2004

Mr. Joe McInnes
Transportation Director
Alabama Department of Transportation
Montgomery, Alabama  36110

Attention:  Mr. Ron Green

Re:    Recommendation for Termination of
       Mr. Tony Cabbil, Engineering Assistant
       Social Security #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

Dear Mr. McInnes:

Attached is documentation from Mr. Nicky Calhoun, Assistant Division Engineer of Construction, concerning Mr. Tony Cabbil.

Mr. Calhoun is recommending termination of Mr. Cabbil due to the behaviors listed in the attached documentation.   Mr. Calhoun is also recommending that Mr. Cabbil be placed on mandatory leave at the time of the termination notification.  A Form-11 is attached.

I concur with Mr. Calhoun's recommendations.

Sincerely,

L. Dee Rowe
Division Engineer

LDR/TPR
Attachments
cc: File

26

J26



# ALABAMA
## Department of Transportation
**FIFTH DIVISION**
**OFFICE OF THE DIVISION ENGINEER**
POST OFFICE BOX 70070
TUSCALOOSA, ALABAMA 35407
Telephone: (205) 553-7030
FAX: (205) 556-0900

DEPARTMENT OF TRANSPORTATION
Bob Riley
GOVERNOR

Joe McInnes
TRANSPORTATION
DIRECTOR

March 15, 2004

## M E M O R A N D U M

TO:      Ms. L Dee Rowe
         Division Engineer
         5th Division

FROM:    Nicky L. Calhoun
         Assistant Engineer - Construction

SUBJECT: Tony L. Cabbil
         Engineer Assistant
         District Two

Attached are documents from the supervisors supporting data concerning Mr. Tony Cabbil. The District Engineer, District Two has recommended termination of Mr. Cabbil for the following violations:
  1) Inattention to job.
  2) Failure to perform job properly.
  3) Falsification of records.

Based on the documentation transmitted herewith, I am adding a fourth violation:
  4) 670X-19-01(f) – Leaving job station without permission and/or 670-X-19-.02(i)
     – Leaving before the end of the shift/walking off the job.

According to Section 670-X-19-.02 of the Rules of the State Personnel Board, violations #3 and #4, "may result in suspension or discharge on the first offense."

Mr. Cabbil is obviously not keeping records accurately. His work and records have to be constantly checked and verified because we are not able to rely upon his completed work."

The above indicated violations are reached from one series of incidences while working with Mr. Gary Elliott, a seasoned ALDOT project engineer.

However, further investigation has led me into determining a pattern of violations while working with Mr. Elliott and other project engineers. These are:

Memorandum
March 15, 2004
Page 2

Chapter 670-X-19-.01(1)
    b)  Absenteeism - ...a pattern of absences, or excessive absences.
    g)  Disruptive conduct of any sort
    a)  Poor housekeeping

Chapter 670-X-19-.01(2)
    a)  Insubordination
    e)  Use of abusive or threatening language.

Mr. Cabbil has an attitude that he is being picked on or singled out.  In my opinion, this causes him to retaliate by questioning his supervisors' authority, his untimely habit of taking time off after becoming aware of his next task or work location, not cooperating with his co-workers, and his intimidating actions toward work and personnel including one occurrence of personal hygiene.

Due to Mr. Cabbil's work record, I do not trust his inspection.  Due to Mr. Cabbil's threatening attitude, his co-workers do not want to work around him.  Due to the pattern exhibited by Mr. Cabbil towards regulations I do not forsee him taking constructive criticism.  Progressive discipline has been applied to no avail.

I recommend termination of Mr. Cabbil as soon as possible.  In order to prevent any personal retaliation or damage to ALDOT data or equipment, I request Mr. Cabbil be placed on mandatory leave (paid or unpaid) until his pretermination hearing and termination dates are over.

I believe this action is in the best interests of ALDOT.

NLC:bgm

Attachments

CHAPTER 670-X-19
EMPLOYEE WORK RULES


TABLE OF CONTENTS

670-X-19-.01   General Work Rules
670-X-19-.02   Prohibition of Political Activities


670-X-19-.01   <u>General Work Rules</u>.   In addition to any special
rules issued by the various appointing authorities for the
guidance of their employees, the following standard general
work rules shall apply to all classified employees:

(1)   Violations that normally result in disciplinary actions
of increasing severity:

(a)   Violations of safety rules.

(b)   Absenteeism - Unexcused absence, unreported absence,
a pattern of absences, or excessive absences.

