Dis. 4-28-04

RECEIVED
2004 MAY 10 P 2:00
PERSONNEL DEPARTMENT
STATE OF ALABAMA

To: Whom it may concern

From: Tony Cabbil

I am appealing my termination from Alabama Department of Transportation on Wednesday April 28, 2004.

Tony Cabbil
5-5-04

1110 Wakefield Dr.
Quac, AL  35405

DEFENDANT'S EXHIBIT K

ALABAMA
DEPARTMENT OF TRANSPORTATION
FIFTH DIVISION
OFFICE OF DIVISION ENGINEER
P.O. BOX 70070
TUSCALOOSA, ALABAMA 35407




State of Alabama
Personnel Department
64 North Union Street
P. O. Box 304100
Montgomery, AL 36130-4100

