CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form

ENTER CHARGE NUMBER

[X] EEOC

130-2004-02939

and EEOC

_____ (State or local Agency, if any) _____

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Mr. Tony Cabbil | (205) 345-7095 |

| STREET ADDRESS | CITY, STATE AND ZIP | COUNTY |
|---|---|---|
| 1110 Wakefield Drive | Tuscaloosa, AL 35405 | Tuscaloosa |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Alabama Department of Transportation | Over 15 | (334) 242-6356 |

| STREET ADDRESS | CITY, STATE AND ZIP | COUNTY |
|---|---|---|
| 1409 Coliseum Blvd. | Montgomery, Alabama 36130 | Montgomery |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es): | DATE MOST RECENT OR CONTINUING DISCRIMI-NATION TOOK PLACE (Month, day, year) |
|---|---|
| [X] Race  [ ] Color  [] Sex  [ ] Religion  [ ] Age  [ ] Disability<br><br>[] National Origin  [X] Retaliation  [ ] Other | April 27, 2004 |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):

Social Security Number: 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  Date of Birth: 6/28/55    Sex: Male

1.    I was hired by the Alabama Department of Transportation in 2001 as an Engineering Assistant.

2.    In December 2003, I filed a grievance contending that I had been treated unfairly because of my race and in retaliation for my previous complaints of discrimination to my District Engineer.

3.    On April 27, 2004, I was notified that I was being terminated from my job at ALDOT.  My employment with the respondent was terminated as of April 27, 2004.

4.    I believe that my termination is because of my race, African-American and in retaliation for my previous complaints of discrimination, including my grievance.

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
|  | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 5-19-04  Charging Party *Tony L. Cabbil* *(Signature)* | SIGNATURE OF COMPLAINANT *Tony L. Cabbil*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 5-19-04 (Day, month, and year) |

MAY 24

DEFENDANT'S EXHIBIT

L

Cabbil v. ALDOT
Docs Prod by Plff    0009