IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv513-T |
| | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF TRANSPORTATION and | ) | |
| JOE MCINNES in his official | ) | |
| capacity as Director of the | ) | |
| State of Alabama Department | ) | |
| of Transportation, | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 19) is set for submission, without oral argument, on June 30, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 13th day of June, 2006.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE