IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CASE NO. 2:05-cv-513-MHT |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION and JOE McINNES, ) | |
| etc., ) | |
| ) | |
| Defendants. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to this Court's Scheduling Order (Doc. No. 13), the parties in the above-styled cause have engaged in discussion concerning the settlement of this lawsuit. As a result of these discussions, the parties herewith advise the Court as follows:

1. The parties have not reached a settlement in this matter and are of the opinion that, at this time, settlement of this matter is not likely.

2. The parties do not believe that mediation of this matter will assist in the resolution of this lawsuit.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel
COUNSEL FOR DEFENDANTS

**ADDRESS OF COUNSEL:**

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us


                                             s/ Kell Simon_____
                                             Kell Simon ASB-0214-077K
                                             COUNSEL FOR PLAINTIFF

**ADDRESS OF COUNSEL:**

WIGGINS, CHILDS, QUINN & PANTAZIS
301 Nineteenth Street, North
Birmingham, Alabama 35203
Telephone:  (205) 314-0500
Facsimile:  (205) 458 1259
kas@wcqp.com