Jun. 6. 2006 3:24PM Ala. Dept. of Transportation No. 2845 P. 3
Case 2:05-cv-00513-MHT-CSC   Document 24   Filed 06/20/2006   Page 1 of 2
Case 2:05-cv-00513-MHT-CSC   Document 18   Filed 06/02/2006   Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Tony Cabbil | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv513-MHT |
| State of Alabama Dept. of Transportation, et al. | ) |
| Defendants. | ) |

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

6/6/06
Date

_[signature]_
Signature

ALA. DEPT. OF TRANS., et al.
Counsel For (print names of all parties)

1409 Coliseum Blvd
Address, City, State Zip Code

Mont, AL 36110

242-6350
Telephone Number

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

_____
Date

_____
Signature

_____
Counsel For (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

**REPLY DEADLINE IS JUNE 16, 2006**
**DO NOT ELECTRONICALLY FILE THIS.**
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov

Dbt f !3;16.dw.11624.NI U.DTD!!!!!Epdvn f ou29!!!!!Gjmf!1701308117!!!!!Qbhf !3!pg3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Tony Cabbil | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05cv513-MHT |
| | ) |
| State of Alabama Dept. of Transportation, et al. | ) |
| Defendants. | ) |

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

6/5/06
Date

_[signature]_
Signature

State of Alabama Dept. of Transportation, Joe McInnes, et al.
Counsel For (print names of all parties)

1409 Coliseum Blvd. Montgomery, AL 36110
Address, City, State Zip Code

334-242-6350
Telephone Number

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

_____
Date

_____
Signature

_____
Counsel For (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

**REPLY DEADLINE IS JUNE 16, 2006**
**DO NOT ELECTRONICALLY FILE THIS.**
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov