06/20/2006 13:38 FAX 2054581259      Wiggins Childs                    ☐003

Case 2:05-cv-00513-MHT-CSC    Document 25    Filed 06/20/2006    Page 1 of 1
Case 2:05-cv-00513-MHT-CSC    Document 18    Filed 06/02/2006    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Tony Cabbil                                )
                                           )
Plaintiff,                                 )
                                           )
v.                                         )    CIVIL ACTION NO. 2:05cv513-MHT
                                           )
State of Alabama Dept. of Transportation, et al.  )
                                           )
Defendants.                                )

## WAIVER OF JUDICIAL DISQUALIFICATION

In accordance with Canon 3D of the Code of Conduct, having received notice that Judge Coody's "impartiality might reasonably be questioned" in this case, the undersigned party or parties to the above-captioned civil matter, hereby **WAIVE** in writing Judge Coody's disqualification.

_6/5/06_                    _/s/ [signature]_  (Kell Simon)
Date                         Signature

                             _Plaintiff_
                             Counsel For (print names of all parties)

                             _301 19th St. North Birmingham, AL 35203_
                             Address, City, State Zip Code

                             _205 314 0500_
                             Telephone Number

- or -

## REQUEST FOR REASSIGNMENT

The undersigned party or parties hereby **decline to waive** Judge Coody's disqualification and request that the case be reassigned.

_____              _____
Date                         Signature

                             _____
                             Counsel For (print names of all parties)

                             _____
                             Address, City, State Zip Code

                             _____
                             Telephone Number

**REPLY DEADLINE IS JUNE 16, 2006**
**\*\*DO NOT ELECTRONICALLY FILE THIS.\*\***
Send to the Clerk's Office by Mail: PO Box 711, Montgomery, AL 36101,
or fax it to 334.954.3615 or e-mail to Debbie_Hackett@almd.uscourts.gov