IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION and JOE ) | |
| MCINNES, in his official capacity as ) | |
| Director of the State of ) | |
| Alabama Department of ) | |
| Transportation; ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S NOTICE OF FILING EVIDENCE IN SUPPORT OF
PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Plaintiff submits the following evidentiary materials in support of his Brief in Opposition to Defendants' Motion for Summary Judgment[1]:

1. Plaintiff's Exhibit 5 - Lewis Rager's recommendation for termination of Tony Cabbil

2. Plaintiff's Exhibit 6 - Letter from D. J. McInnes Recommending Mr. Cabbil's termination from ALDOT

3. Plaintiff's Exhibit 11 - Daily Inspector Reports for Hugh Thomas Bridge project from January 15-27, 2004

4. Plaintiff's Exhibit 21 - Nicky Calhoun's termination recommendation, with

---

[1] The exhibit numbers used herein are the same exhibit numbers which were given to these documents during the depositions of the defendants' witnesses in this case. Because not all of the deposition exhibits are cited in the Brief, the exhibit numbers used are not consecutive.

       documentation attached

5. Plaintiff's Exhibit 22 - Contractor Bid Sheet for Hugh Thomas Bridge job

6. Plaintiff's Exhibit 23 - Inspector Daily Reports for Hugh Thomas Bridge job from December 8, 2003 until April 27, 2004

7. Plaintiff's Exhibit 24 - Bridge Inspection Report January 11, 2005

8. Deposition of Gary Elliott

9. Deposition of Lewis Rager

10. Deposition of L. Dee Rowe

11. Deposition of Nicky Calhoun

12. Deposition of Anita Box

       Respectfully submitted,

         s/ Kell A. Simon
       Kell A. Simon
       Alabama State Bar No. SIM-061


OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                                                    s/ Kell A. Simon
                                                  Counsel for the Plaintiff