

# ALABAMA
## Department of Transportation

FIFTH DIVISION, DISTRICT TWO
OFFICE OF DISTRICT ENGINEER
POST OFFICE BOX 70505
TUSCALOOSA, ALABAMA 35407
Telephone: (205) 553-7030
FAX: (205) 556-5933

BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION
DIRECTOR

March 4, 2004

Ms. L. Dee Rowe
Division Engineer
Alabama Department of Transportation
P.O. Box 70070
Tuscaloosa, AL 35407

Attention: Mr. Nicky Calhoun
Division Construction Engineer

RE: Termination of Mr. Tony L. Cabbil (EA)

Dear Ms. Rowe:

We are recommending termination of Mr. Tony L. Cabbil – EA, presently working in construction with Mr. Gary Elliott – Project Engineer, for violation of ALDOT Employee Work Rules.

Violations of ALDOT Employee Work Rules are as follows:

- 670-X-19-.01 (1-d) Inattention to job
- 670-X-19-.01 (1-e) Failure to perform job properly

Mr. Cabbil's inattention to the job and failure to perform his job properly, from January 15-27, 2004, has resulted in P & H Stucco & Construction Inc., prime contractor on (Project # 99-505-010-773-204) to rework and re-sand/paint areas that Mr. Cabbil did not inspect according to ALDOT Standard Specification, Section 521. Documentation, dated February 20, 2004, from the Fifth Division Bridge Inspector, Mr. Derek Tilley, on the areas that were missed are as follows: Structure # 13-63-195.012, Bin # 10773; Span 22 – Some thin and missed spots at vertical stiffeners, diaphragms and at bottom flange of sidewalk I-beam at right side; Bent 23 – Almost all steel still old green color; Span 23 & 24 – Numerous spots that primer is very thin or not primed (locations are mainly at vertical stiffeners, diaphragms and outside of sidewalk I-beam); Bent 24 – Some vertical stiffeners and bearing assemblies missed with green paint still showing and also steel shot has been primed left over around some bearings. When notified by Mr. Tilley of these inefficiencies, Mr. Edwards and Mr. Tilley re-inspected and confirmed the concerned areas.
NOTE: Mr. Cabbil was properly trained by Mr. Kenneth Edwards – CE, project inspector, under Mr. Gary Elliott – PE, and is monitored by his supervisor.

- 670-X-19-.02 (2-f) Falsification of records

Mr. Cabbil falsified records by reported on his Inspector's Daily Report that P&H Stucco & Construction Inc. had completed each sequence of construction before continuing to the next sequence. With the documentation from the Division Bridge Inspector and the re-check by Mr. Edwards, confirming the above mentioned deficiencies, Mr. Cabbil did not inspect each phase before allowing the contractor to continue.

Due to Mr. Cabbil inattention to the job, failure to perform his job properly, and falsification of records allowing the contractor to continue without informing them of deficiencies in their work, the approximate cost to ALDOT having the contractor to come back to re-sand/paint may be $5,000.00.

If you have questions or need further information, please contact this office.

Sincerely,

Lewis S. Rager, Jr.
District Engineer

**PLAINTIFF'S EXHIBIT 5**

Attachments:
cc: Ms. Pat Lynn
Mr. Gary Elliott
Mrs. Donna Elliott
File

Cabbil v. ALDOT   0060
Docs Prod by Plff

Case 2:05-cv-00513-MHT-CSC   Document 28-2   Filed 06/30/2006   Page 2 of 2