

# ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
P.O. Box 303050
Montgomery, Alabama 36130-3050

Telephone: 334/242-6311 - Fax No.: 334/262-8041



*Joe McInnes*
*Transportation Director*

*Bob Riley*
*Governor*

April 7, 2004

Mr. Tony Cabbil
Alabama Department of Transportation
Fifth Division
2715 Skyland Boulevard East
Tuscaloosa, AL 35407

RE:   Notice of Proposed Termination and Pre-termination Conference

Dear Mr. Cabbil:

Pursuant to Rule 670-X-18-02 of the State Personnel Board Rules and Regulations, it has been recommended that you be dismissed from your employment with the Alabama Department of Transportation. The following information has been submitted:

1. On December 16, 2002, you did not report for work, but called in sick.

2. On January 13, 2003, you did not report for work, but called in sick.

3. On February 19, 2003, you did not report for work, but called in sick.

4. On March 18, 2003, you did not report for work, but called in sick.

5. On March 22, 2003, you did not report for work, but called in sick.

6. On May 16, 2003, you did not report for work, but called in sick.

7. On August 4, 2003, you initiated a confrontation with a coworker in which your behavior was disruptive.

8. On September 21, 2003 through October 3, 2003, you did not report for work, but called in sick.

9. On October 16, 17, and 20, 2003, you failed to perform your job properly. You did not record the measurements of the pavement edgedrain. Therefore, the work had to be assigned to other employees.

*[handwritten: on this site mpp. DWR a site]*

**PLAINTIFF'S EXHIBIT**
6

Cabbil v. ALDOT   0031
Docs Prod by Pltf

Mr. Cabbil
April 7, 2004
Page 2

10. On November 18, 2003, you refused to sign your performance appraisal due to the score. After being informed that disciplinary action would be taken place for refusal to sign the appraisal, you signed it.

11. On November 20, 2003, you did not report for work, but called in sick.

12. On November 25, 2003, you complained to your supervisor about being assigned to work in Tuscaloosa instead of Chilton County. Also, you said that your supervisor should be rotating personnel. On the same day you failed to perform your job properly as you did not record or complete the required documentation for contractor activity. Therefore, your supervisor had to assign the work to another employee. On November 26, 2003, you complained to your supervisor about being assigned to work in Chilton County on Monday, December 1. Then you informed your supervisor that you had submitted a leave slip to be off. You were asked whether you could postpone it, and said no.

13. On December 3, 2003, you were referred to the Employee Assistance Program for absenteeism.

14. On December 8, 2003, you received a written warning regarding absenteeism. Also, the Site Manager Coordinator wrote a memo to your supervisor stating that he had been unsuccessful training you on the Site Manager Computer program.

15. On December 19, 2003, you left your job station without permission and did not return for the remainder of the day. As a result, on January 5, 2004, you received a written reprimand for inattention to job and leaving work without permission.

16. On January 15 through 27, 2004, you were responsible for inspecting contractor's work. Your documentation indicated you had inspected each phase before allowing the contractor to continue when, in fact, you had not.

17. On February 13, 2004, you were assigned to work with a contractor on February 14 and 16, 2004, but you refused to do so until being instructed to 3 times.

18. On February 17, 18, and 19, 2004, the Division bridge crew inspected a contractor's work which was performed on January 15 through 27, 2004, and found the work to be unacceptable. You were responsible to insure that the work was performed properly. As a result, it was estimated it would cost the Department $ 4,000 to $ 5,000 to correct the problems.

19. On March 9, 2004, you had previously been instructed to use the men's restroom and not the ladies restroom. You used the ladies restroom anyway, and did not clean up your mess. Another employee had to clean the bathroom and disinfect it.

Cabbil v. ALDOT  0032
Docs Prod by Pltf

Case 2:05-cv-00513-MHT-CSC    Document 28-3    Filed 06/30/2006    Page 4 of 6

Mr. Cabbil
April 7, 2004
Page 3

If true, your actions constitute the following violations:

1. Falsification of records.
2. Inattention to job.
3. Failure to report to work.
4. Failure to perform job duties.
5. Leaving job station without permission.
6. Leaving before end of the shift/walking off the job.
7. Poor housekeeping.
8. Uncooperative or disruptive conduct of any sort.

Based upon your inattention to your job, failure to perform your properly, and falsification of records from January 15 through January 27, 2004, and upon review of your prior work record and history of progressive discipline, your employment is recommended for termination.

A pre-termination conference to be held before my designee, Ms. L. Dee Rowe has been set for Wednesday, April 14, 2004, at 9:30 a.m. in the Conference Room of the Fifth Division. At this time, you will be afforded an opportunity to provide relevant information regarding our proposed termination. The pre-termination conference will be recorded. After listening to your response and reviewing the recommendation of Ms. Rowe, I will inform you in writing of my decision. If you do not desire a pre-termination conference, please notify Ms. Rowe at your earliest convenience.

Sincerely,

D. J. MCINNES
TRANSPORTATION DIRECTOR

DJM/RJG/LSW
C:  Mr. L. Daniel Morris, Jr.
    Mr. Tommy Flowers
    Ms. L. Dee Rowe
    Legal Bureau

Date Delivered: 4-12-04

Tony Cabbil: _Tony Cabbil_

Witness: _____

Witness: _____

Cabbil v. ALDOT  0033
Docs Prod by Plff

Case 2:05-cv-00513-MHT-CSC    Document 28-3    Filed 06/30/2006    Page 6 of 6