Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-305-0??-773-204   Day & Date Thursday June 13, ?
Weather Partly cloudy   Temperature: High 54°   Low 45°
Work Day y??   Time Work Started 7a.m   Stopped 4pm   Hours Worked 8
Contractor's Forces: Supt. 1   Foreman 1
Operators ___   Laborers: Skilled 2   Unskilled ___   Others 5 ?

Engineering Personnel: Tony Cabbil (8h?) K Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Air Compressors | 1 | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint Truck | | 1 | Not Needed |
| 1 Forklift | 1 | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor putting up containment in Span #23, #23A, #24

Contractor cleaning up in Span #25, #25A, #26

Contractor Sandblasting in Span #23 SBR

PLAINTIFF'S EXHIBIT  11

Cabbil v. ALDOT   0076
Docs Prod by Plff

_____
Inspector

Visitors: ___

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Friday January 16, 2004
Weather Fair    Temperature: High 59°   Low 36°
Work Day ____ Time Work Started 7:00AM Stopped 4:30PM Hours Worked 9 1/2
Contractor's Forces: Supt. 1    Foreman 1
Operators ____ Laborers: Skilled 2    Unskilled 2   Others ____

Engineering Personnel: K. Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- Pickups | 2 | | |
| 1- Mobile Scaffle | 1 | | |
| 2- Air Compressors | 1 | 1 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc.

Contractor Blasting @ Span #23 NBL & Span #23 SBL & 23A SB

Contractor Painting @ Span #23 NBL (1st Coat) & Span #23 SBL (1st Coat) & 23A SBL (1st Coat)

Steel Temp - 55°

Rel. Humidity - 66%

Dew Point - 47°

Amb Temp (Air) - 58°

Presso Film - 3.4 mils

Time 1:00pm

Inspector: [signature]

Cabbil v. ALDOT   0077
Docs Prod by Pltf

Visitors: ____

Form BC-101

# INSPECTOR'S DAILY REPORT

Project No. __IR-505-(10-773-204__    Day & Date __Tuesday January 20, 2004__
Weather __Clear__    Temperature: High __45°__    Low __27°__
Work Day __Yes__    Time Work Started __7 am__    Stopped __4 pm__    Hours Worked __8 hrs__
Contractor's Forces: Supt. __1__    Foreman __1__
Operators ____    Laborers: Skilled __3__    Unskilled ____    Others __3 c. ____

Engineering Personnel: __Tony Cabbil - (8 hrs)__

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |

## DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor Sandblasting Span #23 NBR

Contractor Sandblasting and painting 1st Coat in Span #23A

NBR SBR and #23 NBR and SBR Completed

Air Temp 40°

Humidity 52%

Dew Point 26°

Temp of Steel 40°

Presso film: 4.5 mils

Depression 6.0

Cabbil v. ALDOT   0078
Docs Prod by Pltf

__Tony Cabbil__
Inspector

Visitors: ____

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-05-010-173-204     Day & Date Wednesday January 21, 2004
Weather Partly cloudy     Temperature: High 50°     Low 24°
Work Day yes     Time Work Started 7AM     Stopped 4pm     Hours Worked 8
Contractor's Forces:   Supt. 1     Foreman 1
Operators ___     Laborers: Skilled 1     Unskilled ___     Others 3 Sandblast

Engineering Personnel: Tony Cabbil (8hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor cleaning up from under Spans #23 and #23A

Contractor closed Road at 9:30A.m. Barricades on both sides of bridge.

Contractor moved Containment to Span #24

Cabbil v. ALDOT   0079
Docs Prod by Pltf

Tony Cabbil
Inspector

Vistors: ___

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. _____ Day & Date Thursday Jan___
Weather _____ Temperature: High 55° Low 26
Work Day 1 of 5 Time Work Started 7am Stopped 4pm Hours Worked 8
Contractor's Forces: Supt. 1 Foreman 1
Operators ____ Laborers: Skilled 1 Unskilled ____ Others 3 painters

Engineering Personnel: Tony ___ (8hrs) K. Edwards (8hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Traffic | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co. Inc.

Contractor began sandblasting in Span #24 SBR

Tony ___
Inspector

Cabbil v. ALDOT   0080
Docs Prod by Pltf

Visitors: _____

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 17-05 010-771-204   Day & Date: Friday January 23, 2004
Weather: clear   Temperature: High 49°   Low 29°
Work Day: yes   Time Work Started: 7 AM   Stopped: 4 pm   Hours Worked: 8
Contractor's Forces: Supt. 1   Foreman 1
Operators ___   Laborers: Skilled ___   Unskilled ___   Others 3 Sandblas-

Engineering Personnel: Terry Cabbil (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc

Contractor continuing to Sandblast in Span #24 SBR and began Sandblasting Span #24 NBR

Terry Cabbil
Inspector

Cabbil v. ALDOT  0081
Docs Prod by Pltf

Vistors: ___

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-305-010-773-204  Day & Date Saturday January 25, 2-04
Weather Cloudy  Temperature: High 60°  Low 36°
Work Day yes  Time Work Started 7a.m.  Stopped 4pm  Hours Worked 8
Contractor's Forces: Supt. 1  Foreman 1
Operators ___  Laborers: Skilled 1  Unskilled ___  Others 2 pntr

Engineering Personnel: Tony Cabbil (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor blowing SBR of Span #24

Contractor painting SBR of Span #24 1st coat also painted about half of the NBR Span #24

Air Temp 46°

Humidity 58%

Dew Point 32°

Steel Temp. 44°

Presco film 4.5 mils

Depression 6.0

Time: 8:45 AM

Cabbil v. ALDOT  0082
Docs Prod by Pltf

Visitors: ___

Inspector: Tony Cabbil

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204   Day & Date Monday January 26, 2004
Weather Partly cloudy   Temperature: High 68°   Low 59°
Work Day yes   Time Work Started 7 Am   Stopped 4 pm   Hours Worked 8
Contractor's Forces: Supt. 1   Foreman 1
Operators ___   Laborers: Skilled 1   Unskilled ___   Others 3 painters/san

Engineering Personnel: Tony Cabbil (8 hrs.) K. Edwards (9) hrs.

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 2 | | |
| 1 Mobile Scaffles | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor sandblasting the remainding half of Span #24 NBR. Contractor painted remainding half of Span #24 N: 1st coat

Air Temp 60°

Humidity 68%

Dew point 49°

Steel Temp 59°

Depression 6.0

Pressofilm 4.0

Time: 12:45 p.m

Tony Cabbil
Inspector

Cabbil v. ALDOT  0083
Docs Prod by Plff

Vistors: ___

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-0.0-773-204    Day & Date Tuesday January 27 2004
Weather Prtly cloudy    Temperature: High 42°    Low 34°
Work Day ___    Time Work Started 7am    Stopped 4pm    Hours Worked 8
Contractor's Forces: Supt. 1    Foreman 1
Operators ___    Laborers: Skilled ___    Unskilled ___    Others ___

Engineering Personnel: Tony Cabbil (8 hrs.)    K. Edwards (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor blowing down beams in Span #24 NBR and SBR

Removing containment from same above area.

Contractor open the road at 10:35 Am

Contractor put canvas in Span #19 NBR and SBR

Covering chain link fence.

Cabbil v. ALDOT  0084
Docs Prod by Pltf

Tony Cabbil
Inspector

Vistors: