# ALABAMA DEPARTMENT OF TRANSPORTATION

### MONTGOMERY, ALABAMA 36130

DATE: AUGUST 22, 2003

## MEMORANDUM

TO:        P & H STUCCO & CONSTRUCTION, INC.
             CONTRACTOR

FROM:    ALABAMA DEPARTMENT OF TRANSPORTATION

RE:        PUBLIC EMPLOYMENT AGENCY

       The Alabama State Employment Service is the Public Employment Agency that will be glad to serve you if you wish them to help by furnishing labor on:

PROJECT NO. 99-505-010-773-204

TUSCALOOSA COUNTY

       The name and address of the local employment office that will serve you on this project is listed below:

<u>RICHARD CRAWFORD, MANAGER</u>
<u>ALABAMA STATE EMPLOYMENT SERVICE</u>
<u>P. O. BOX 1820</u>
<u>TUSCALOOSA, AL 35403</u>
<u>PHONE: 205-758-7591</u>


PLAINTIFF'S EXHIBIT

PROPOSAL NO. **15**

FOR THE CONSTRUCTION OF STATE MAINTENANCE
PROJECT NO. 99-505-010-773-204
TUSCALOOSA COUNTY, ALABAMA

M A I N T E N A N C E

CONTRACT ID: 20030822057




CONTRACTOR #    16046

DATE: August 22, 2003

PROPOSAL OF    P & H STUCCO & CONSTRUCTION, INC.

LICENSE NO.   21709    OF    TARPON SPRINGS, FL

for constructing the Bridge Coating on the Hugh Thomas Bridge on S.R.#13 (U.S.#43) at the Black Warrior River in Tuscaloosa. In The County(S) Of TUSCALOOSA, State Of Alabama.

The plans are composed of the drawings identified as follows:

STATE MAINTENANCE PROJECT NO. 99-505-010-773-204

The specifications are hereto attached.

TO THE ALABAMA DEPARTMENT OF TRANSPORTATION DIRECTOR:

       SIR: The following proposal is made on behalf of the undersigned and no others. Evidence of authority to submit the proposal is herewith furnished.

The undersigned has carefully examined the plans for this project, the Alabama Department of Transportation Standard Specifications, 2002 Edition, including the special provisions hereto attached, and has also personally examined the site of work. On the basis of the specifications and plans, the undersigned proposes to furnish all necessary machinery, tools, apparatus and other means of construction, and do all the work and furnish all material in the manner specified.

The undersigned further agrees to complete the entire project in one hundred seventy five (175) working days.

The undersigned understands that the quantities below are approximate only and are subject to either increase or decrease and hereby proposes to perform any increased or decreased quantities of work in accordance with said Specifications. The undersigned further understands and specifically agrees that in making this proposal, in case of error in the extension of prices in the bid, the unit price will govern.

```
                ALABAMA DEPARTMENT OF TRANSPORTATION        PAGE   : 2
                                                            DATE   :
                           CONTRACT SCHEDULE                REVISED:

CONTRACT ID: 20030822057        PROJECT(S):99-505-010-773-204
------------------------------------------------------------------------
  LINE|        ITEM          |   APPROX.   |   UNIT PRICE    |  BID AMOUNT
   NO |     DESCRIPTION      |   QUANTITY  |-----------------|----------------
       |                     |   AND UNITS | DOLLARS  | CTS  | DOLLARS   |CTS
------------------------------------------------------------------------

SECTION 0001  Total

------------------------------------------------------------------------
       |521B000 Coating Existing|           |                 |
  0010 |Bridge At  AT M.P. 195. |LUMP       |LUMP             | 1,565,673.00
       |012                     |           |                 |
------------------------------------------------------------------------
       |600A000 Mobilization    |           |                 |
  0020 |                        |LUMP       |LUMP             |    10,000.00
       |                        |           |                 |
------------------------------------------------------------------------
       |740B000 Construction    |           |                 |
  0030 |Signs                   |    736.000|        1.00000  |       736.00
       |                        |SQFT       |                 |
------------------------------------------------------------------------
       |740D000 Channelizing    |           |                 |
  0040 |Drums                   |    150.000|        1.00000  |       150.00
       |                        |EACH       |                 |
------------------------------------------------------------------------
       |741C010 Portable        |           |                 |
  0050 |Sequential Arrow And    |      2.000|     1,000.00000 |     2,000.00
       |Chevron Sign Unit       |EACH       |                 |
------------------------------------------------------------------------
       |TOTAL BID               |           |                 | 1,578,559.00
========================================================================
```