(c)   Tardiness - Not on the job ready to work at the
beginning of the shift.

(d)   Inattention to job - Doing anything distracting while
on the job.

(e)   Failure to perform job properly.

(f)   Leaving job station without permission.

(g)   Disruptive conduct of any sort.

(h)   Abuse of equipment.

(i)   Unauthorized operation of vehicles, machinery, or
equipment.

(j)   Participation in unauthorized activity or solicitations
on work premises.

(k)   Poor housekeeping.

(l)   Unauthorized use of telephones.

(m)   Unauthorized use of bulletin boards.

(n)   Violation of specific department rules.

529

(2)  More serious violations that may result in suspension or discharge on the first offense, considering work record and length of service:

(a)  Violations of safety rules which endanger life or property.

(b)  Insubordination – Failure to follow an order; dis-obedience; failure to submit to authority as shown by demeanor or words, with the one exception of not following an order which the employee has good reason to believe is unsafe or illegal.

(c)  Theft or unauthorized possession of company property.

(d)  Fighting.

(e)  Use of abusive or threatening language.

(f)  Falsification of records – Application for Employment, time card, doctor's excuse, etc.

(g)  Possession or use of alcohol, narcotics, or dangerous weapons.

(h)  Sleeping on the job.

(i)  Leaving before the end of the shift/walking off the job.

(j)  Serious violation of any other department rule.

(k)  Job abandonment which consists of three days of unexcused, unreported absence.

Amended 5/23/85
Effective 6/27/85

(3)  The listing of violations above is not meant to be all inclusive and does not imply that discipline may not be imposed for other sufficient reasons.  (Statutory Authority: 36-26-9, Code of Alabama 1975.)

670-X-19-.02  Prohibition of Political Activities.

(1)  No person shall be appointed or promoted to or demoted or dismissed from any position in the classified service, or in any way favored or discriminated against with respect to employment in the classified service because of his political or religious opinions or affiliations.

(2)  No person shall seek or attempt to use any political endorsement in connection with any appointment to a position in the classified service.

(3)  No person shall use or promise to use, directly, or indirectly, any official authority or influence whether possessed or anticipated, to secure or attempt to secure, for any person an appointment or advantage in appointment to a position in the classified service, or an increase in pay



# ALABAMA
# Department of Transportation

FIFTH DIVISION, DISTRICT TWO
OFFICE OF DISTRICT ENGINEER
POST OFFICE BOX 70505
TUSCALOOSA, ALABAMA 35407
Telephone: (205) 553-7030
FAX: (205) 556-5933

**DEPARTMENT OF TRANSPORTATION**

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION
DIRECTOR

March 4, 2004

Ms. L. Dee Rowe
Division Engineer
Alabama Department of Transportation
P.O. Box 70070
Tuscaloosa, AL 35407

Attention: Mr. Nicky Calhoun
Division Construction Engineer

RE: Termination of Mr. Tony L. Cabbil (EA)

Dear Ms. Rowe:

We are recommending termination of Mr. Tony L. Cabbil – EA, presently working in construction with Mr. Gary Elliott – Project Engineer, for violation of ALDOT Employee Work Rules.

Violations of ALDOT Employee Work Rules are as follows:

- 670-X-19-.01 (1-d) Inattention to job
- 670-X-19-.01 (1-e) Failure to perform job properly

Mr. Cabbil's inattention to the job and failure to perform his job properly, from January 15-27, 2004, has resulted in P & H Stucco & Construction Inc., prime contractor on (Project # 99-505-010-773-204) to rework and re-sand/paint areas that Mr. Cabbil did not inspect according to ALDOT Standard Specification, Section 521. Documentation, dated February 20, 2004, from the Fifth Division Bridge Inspector, Mr. Derek Tilley, on the areas that were missed are as follows: Structure # 13-63-195.012, Bin # 10773; Span 22 – Some thin and missed spots at vertical stiffeners, diaphragms and at bottom flange of sidewalk I-beam at right side; Bent 23 – Almost all steel still old green color; Span 23 & 24 – Numerous spots that primer is very thin or not primed (locations are mainly at vertical stiffeners, diaphragms and outside of sidewalk I-beam); Bent 24 – Some vertical stiffeners and bearing assemblies missed with green paint still showing and also steel shot has been primed left over around some bearings. When notified by Mr. Tilley of these inefficiencies, Mr. Edwards and Mr. Tilley re-inspected and confirmed the concerned areas.