$2837' \times 2 = 5674$    $\dfrac{1,565,673}{5674} = \$275.94/L.F.$

Revised: 07/02

## 100% STATE FUNDED PROJECTS

### NOTICE

PLEASE READ AND COMPLETE SECTIONS A THROUGH C. THE EXECUTION HEREINAFTER MADE ALSO CONSTITUTES THE EXECUTION OF THE PROPOSAL AND REPRESENTS THE AGREEMENT OF THE CONTRACTOR TO COMPLY WITH ALL DOCUMENTS CONTAINED IN THE PROPOSAL AND THOSE REFERRED TO THEREIN. FAILURE TO SUBMIT THE SWORN CERTIFICATE THROUGH PAGE 3 OF THIS NOTICE, AS A PART OF THE BID PROPOSAL PACKAGE, WILL BE CONSIDERED A NONRESPONSIVE BID. BID BOND MUST BE SEPARATELY EXECUTED BY CONTRACTOR AND SURETY.

The undersigned agrees that the terms and commitments contained herein shall not be constituted as a debt of the State of Alabama in violation of Article 11, Section 213 of the Constitution of Alabama, 1901, as amended by Amendment Number 26. It is further agreed that if any provision of this contract shall contravene any statute or Constitutional provision or amendment, either now in effect or which may, during the course of this contract, be enacted, then that conflicting provision in the contract shall be null and void.

The undersigned understands that in the event the term of this contract includes more than one fiscal year, said contract is subject to termination should funds not be appropriated for the continued payment of the contract in subsequent fiscal years.

The undersigned understands that in the event of the proration of the fund from which payment under this contract is to be made, the contract will be subject to termination.

Section A:   CONTRACTOR'S CERTIFICATION

The contractor further proposes to perform all "Force Account or Extra Work" that may be required on the basis provided in the Specifications hereto attached, and to give such work personal attention in order to see that it is economically performed.

The contractor further proposes to execute the attached Contract Agreement as soon as the work is awarded to the contractor and to begin and complete the work within the respective time limit provided for in the Specifications hereto attached.

The contractor also proposes to furnish a Performance Bond, acceptable to the State, in an amount equal to the total amount of the contract. This bond shall serve not only to guarantee the completion of the work, but also to guarantee the excellence of both workmanship and materials until the work is finally accepted. The contractor will also furnish a materialsman bond, acceptable to the State, in an amount equal to the total amount of the contract.

The contractor encloses a cashier's check or bid bond for five percent (5%) of the bid, maximum $10,000.00, and hereby agrees that in case of failure to execute a contract and furnish bonds within fifteen (15) days after notice of award, the awarding authority shall retain from the proposal guaranty if it is a cashier's check or recover from the principal and/or the sureties if the guaranty is a bid bond the difference between the amount of the Contract as awarded and the amount of the proposal of the next lowest acceptable bidder, which amount shall not exceed $10,000.00. If no other bids are received, the full amount of the proposal guaranty shall be so retained and/or recovered as Liquidated Damages for such default. It is understood that in case the work is not awarded to the contractor the proposal guaranty, if a cashier's check, will be returned as provided in the Alabama Department of Transportation Standard Specifications, 2002 Edition.