NOTE: Mr. Cabbil was properly trained by Mr. Kenneth Edwards – CE, project inspector, under Mr. Gary Elliott – PE, and is monitored by his supervisor.

- 670-X-19-.02 (2-f) Falsification of records

Mr. Cabbil falsified records by reported on his Inspector's Daily Report that P&H Stucco & Construction Inc. had completed each sequence of construction before continuing to the next sequence. With the documentation from the Division Bridge Inspector and the re-check by Mr. Edwards, confirming the above mentioned deficiencies, Mr. Cabbil did not inspect each phase before allowing the contractor to continue.

Due to Mr. Cabbil inattention to the job, failure to perform his job properly, and falsification of records allowing the contractor to continue without informing them of deficiencies in their work, the approximate cost to ALDOT having the contractor to come back to re-sand/paint may be $5,000.00.

If you have questions or need further information, please contact this office.

Sincerely,

Lewis S. Rager, Jr.
District Engineer

Attachments:
cc: Ms. Pat Lynn
Mr. Gary Elliott
Mrs. Donna Elliott
File

J31

Friday, February 20, 2004

Re: Lack of inspection on Hugh Thomas Bridge project

Yesterday Derrick Tilley called me on the radio and told me he had done some inspection behind the bridge painters on this project. He said their was many areas our inspector had let them paint over unsandblasted areas and over very dirty places on the beams. (Steel grit being left laying on beams.) Tony Cabbil is the inspector on this project. He was shown how to inspect the beams by Ken Edwards who trained him. Ken told me that a lot of the areas that Derrick had found, he had told Tony to be sure they were cleaned before they were painted but were not. The large section they are working in now, Tony told me he had not been up in the containment system in over a week. Told him he needed to be up inspecting the beams every day. The contractor has been made to go back and re-sand and re-paint these areas. This is an estimated cost to the contractor of four to five thousand dollars.

Gary Elliott
Project Engineer

32

Cabbil v. ALDOT  0075
Docs Prod by Pltf

J32

## STRUCTURE DEFICIENCIES

DATE 2/20/04

STRUCTURE NO. 13-63-195.012          BIN 10773

Areas of concern @ Hugh Thomas paint project.

Span 22 - Some thin & missed spots @ vertical stiffers, diaphrams & @ bottom Flange of sidewalk I-beam @ Rt side

Bent 23 - Almost all steel @ it still Green (Not touched)

Span 23 & 24 - Numerous spots that primer is very thin or not primed @ all. Locations are mainly @ vertical stiffeners, diaphrams & outside of sidewalk I-beams.

Bent 24 - Some vertical stiffeners & bearing assemblys' missed with green paint still showing ; Also steel shot has been primed over around some bearings.


Spans 20 & 21 are examples of good blast & primer coat. In some other areas that are not complete seem to be getting a good almost white blast but still missing numerous spots with primer coat.

David Tilly

33

Cabbil v. ALDOT  0072
Docs Prod by Pltf

J 33

### INSPECTOR'S DAILY REPORT

Project No. 99-505-010-123-204    Day & Date **Friday February 20 2004**
Weather Partly Cloudy    Temperature: High 60    Low 41
Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____
Contractor's Forces: Supt. _____ Foreman 1
Operators _____ Laborers: Skilled 4    Unskilled 1    Others _____

Engineering Personnel: K Edwards (8)

#### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 - Pickup Trucks | 2 | | |
| 3 - Compressors | 1 | 2 | Not Needed |
| 1 - Vacuum | 1 | | |
| 1 - Dust Collector | 1 | | |
| 1 - Recycler | 1 | 1 | Not Needed |
| 1 - Mobile Saffie | 1 | | |
| 1 - Paint Truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

#### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc.
5th Division Bridge Crew began inspection of
bridge on Feb 17 2004. Areas of concern were
found by bridge crew inspector Derek Tilley.

On this date Feb 20 2004 Derek Tilley and
I, Kenneth Edwards re-inspected the concerned
areas previously found between Feb 17 and Feb 19
I verified the concerned areas to be in
Spans# 23 #24 #25 & #25A NBL & SBL

34

Inspector

J34



# ALABAMA DEPARTMENT OF TRANSPORTATION

1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050



*Bob Riley*
*Governor*

Telephone: 334/242-6311 - Fax No.: 334/262-8041

*Joe McInnes*
*Transportation Director*

April 7, 2004

Mr. Tony Cabbil
Alabama Department of Transportation
Fifth Division
2715 Skyland Boulevard East
Tuscaloosa, AL 35407

RE:    Notice of Proposed Termination and Pre-termination Conference

Dear Mr. Cabbil:

Pursuant to Rule 670-X-18-02 of the State Personnel Board Rules and Regulations, it has been recommended that you be dismissed from your employment with the Alabama Department of Transportation. The following information has been submitted:

1. On December 16, 2002, you did not report for work, but called in sick.

2. On January 13, 2003, you did not report for work, but called in sick.

3. On February 19, 2003, you did not report for work, but called in sick.

4. On March 18, 2003, you did not report for work, but called in sick.

5. On March 22, 2003, you did not report for work, but called in sick.

6. On May 16, 2003, you did not report for work, but called in sick.

7. On August 4, 2003, you initiated a confrontation with a coworker in which your behavior was disruptive.

8. On September 21, 2003 through October 3, 2003, you did not report for work, but called in sick.

9. On October 16, 17, and 20, 2003, you failed to perform your job properly. You did not record the measurements of the pavement edgedrain. Therefore, the work had to be assigned to other employees.

Mr. Cabbil
April 7, 2004
Page 2

10. On November 18, 2003, you refused to sign your performance appraisal due to the score. After being informed that disciplinary action would be taken place for refusal to sign the appraisal, you signed it.

11. On November 20, 2003, you did not report for work, but called in sick.

12. On November 25, 2003, you complained to your supervisor about being assigned to work in Tuscaloosa instead of Chilton County. Also, you said that your supervisor should be rotating personnel. On the same day you failed to perform your job properly as you did not record or complete the required documentation for contractor activity. Therefore, your supervisor had to assign the work to another employee. On November 26, 2003, you complained to your supervisor about being assigned to work in Chilton County on Monday, December 1. Then you informed your supervisor that you had submitted a leave slip to be off. You were asked whether you could postpone it, and said no.

13. On December 3, 2003, you were referred to the Employee Assistance Program for absenteeism.

14. On December 8, 2003, you received a written warning regarding absenteeism. Also, the Site Manager Coordinator wrote a memo to your supervisor stating that he had been unsuccessful training you on the Site Manager Computer program.

15. On December 19, 2003, you left your job station without permission and did not return for the remainder of the day. As a result, on January 5, 2004, you received a written reprimand for inattention to job and leaving work without permission.

16. On January 15 through 27, 2004, you were responsible for inspecting contractor's work. Your documentation indicated you had inspected each phase before allowing the contractor to continue when, in fact, you had not.

17. On February 13, 2004, you were assigned to work with a contractor on February 14 and 16, 2004, but you refused to do so until being instructed to 3 times.

18. On February 17, 18, and 19, 2004, the Division bridge crew inspected a contractor's work which was performed on January 15 through 27, 2004, and found the work to be unacceptable. You were responsible to insure that the work was performed properly. As a result, it was estimated it would cost the Department $ 4,000 to $ 5, 000 to correct the problems.

19. On March 9, 2004, you had previously been instructed to use the men's restroom and not the ladies restroom. You used the ladies restroom anyway, and did not clean up your mess. Another employee had to clean the bathroom and disinfect it.

J 36

Mr. Cabbil
April 7, 2004
Page 3

If true, your actions constitute the following violations:

1. Falsification of records.

2. Inattention to job.

3. Failure to report to work.

4. Failure to perform job duties.

5. Leaving job station without permission.

6. Leaving before end of the shift/walking off the job.

7. Poor housekeeping.

8. Uncooperative or disruptive conduct of any sort.

Based upon your inattention to your job, failure to perform your properly, and falsification of records from January 15 through January 27, 2004, and upon review of your prior work record and history of progressive discipline, your employment is recommended for termination.

A pre-termination conference to be held before my designee, Ms. L. Dee Rowe has been set for Wednesday, April 14, 2004, at 9:30 a.m. in the Conference Room of the Fifth Division. At this time, you will be afforded an opportunity to provide relevant information regarding our proposed termination. The pre-termination conference will be recorded. After listening to your response and reviewing the recommendation of Ms. Rowe, I will inform you in writing of my decision. If you do not desire a pre-termination conference, please notify Ms. Rowe at your earliest convenience.

Sincerely,

D. J. MCINNES
TRANSPORTATION DIRECTOR

DJM/RJG/LSW
C:    Mr. L. Daniel Morris, Jr.
      Mr. Tommy Flowers
      Ms. L. Dee Rowe
      Legal Bureau


Date Delivered: _____

Tony Cabbil: _____

Witness: _____

Witness: _____

37

J37