Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-265-010-773-704 _____ Day & Date Tuesday April 27 2004

Weather Fair _____ Temperature: High 69 _____ Low 46

Work Day _____ Time Work Started 7:00 Am Stopped 4:00 Pm Hours Worked 9

Contractor's Forces: Supt. _____ Foreman _____

Operators _____ Laborers: Skilled 3 Unskilled 2 Others _____

Engineering Personnel: K Edwards (8) T Cabbil (4)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- Pick ups | 1 | | Not Needed |
| 3- Air Compressor | | 3 | " " |
| 1- Vacuum | | 1 | " " |
| 1- Dust Collector | | 1 | " " |
| 1- Metalix Scarfer | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Paint Truck | | 1 | " " |

### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc

Contractor placing containment @ Spans #1, #2 NBL

PLAINTIFF'S EXHIBIT 23

_____ Inspector

Visitors: _____

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204     Day & Date _Friday Apr. 1 23, 2004_

Weather _Cloudy_     Temperature:   High _83°F_    Low _64°F_

Work Day _____   Time Work Started _7AM_   Stopped _____   Hours Worked _____

Contractor's Forces:   Supt. ___ 1 ___     Foreman ___ 1 ___

Operators _6_    Laborers:   Skilled _3_     Unskilled _2_     Others _____

Engineering Personnel: _Tony Cabbil ( 8 hrs. )_     _K. Edwards ( 5 )_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Compressors | 1 | 1 | Not Needed |
| 3 Pickup Trucks | 1 | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffold | 1 | | |
| 1 Paint truck | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co

Contractor painting 3rd coat in Span # 21 NBR

Contractor removed cables from Span # 25A back to Span # 23 NBR and from Span # 25 NBR and # 25 SBR back to Span # 23 NBR and from Span # 22 NBR back to Span # 20 NBR and # 23 SBR was removed back to Span # 20 NBR and in Span # 20 SBR (4) cables was removed back to Span # 20 SBR.

Air Temp   64°
Steel Temp 68°
Humidity 74%
Dew Point 56°
Time 8:15 A.M

I was informed by Ken Edwards if the contractors worked Saturday April 24 2004 and Monday April 26 2004 he would have to work is what Gary Elliott Project Engineer informed him of.

_Tony Cabbil_
Inspector

Visitors: _____

2

Form RC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-SOS-010-773-204                     Day & Date Thursday April 22 2004

Weather Partly cloudy          Temperature:    High 78°F        Low 58°F

Work Day _____    Time Work Started 7 Am    Stopped 4 pm    Hours Worked _____

Contractor's Forces:  Supt. 1

Operators Ø        Laborers:  Skilled 3        Foreman 1
                                        Unskilled 2        Others _____

Engineering Personnel: Tony Cabbil ( 8hrs )      K. Edwards ( 4hrs )

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Compressors | 1 | 1 | Not Needed |
| 3 Pickup Trucks | | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor printing 3rd coat in Span #24 NBR and SBR and Span #25 NBR
and SBR 3rd coat and Span #25 A 3rd coat

Air Temp 64°
Steel Temp 68°
Humidity 74%
Dew Point 56°
Time 9:00 Am

Vistors: _____

Tony Cabbil

Inspector

3

Form SC-20

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204                                Day & Date Wednesday April 21, 2004

Weather Partly cloudy _____ Temperature: ____ High 78°F ____ Low 56°F

Work Day _____ Time Work Started 7Am ____ Stopped #9 Am ____ Hours Worked _____

Contractor's Forces:  Supt. 1 _____ Foreman 1

Operators Ø ____ Laborers:  Skilled 3 _____ Unskilled 2 _____ Others _____

Engineering Personnel: Tony Cabbil (8hrs.)        K. Edwards (5hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Compressors | | 2 | Not Needed |
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | 1 | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor put up canvas, the wind blew it back down on two occasions, Contractor determined it was to windy to work.

Tony Cabbil
Inspector

Vistors: _____

4

Form 220

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204     Day & Date Tuesday April 20, 2004

Weather Partly cloudy     Temperature:    High 78°F     Low 56°F

Work Day _____ Time Work Started 7Am ___ Stopped 3pm ___ Hours Worked ____

Contractor's Forces:   Supt. 1

Operators Ø    Laborers:   Skilled 3 _____ Foreman 1 _____

Operators Ø    Laborers:   Skilled 3 _____ Unskilled 2 _____ Others ____

Engineering Personnel: Tony Cabbil ( 8hrs )     K. Eduards ( 8hrs )

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Compressors | 1 | 1 | Not Needed |
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Mobile Baffle | 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

PEH Const. Co.

Contractor painting 3rd coat in Span # 2 NBR and SBR

Air Temp. 62°
Steel Temp 67°
Humidity 70%
Dew Point 55°
Time 8.00 Am

My personal vehicle recieved over spray.

Tony Cabbil
Inspector

Vistors: _____

Form BC-201

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date Monday April 19, 2004
Weather Partly cloudy _____ Temperature: High 74°F / Low 52°F
Work Day _____ Time Work Started 7 Am _ Stopped 4 pm Hours Worked __
Contractor's Forces: Supl. 1 _____ Foreman 1
Operators 0 ___ Laborers: Skilled 3 ___ Unskilled 2 ____ Others ____

Engineering Personnel: Tony Cabbil (8 hrs.)    K. Edwards (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Compressors | | 1 | Not Needed |
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Dust Collector | | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | 1 | | Not Needed |

### DETAILS OF DAILY OPERATIONS

PEH Const. Co.

Contractor painting 3rd coat in Span # 23 NBR, 23 SBR and Span # 23 ASB
Air Temp. 56°
Steel Temp. 63°
Humidity 65%
Dew Point 49°
Time: 8:20 AM

I asked Gary Elliott Project Engineer about why was my truck taken from me and I'm still employed and had he heard anything about my employment he replied he didn't know why my truck was took from me, but he didn't take it, he also stated that he didn't know anything about my employment since the meeting on 4-12-04 took place. I told him about the inconvenience of not being able to go to the restroom or being able to take a lunch break if Ken Edwards CE is on another project and would it be alright if I drive my own car out to the project for lunch and restroom breaks only Gary replied yes I could.

I asked Dee Rowe Division Engineer when was the tape that I had requested a copy of from the meeting on 4-14-04 be ready she replied they was having a problem with the tape in Montgomery, I asked her would I get a copy of the tape, she replied Tony read my lips Montgomery is having problems with the tape. I also asked Mrs. Rowe where could I find a employee had book, she told me who to check with. I asked Mrs. Rowe why did I have to drive my own vehicle since I'm still employed, she asked me had I talked to my supervisor concerning this I replied yes I have but he didn't know why my truck was taken Ken, Mrs. Rowe replied that she would have to talk to Gary Elliott

Tony Cabbil
Inspector

Vistors: _____

6

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 991-505-010-773-704                    Day & Date Saturday April 17 2004
Weather Fair                          Temperature:    High 80°        Low 52°
Work Day _____ Time Work Started 7:00 AM Stopped 5:00 pm Hours Worked 10
Contractor's Forces:   Supt. _____        Foreman 1
Operators _____ Laborers:   Skilled 3 _____ Unskilled 1 ____ Others ____

Engineering Personnel: K. Edwards (5)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 - Pickups | 2 | | |
| 3 - Air Compressors | 1 | 2 | Not Needed |
| 1 - Vacuum | | 1 | Not Needed |
| 1 - Dust Collector | | 1 | " " |
| 1 - Mobile Scaffle | | 1 | " " |
| 1 - Recycler | | 1 | " " |
| 1 - Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P&H Structural Construction Inc.

Contractor painting Spans # 23 NBL 2nd coat & 23 SBL 2nd coat
#23A SBL 2nd coat, # 22 NBL ½ 2nd coat & #22 SBL ½ 2nd coat

Time 8:00 Am

Amb Temp 57°

Steel Temp 60°

Dew Point 52°

Rel Humidity 82°

Inspector _____ C.E.

Vistors: _____

7

Form BC-20 (?)

# INSPECTOR'S DAILY REPORT

Project No. _79-505-010-773-204_      Day & Date _Friday, April 16, 2004_

Weather _Partly cloudy_ _____ Temperature:    High _77°F_ _____ Low _58°F_

Work Day _____ Time Work Started _7am_ ___ Stopped _6 pm_ ___ Hours Worked _____

Contractor's Forces:  Supt. _1_ _____ Foreman _1_ _____

Operators _0_ _____ Laborers:  Skilled _3_ _____ Unskilled _1_ _____ Others _____

Engineering Personnel: _Tony Cabbil ( 8am )_ _____ _Tony Cabbil ( ??? ) ab_

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | 1 | | |
| | | | |
| | | | |
| | | | |

## DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor painted 2nd coat of primer in Span # 29 NBR and SBR

Air Temp 58°

Steel Temp 61°

Dew Point 47°

Humidity 66%

Time 9:30 Am

_Tony Cabbil_
**Inspector**

Vistors: _____

8

Form RC 101

## INSPECTOR'S DAILY REPORT

Project No. 99-SOS-010-773-204 _____ Day & Date 4-15-04 Thursday

Weather Clear _____ Temperature: High 74°F _____ Low 38°F

Work Day _____ Time Work Started 7Am _____ Stopped 4pm _____ Hours Worked 8

Contractor's Forces: Supt. 1

Operators 6 _____ Laborers: Skilled 2 _____ Foreman 1

_____ Unskilled 1 _____ Others _____

Engineering Personnel: Tony Cabbil ( 8 hrs )

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| x Compressors | | 2 | Not Needed |
| 2 Pickup trucks | 1 | 1 | Not Needed |
| 1 Mobile Seattle | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor removing canvas from containment on Span #18 NBR and some of Span #17 NBR

Contractor also removed hoses from Span # 17 NBR and part of 18 NBR

I was told by the Project Engineer that the painters and/or contractors was back and that I could either ride with Ken Edwards or drive my own car it didn't matter, I replied Ken is not here so I will drive my car ok said Gary where is Ken, I replied I have no idea

Tony Cabbil

Inspector

Visitors: _____

Form BC 101

## INSPECTOR'S DAILY REPORT

Project No. 99-585-010-773-204 ___ Day & Date Monday April 5 2004

Weather Fair ___ Temperature: High 68° Low 45°

Work Day ___ Time Work Started 7:00 am Stopped 2:00 pm Hours Worked 7

Contractor's Forces: Supt. 1 ___ Foreman 1

Operators ___ Laborers: Skilled 3 ___ Unskilled 4 ___ Others ___

Engineering Personnel: K Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- Pick ups | 2 | | |
| 3- Compressors | 2 | 1 | Not Needed |
| 1- Vacuum | | 1 | " " |
| 1- Dust Collector | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Mobile Scaffic | | 1 | " " |
| 1- Paint Truck | 1 | | " |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc.

Contractor completed painting Spam # 17 NBL & SBL

3rd Coat.

Steel Temp ~ 60°

Amb Temp ~ 49°

Rel Humidity 61%.

Dew Point 36°

Time 8:00 Am

Inspector

Vistors: ___

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-012-773-709 _____ Day & Date Saturday April 3 2004

Weather Fair _____ Temperature: High 66° ___ Low 40°

Work Day _____ Time Work Started 7:00 A.m. Stopped 5:00pm Hours Worked 10

Contractor's Forces: Supt. 1 _____ Foreman 1

Operators _____ Laborers: Skilled 3 _____ Unskilled 4 _____ Others _____

Engineering Personnel: R Edwards (S)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pick ups | | | |
| 3- Compressors | 2 | 1 | Not Needed |
| 1- Vacuum | 1 | | |
| 1- Dust Collection | | 1 | Not Needed |
| 1- Recycler | 1 | | |
| 1-Mobile Scaffin | | 1 | Not Needed |
| 1-Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

Pelt Stucco Construction Inc:

Contractor Painting 2nd Coat Span #17 NBL 65%

Complete

Amb Temp      50°

Steel Temp    62°

Rel Humidity  74%

Dew Point     42°

Time          7:45Am.

Inspector

Vistors: _____

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204                                    Day & Date _Friday April 2, 2004_

Weather _Clear_                                    Temperature:    High _63°F_              Low _36°F_

Work Day _____    Time Work Started _7AM_    Stopped _4 pm_    Hours Worked _____

Contractor's Forces:   Supt _1_                                                    Foreman _____

Operators _8_        Laborers:   Skilled _3_                    Unskilled _4_            Others _____

Engineering Personnel: _Tony Cabbil (8 hrs.)   K. Edwards (8 hrs.)_

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 2 | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Paint truck | 1 | | |
| | | | |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P & H Const. Co.

Contractor Sandblasting and blowing down in Span #17 NBR

Contractor painting 1st coat in Span #17 NBR

Contractor completed 1st coat in Span #17 NBR and began painting 1st coat in Span #17 SBR after blowing and sand blasting

Contractor also completed 1st coat SBR

Air Temp 52°

Steel Temp 55°

Humidity 66%

Dew point 40°

Time: 10:00 A.M.

Presso Film 4.0

Contractor vacuum steel grit NBR and SBR in Span #17

_Tony Cabbil_
                                                                    Inspector

Vistors: _____

12

Form BC 205

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date _Thursday April 1, 2004_

Weather _Partly cloudy_____ Temperature: ___ High _51°F___ Low _33 F_

Work Day _____ Time Work Started _7 Am___ Stopped _4 pm___ Hours Worked ___

Contractor's Forces:  Supt. _/_____ Foreman _/____

Operators _0__ Laborers:  Skilled _3___ Unskilled _3___ Others ____

Engineering Personnel: _Tony Cabbil (8hrs)_____ _Z. Edwards (8hrs)____

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pick-up Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 1 | Not Needed |
| 1 Vacuum | | | |
| 1 Mobile Scaffle | | | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Recycler | | | |
| 1 Water truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor Sandblasting in Span #17 SRR

Contractor Vacuum steel grit in Span #17 SRR

_____
Tony Cabbil
**Inspector**

Visitors: _____

13

Form BC 205

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773 204 _____ Day & Date Wednesday March 31 2004

Weather Partly cloudy _____ Temperature: High 55°F ____ Low 39°F

Work Day _____ Time Work Started 7 AM ____ Stopped _____ Hours Worked

Contractor's Forces: Supt. 1 _____

Operators 2 _____ Laborers: Skilled 5 _____ Foreman 1 _____ Unskilled 3 _____ Others

Engineering Personnel: Tony Cabbil (5hr ) R. Edwards (7hrs )

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor sandblasting in Span #17 SBR

Contractor vacuum steel grit in Span #17 SBR

Vistors: _____

Tony Cabbil

Inspector

14

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date _Tuesday March 30 2004_

Weather _Clear/Partly cloudy_ _____ Temperature:    High _68°F_    Low _45°F_

Work Day _____ Time Work Started _7Am_ ___ Stopped _4pm_ ___ Hours Worked _____

Contractor's Forces:    Supt. _____    Foreman _i_

Operators _∅_ ____ Laborers:    Skilled _3_ _____ Unskilled _2_ _____ Others _____

Engineering Personnel: _Tony Cabbil (8hrs)    R. Edwards(8hrs)_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Baffle | | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor sandblasting in Span #17 SBR

Contractor vacuum steel grit in Span #17 SBR

_Tony Cabbil_
Inspector

Vistors: _____

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-00-773-204 _____ Day & Date Monday, March 29, 2004

Weather Partly cloudy _____ Temperature:    High 79°F    Low 53°F

Work Day _____ Time Work Started 7:00 ____ Stopped 4pm ____ Hours Worked _____

Contractor's Forces:  Supt. 1 _____

Operators _____ 0 ____ Laborers:  Skilled 3 ____    Foreman _____    Unskilled 4 ____    Others _____

Engineering Personnel: Tony Cabbil (8hr)    R. Edwards (8hrs)

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pick up Trucks | 1 | 1 | Not Needed |
| 1 Grease Stand | 2 | 3 | ~~illegible~~ |
| 1 Trailer | | | |
| 1 Recycle | | 1 | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Man Lift Scaffo | | 1 | Not Needed |
| 1 Paint truck | 1 | | Not Needed |
| | | | |
| | | | |
| | | | |

**Contractor's Equipment On Project**

**DETAILS OF DAILY OPERATIONS**

PEB Const. Co

Contractor Sandblasting and blowing down in Span #17 NBB

Contractor painting Floor in Span #17 NBB

Contractor vacuum steel grit in Span #17 NBB

Air Temp. 64°

Steel Temp. 66

Humidity 74%

Dew Point 56°

Time: 8.30 a.m.

Profile Film 3.5

_____
Inspector

Vistors: _____

Form FC 201

## INSPECTOR'S DAILY REPORT

Project No. _99-505-010-773-204_ _____ Day & Date _Friday March 26 2004_

Weather _Clear_ _____ Temperature:    High _80 F_ _____ Low _58 F_

Work Day _____ Time Work Started _7AM_ _____ Stopped _____ Hours Worked _____

Contractor's Forces:   Supt. _1_ _____ Foreman _1_ _____

Operators _2_ _____ Laborers:   Skilled _3_ _____ Unskilled _3_ _____ Others _____

Engineering Personnel: _Tony Cobbil ( 8hrs )_          _R. Edwards ( 8hrs )_
_____

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 3 Compressors | | 3 | Not Needed |
| 1 Vaclum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Mobile waffle | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

_PCH Const. Co._

_Contractor working on contract #0 ___ PH_

Inspector _Tony Cobbil_

Visitors: _____

17

## INSPECTOR'S DAILY REPORT

Project No. 99-508-010-773-204 _____ Day & Date Thursday March 25 2004

Weather Partly cloudy _____ Temperature: High 78°F° _____ Low 50°F

Work Day _____ Time Work Started 7 Am _____ Stopped 4 pm _____ Hours Worked _____

Contractor's Forces: Supt. 1 _____ Foreman 1 _____

Operators 8 _____ Laborers: Skilled 2 _____ Unskilled 4 _____ Others _____

Engineering Personnel: Tony Cahill ( 8 )   R. Edwards ( 8 )

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Picky Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 vacuum | | 1 | Not Needed |
| 1 Recycler | 1 | 1 | Not Needed to |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

PEH Const. Co.

Contractor moving hoses from Span #18 NBR to Span #17 NBR

and putting chains up to hold cables

Contractor placed containment at Span #17 SBR ( Combs and Cables)

Contractor recycled steel grit

Tony Cahill

Inspector

Vistors: _____

18

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 _____ Day & Date _Wednesday, March 24, 2004_

Weather _Partly cloudy_ _____ Temperature: High _75°F_ ___ Low _51°F_

Work Day _____ Time Work Started _7Am_ ___ Stopped _4:30pm_ Hours Worked _8.5_

Contractor's Forces: Supt. _1_ _____ Foreman _1_

Operators _0_ Laborers: Skilled _3_ ___ Unskilled _4_ ___ Others _____

Engineering Personnel: _Tony Cabbil (8hrs)   1 R. Edwards (8hr.)_

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup trucks | 1 | | |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Shuttle | | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |

**DETAILS OF DAILY OPERATIONS**

PE H Const. Co.

Contractor placed Containment at Span #17 (Canvas and Cables)
from Span #18 NBR                                    NBR

_Tony Cabbil_
Inspector

Visitors: _Talbert Essary, Keith Hoggle, Federal Hwy Adm. Representative_

19

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date Tuesday, March 23, 2004

Weather clear _____ Temperature: High 67°F ___ Low 33°F

Work Day _____ Time Work Started 7AM ___ Stopped 4:30pm Hours Worked 8.5

Contractor's Forces: Supt. 1 _____ Foreman 1

Operators ∅ ___ Laborers: Skilled 3 ___ Unskilled 4 ___ Others _____

Engineering Personnel: Tony Cabbil (8hrs.)  K. Edwards (8hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pick Up Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | 1 | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor completed 3rd coat of paintings in Span #18 NBR and began painting 3rd coat in Span #18 SBR

Contractor blowing down and painting 3rd coat in Span #21 SBR

Air Temp. 44°
Steel Temp 45°
Humidity 56%
Dew Point 30°
Time: 8:00 AM

Tony Cabbil
Inspector

Vistors: _____

20

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 ___ Day & Date Monday March 22, 2004

Weather Clear _____ Temperature: ___ High 49°F ___ Low 31°F

Work Day ____ Time Work Started 7 Am ___ Stopped 4:30pm Hours Worked ___

Contractor's Forces: Supt. __1__

Operators 7 ___ Laborers: Skilled 3 ___ Foreman ___ Unskilled 4 ___ Others ___

Engineering Personnel: Tony Cabbil (8hrs.)    K. Edwards (Sims)    4 HRS

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | 1 | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor painting 3rd coat in Span #18 NBR

Air Temp    44°

Steel Temp   46°

Humidity    56%

Dew Point   30°

Time: 10:15 A.m.

Vistors: John Douglas, Lynn Norris

_____
Inspector

21

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date Saturday March 20, 2014

Weather Partly cloudy _____ Temperature: High 70 F ___ Low 58 F

Work Day _____ Time Work Started 7Am ____ Stopped 3 pm ___ Hours Worked 8

Contractor's Forces: Supt. 1 _____ Foreman 1

Operators 0 ___ Laborers: Skilled 3 ___ Unskilled 4 ___ Others

Engineering Personnel: Tony Cabbil (8hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Saffle | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor painting 2nd coat in Span #18 NBR

Contractor Vacuum steel grit from Span #18 NBR

Contractor blowing down dust and painting 2nd coat in Span #18 SBR

Air Temp 66°

Steel Temp 64°

Humidity 71%

Dew Point 56°

Time: 8:20 AM

Lane closure at 9:15 a.m.

Tony Cabbil

Inspector

Vistors:

22

Form BC-201

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 ___ Day & Date Friday March 19, 2004
Weather Partly cloudy _____ Temperature: ___ High 80°F _____ Low 56°F
Work Day _____ Time Work Started 7AM ___ Stopped 4pm __ Hours Worked _____
Contractor's Forces:  Supt. 1
Operators Ø ___ Laborers:  Skilled 2 _____ Foreman 1
___ Unskilled 4 _____ Others _____

Engineering Personnel: Tony Cabbil (8hrs)    K. Edwards (8hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | | |
| 1 Recycler | | | |
| 1 Dust collector | | 1 | Not Needed |
| 1 Paint truck | 1 | | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor blowing down dust in Span #18 NBR

Contractor Vacuum steel grit from Span #18 NBR

Contractor painting 1st coat in Span #18 NBR

Air Temp 69°

Steel Temp 63°

Humidity 70%

Dew Point 54°

Presso film 3.5 mils

Time 8:30 a.m.

Lane closure at 9:15 A.M.

Tony Cabbil
Inspector

Visitors: _____

23

Form BC-101

### INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date Thursday March 18 2004

Weather Partly Cloudy _____ Temperature:   High 74   Low 51

Work Day _____ Time Work Started 7:00 Am   Stopped 4:00 Pm   Hours Worked 9

Contractor's Forces:  Supt. 1 _____ Foreman 1

Operators _____ Laborers:  Skilled 3 _____ Unskilled 1 _____ Others _____

Engineering Personnel: K. Edwards (KPL)(B) 4

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1 - Pick-up | 1 | | |
| 3 - Compressors | 2 | 1 | Not Needed |
| 1 - Vacuum | | 1 | " " |
| 1 - Dust Collector | | 1 | " " |
| 1 - Mobile Scaffle | 1 | | |
| 1 - Recycler | | 1 | Not Needed |
| 1 - Paint Truck | | 1 | " " |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

Pe H Stucco and Construction Inc:

Contractor Blasting at Span #18 NBL

_____ Inspector   C.E

Visitors: _____

24

Form BC-10Y

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 ___ Day & Date _Wednesday, March 17, 2004_

Weather _Clear_ _____ Temperature: ___ High _68°F_ ___ Low _49°F_

Work Day _____ Time Work Started _7 am_ ___ Stopped _3 pm_ ___ Hours Worked _____

Contractor's Forces:   Supt. _1_ _____ Foreman _1_

Operators _0_ ___ Laborers:   Skilled _____ Unskilled _4_ _____ Others _____

Engineering Personnel: _Tony Cabbil (8 hrs.)   K. Edwards ( 6 )_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | | |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor recycling steel grit

Contractor Vacuuming steel grit in Span #18 NBR and SBR

_Tony Cabbil_
Inspector

Visitors: _____

25

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 _____ Day & Date Tuesday March 16, 2004

Weather Partly cloudy _____ Temperature: High 69° F / Low 60° F

Work Day _____ Time Work Started 7 a.m Stopped 4 pm Hours Worked 8

Contractor's Forces: Supt. 1 _____ Foreman 1

Operators 0 Laborers: Skilled 3 _____ Unskilled 1 _____ Others _____

Engineering Personnel: Tony Cabbil (8 hrs.) K. Edwards (8 hrs.)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P & H Const. Co.

Contractor sandblasting in Span #18 NBR

_Tony Cabbil_
Inspector

Vistors: _____

26

Form 225

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 _____ Day & Date Monday March 15 2004

Weather Cloudy _____ Temperature:   High 74° F _____ Low 56° F

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces:   Supt. _____ Foreman _____

Operators Ø _____ Laborers:   Skilled _____ Unskilled _____ Others _____

Engineering Personnel: Tony Cabbil (8hrs)        K. Edwards (8hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

No work performed today

Tony Cabbil

Inspector

Vistors: _____

**INSPECTOR'S DAILY REPORT**

Form 2018

Project No. 99-505-C10-773-704     Day & Date Friday March 17 2004

Weather Fair     Temperature: High 66°     Low 40°

Work Day _____ Time Work Started 7:00am Stopped 3:00PM Hours Worked 8

Contractor's Forces: Supt. 1     Foreman 1

Operators _____ Laborers: Skilled 3     Unskilled 3     Others _____

Engineering Personnel: K Edwards (6)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- Pick up | 1 | | |
| 3- Compressors | 2 | 1 | Not Needed |
| 1- Vacuum | 1 | | |
| 1- Dust Collector | | 1 | Not Needed |
| 1- Mobile Scaffle | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |

**DETAILS OF DAILY OPERATIONS**

P!H Stucco & Construction Inc.

Contractor removing steel Blasting material from Containment System @ span # 18 NBL & SBL. Contractor placed lane closer at SBL. Contractor painting at span # 25 SBL, # 25 NBL & # 25A NBL (2nd coat)

Steel Temp 46°

Amp Temp 51°

Rel Humidity 65%

Dew Point 41°

Time 9:45Am

_K. Edwards_
**Inspector**

Vistors: _____

28

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 ___ Day & Date Thursday March 11, 2004

Weather Clear ___ Temperature: ___ High 68°F ___ Low 33°F

Work Day yes ___ Time Work Started 7am ___ Stopped 3:30pm ___ Hours Worked 8

Contractor's Forces: Supt. 1

Operators 0 ___ Laborers: Skilled 3 ___ Foreman 1 ___ Unskilled 3 ___ Others ___

Engineering Personnel: Tony Cabbil (8hrs) K. Edwards (8 hrs.)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

**DETAILS OF DAILY OPERATIONS**

PEH Const. Co.

Contractor put up containment in Span #17 NBR

Tony Cabbil

Inspector

Vistors: ___

29

Form BE-101

### INSPECTOR'S DAILY REPORT

Project No. _99-505-010-773-204_    Day & Date _Wednesday March 10, 2004_
Weather _Clear_    Temperature:    High _60° F_    Low _33° F_
Work Day _YES_    Time Work Started _7 Am_    Stopped _3:30 pm_    Hours Worked _8_
Contractor's Forces:    Supt. _1_    Foreman _1_
Operators _Ø_    Laborers:    Skilled _3_    Unskilled _3_    Others _____

Engineering Personnel: _Tony Cabbil (8 hrs)    K. Edwards (8 hrs)_

#### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

#### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor putting C clamps on Canvas and containment
in Span # 18 NBR and SBR

_Tony Cabbil_
Inspector

Vistors: _____

30

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date Tuesday March 9 2004

Weather clear

Temperature: High 60°F  Low 42°F

Work Day Yes  Time Work Started 7am  Stopped 4 pm  Hours Worked 8

Contractor's Forces: Supt. 1  Foreman 1

Operators 0  Laborers: Skilled 4  Unskilled 3  Others

Engineering Personnel: Tony Cabbil (7hrs.)  K. Edwards (8hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not " |
| 1 Mobile Scaffle | 1 | | |
| Vacuum | | 1 | Not Needed |
| 1 Recycler | 1 | 1 | |
| 1 Dust Collector | | 1 | Not Needed |
| Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co

Contractor removing chainlink fence containment from

Span #20 NBR and SBR

Contractor recycled steel grit

Tony Cabbil
Inspector

Visitors: _____

31

Form SC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 ___ Day & Date _Monday March 8 2004_

Weather _clear_ ___ Temperature:  High _60°F_ ___ Low _38°F_

Work Day _yes_ ___ Time Work Started _7Am_ ___ Stopped _4pm_ ___ Hours Worked _8_

Contractor's Forces:  Supt. ___ Foreman _1_

Operators _0_ ___ Laborers:  Skilled _4_ ___ Unskilled _3_ ___ Others ___

Engineering Personnel: _Tony Cabbil (8hrs.)   K. Edwards (8hrs.)_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Recycler | | | |
| 1 Paint truck | 1 | ⊗ | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor painting Span #18 SBR 1st coat and Span #20

NBR and SBR 3rd Coat

Lane closure SBR At 9:15 A.m.

Air Temp 44°

Steel Temp 47°

Dew point 32°

Relative humidity 66%

Time 8:15 Am

Presso film 3.5 mils

_Tony Cabbil_

Inspector

Vistors: ___

32

Form SE-469

### INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 ___ Day & Date Saturday, March 6 2004

Weather Partly cloudy ___ Temperature: High 68° F ___ Low 59° F

Work Day ___ Time Work Started 9:00 ___ Stopped 4:00 ___ Hours Worked 8

Contractor's Forces: Supt. 1 ___ Foreman 1

Operators 2 ___ Laborers: Skilled 3 ___ Unskilled 2 ___ Others ___

Engineering Personnel: Tony Cobbil (8 hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 3 Compressors | 2 | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor sand blasting in Span #18 SBR

Contractor recycling steel grit

Tony Cobbil

**Inspector**

Vistors: ___

33

For 12-00

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204    Day & Date Friday March 5, 2004

Weather Cloudy    Temperature:    High 80°F    Low 56°F

Work Day _____ Time Work Started 7 Am    Stopped 7 pm    Hours Worked 4 pm

Contractor's Forces:  Supl. 1    Foreman 1

Operators _____ Laborers: Skilled 4    Unskilled 2    Others _____

Engineering Personnel: Tony Cabbil (8 hrs)  K. Edwards (8 hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 2 | Not Needed |
| 2 Compressors | | | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Dust Collector | | | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor moving containment fence from Span #21 NBR

and SBR to Span #17 NBR

_Tony Cabbil_
Inspector

Vistors: _____

34

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 ___ Day & Date _Thursday March 4, 2004_

Weather _Partly cloudy_ ___ Temperature: ___ High _80°F_ ___ Low _58°F_

Work Day _____ Time Work Started _7Am_ ___ Stopped _____ Hours Worked _____

Contractor's Forces:   Supt. _1_ _____ Foreman _1_

Operators _____ Laborers:   Skilled _4_ ___ Unskilled _2_ ___ Others _____

Engineering Personnel: _Tony Cabbil ( 8hrs. )  K. Edwards ( 8hrs.)_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pick up Trucks | 1 | | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | 1 | 1 TC | NOT NEEDED TC |

### DETAILS OF DAILY OPERATIONS

F & H Const. Co.

Contractor painted Span #14 SBR (Third coat)

Air Temp 66°

Humidity 75%

Dew Point 58°

Steel Temp 64°

Depression 5.0

Time 9:25 Am

_Tony Cabbil_
Inspector

Vistors: _____

35

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 _____ Day & Date _Wednesday March 3, 2004_

Weather _Fog / Partly cloudy_ _____ Temperature: High _80°_ _____ Low _59°_

Work Day _____ Time Work Started _7 Am_ Stopped _4 pm_ Hours Worked _8_

Contractor's Forces:   Supt. _1_ _____ Foreman _1_ _____

Operators _____ Laborers:   Skilled _4_ _____ Unskilled _2_ _____ Others _____

Engineering Personnel: _Tony Cabbil ( 8 hrs )  K. Edwards ( 8 hrs )_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

_P & H Const. Co._

_Contractor put in place canvas and containment in_
_Span # 18 SBR._

_Contractor vacuum steel grit in Span # 18 NBR & SBR_

_Tony Cabbil_
Inspector

Vistors: _____

36

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-016-713-704                Day & Date Tuesday March 2 2004
Weather Rain _____ Temperature: High 76° Low 65°
Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____
Contractor's Forces: Supt. _____ Foreman _____
Operators _____ Laborers: Skilled _____ Unskilled _____ Others _____

Engineering Personnel: K Edwards (3) _____

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1-Pick up | | | Not Needed |
| 3-Compressors | | 3 | " " |
| 1-Vacuum | | 1 | " " |
| 1-Dust Collector | | 1 | " " |
| 1-Recycler | | 1 | " " |
| 1-Mobile Scaffle | | 1 | " " |
| 1-Paint Truck | | 1 | " " |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc.

No work performed on project this date

_____
Inspector

Visitors: _____

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204    Day & Date Monday March 1, 2004

Weather Partly Cloudy    Temperature:    High 75°    Low 58°

Work Day yes    Time Work Started 7 Am    Stopped 4:00    Hours Worked 8

Contractor's Forces:    Supt. 1    Foreman 1

Operators _____    Laborers: Skilled 4    Unskilled 6    Others _____

Engineering Personnel: Tony Cabbil (8hrs) K. Edwards (8hr)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor moving canvas from Span #19 NBR + SBR

to Span #18 NBR + SBR

Tony Cabbil

Inspector

Visitors: _____

38

Form SC 205

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-113-204 _____ Day & Date Saturday Feb 7 & 2004

Weather Fair

Work Day _____ Time Work Started 7:00Am Stopped 4:00pm Hours Worked 9

Temperature: High 63 Low 40

Contractor's Forces: Supt. _____ Foreman 1

Operators _____ Laborers: Skilled 3 Unskilled 1 Others _____

Engineering Personnel: K Edwards (5)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- Pick up | 1 | | |
| 3- Compressors | 2 | 1 | Not Needed |
| 1- Vacuum | | 1 | " " |
| 1- Dust Collector | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Mobile Scaffle | 1 | | |
| 1- Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc.

Contractor painting 3rd Coat @ Span # 19 NBL

Steel Temp 43°

Amb Temp 46°

Rel Humidity 73%

Dew Point 37°

Time 9:30Am

Visitors: _____

Inspector

39

## INSPECTOR'S DAILY REPORT

Project No. _99-505-010-773-204_    Day & Date _Friday Feb. 27 2004_

Weather _Cloudy_ _____ Temperature:    High ___58°F___    Low ___33°F___

Work Day _yes_ _____ Time Work Started _7 AM_    Stopped _4 pm_    Hours Worked _8 hrs._

Contractor's Forces:    Supt. _____ | _____    Foreman _____ |

Operators _____    Laborers:    Skilled _1_    Unskilled _____    Others _2 painters_

Engineering Personnel: _Tony Cahill (8 hrs.)  R. Edwards (8 hrs.)_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 1 | 1 | if Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffold | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor painting in Span #19 SBR  2nd coat

Contractor completed 2nd coat of paint in Span #19 NBR and SBR

Air Temp.   48°
Dew point   37°
Humidity    67%
Steel Temp. 43°
Depression  5.0
~~Pressure Drop~~
Time   11:00 a.m.

_Tony Cahill_
**Inspector**

40

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 _____ Day & Date Thursday Feb 26 2004

Weather Rain _____ Temperature: High 43 _____ Low 36

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces:  Supt. _____ _____ Foreman _____

Operators _____ Laborers:  Skilled _____ Unskilled _____ Others _____

Engineering Personnel: ___ K Edwards (3) _____

---

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- Mobile Scaffle | | | Not Needed |
| 3- Air Compressors | | 3 | " " |
| 1- Dust Collector | | 1 | " " |
| 1- Vacuum | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Paint Truck | | 1 | " " |
| | | | |
| | | | |
| | | | |
| | | | |

---

### DETAILS OF DAILY OPERATIONS

P&H Sturco & Construction Inc:

No work performed on project this date

Inspector

Visitors: _____

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 _____ Day & Date Wednesday Feb. 25, 2004

Weather Rain _____ Temperature: High 53° F _____ Low 48° F.

Work Day No _____ Time Work Started _____ Stopped _____ Hours Worked

Contractor's Forces: Supt. _____

Operators _____ Laborers: Skilled _____ Foreman _____

Unskilled _____ Others _____

Engineering Personnel: Tony Cabbil (8 hrs) K. Edwards (8 hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | | 2 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor did not work today

Tony Cabbil

Inspector

Vistors: _____

42

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-173-204 _____ Day & Date _Tuesday Feb 24 2004_

Weather _cloudy/Rain_ _____ Temperature:    High _58°_ _____ Low _46°_

Work Day _No'1_ _____ Time Work Started _____ Stopped _____ Hours Worked ____

Contractor's Forces:   Supt. _____ Stopped _____ Hours Worked ____

Operators _____ Laborers:   Skilled _____ Foreman _____

_____ Unskilled _____ Others _____

Engineering Personnel: _Tony Cabbil (8hrs)_    _K. Edwards (8hrs)_

_____

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | | 2 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor did not work today

_Tony Cabbil_

**Inspector**

Vistors: _____

43

Form BC-205

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-304    Day & Date Monday Feb. 23, 2004

Weather Rain    Temperature:    High 52°    Low 42°

Work Day No    Time Work Started @7AM    Stopped ____    Hours Worked ____

Contractor's Forces: Supt. ____    Foreman ____

Operators ____ Laborers: Skilled ____    Unskilled ____    Others ____

Engineering Personnel: Tony Cabil (8hrs) K. Edwards (8hrs)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Compressors | | 2 | Not Needed |
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | 1 | Not Needed |
| 1 Dust Collector | 1 | 1 | Not Needed |
| 1 Recycler | 1 | 11 | Not Needed |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

**DETAILS OF DAILY OPERATIONS**

P&H Const. Co

Contractor did not work today

Tony Cabil

**Inspector**

Visitors: ____

44

Form BC-401

### INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204 ___ Day & Date Friday February 20 2004
Weather Partly Cloudy _____ Temperature: High 60 ___ Low 41
Work Day _____ Time Work Started _____
Contractor's Forces: Supt. _____ Stopped _____ Hours Worked _____
Operators _____ Laborers: Skilled 4 _____ Foreman 1
_____ Unskilled 1 _____ Others _____

Engineering Personnel: K Edwards (8)

#### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 - Pickup Trucks | 2 | | |
| 3 - Compressors | 1 | 2 | Not Needed |
| 1 - Vacuum | 1 | | |
| 1 - Dust Collector | 1 | | |
| 1 - Recycler | | 1 | Not Needed |
| 1 - Mobile Scaffle | 1 | | |
| 1 - Paint Truck | | 1 | Not Needed |

#### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc:

5th Division Bridge Crew began inspection of
bridge on Feb 17 2004. Areas of Concern were
found by bridge crew inspector, Derek Tilley.

On this date Feb 20 2004 Derek Tilley and
I, Kenneth Edwards re-inspected the concerned
areas previously found between Feb 17 and Feb 19, 04.
I verified the Concerned areas to be in
Spans # 23 #24 #25 & #25A  NBL & SBL

Inspector

Visitors:

45

Form BC-10

## INSPECTOR'S DAILY REPORT

Project No. _99-505-010-773-204_ Day & Date _Friday, Feb. 20, 2004_

Weather _Partly cloudy_ Temperature: High _60°_ Low _41°_

Work Day _____ Time Work Started _7:30_ Stopped _4:30pm_ Hours Worked _____

Contractor's Forces: Supt. _1_ Foreman _____

Operators _____ Laborers: Skilled _1_ Unskilled _____ Others _4 Sandblasters_

Engineering Personnel: _Tony Cahill (8 hrs.)  K. Edwards (8 hrs.)_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Recycler | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor sandblasting in Span #19 SBR

Contractor painting in Span #19 1st coat SBR and Span #19 NBR 2nd coat

Air Temp 60°
Dew Point 53°
Humidity 78%
Depression 4.0
Press. Film 4.5
Steel Temp 58°
Time 10:05 AM

_Tony Cahill_
**Inspector**

Vistors: _____

46

Form BC-005

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 _____ Day & Date _Thursday Feb, 19, 2004_

Weather _Partly cloudy_ _____ Temperature: _____ High _66°_ _____ Low _31°_

Work Day _____ Time Work Started _7 AM_ _____ Stopped _12 noon_ Hours Worked _5_

Contractor's Forces: Supt _1_ _____ Foreman _____

Operators _____ Laborers: Skilled _1_ _____ Unskilled _____ Others _3 Sandblasters_

Engineering Personnel: _Tony Cabbil ( 5 hrs. ) + 3 hrs Sick    K. Edwards (8 hrs.)_

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P. & H. Const. Co.

Contractor Sandblasting in Span # 19 SBR

_Tony Cabbil_
**Inspector**

Vistors: _____

47

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. _99-505-010-773-204_ Day & Date _Wednesday Feb. 18, 2004_

Weather _Partly cloudy_ Temperature: High _58°_ Low _30°_

Work Day _____ Time Work Started _7 Am_ Stopped _4pm_ Hours Worked _8_

Contractor's Forces: Supt. _1_ Foreman _____

Operators _____ Laborers: Skilled _1_ Unskilled _____ Others _4 sandblasters/Labore_

Engineering Personnel: _Tony Cabbil (8hrs.) K. Edwards (8hrs.)_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Recycler | 1 | | |
| 1 Dust Collector | | | |
| 1 Paint truck | | 1 | Not Needed |
| 1 Super cycler | 1 | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor continued to vacuum steel grit from Span #19 SBR & NBR

from on top of bridge.

Contractor continued putting up Containment nets in Span #17 SBR

Contractor recycling steel grit from Span #19 SBR & NBR

_Tony Cabbil_

**Inspector**

Visitors: _____

48

**INSPECTOR'S DAILY REPORT**

Form 205

Project No. 99-505-010-773-204          Day & Date Tuesday Feb. 17 2004

Weather Partly cloudy          Temperature:    High 49°          Low 32°

Work Day _____ Time Work Started 7Am    Stopped 4pm    Hours Worked 8

Contractor's Forces:   Supt. 1          Foreman _____

Operators _____ Laborers:   Skilled 1          Unskilled _____    Others 4 Sandblasters/Labr

Engineering Personnel:   Tony Cabbil  ( 8hrs. )

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pic Kup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

## DETAILS OF DAILY OPERATIONS

PEH Const. Co.

Contractor Vacuum Steel grit from Span # 19 SBR

Contractor putting up containment nets in Span # 17 SBR

Tony Cabbil

**Inspector**

Vistors: _____

49

Form 8-05

**INSPECTOR'S DAILY REPORT**

Project No. _99-505-010-713-204_    Day & Date _Monday Feb 16, 2004_

Weather _Cloudy_    Temperature: High _46°_    Low _38°_

Work Day _____ Time Work Started _7Am_ Stopped _4pm_ Hours Worked _8_

Contractor's Forces:   Supt. _1_

Operators _____ Laborers: Skilled _1_    Foreman _____

Operators _____ Laborers: Skilled _1_    Unskilled _____ Others _2 Sandblasters 1 Paint_

Engineering Personnel: _Tony Calbil ( 8hrs.)_

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

**DETAILS OF DAILY OPERATIONS**

P & H Const. Co.

Contractor sandblasting in Span # 18 SBR

Contractor touch up painting in Span #21 and Span #22 NBR+SBR
2nd coat

Air Temp 92°

Humidity 65%

Dew Point 24°

Steel Temp 41°

Depression 5.0

Time 10:45 AM

_Tony Calbil_
**Inspector**

Visitors: _____

50

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 ___ Day & Date Saturday Feb. 14, 2004

Weather Cloudy _____ Temperature: High 4 ____ Low _____

Work Day _____ Time Work Started 7 Am Stopped 4:00 Hours Worked 8

Contractor's Forces: Supt. 1

Operators _____ Laborers: Skilled 1 _____ Unskilled _____ Others _____

Engineering Personnel: Tony Cabbil (4 hrs.)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Mobile Scaffle | | 1 | Not Needed |
| 1 Vacuum | | | |
| 1 cycler (Super) | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P & H Const. Co.

Contractor filling up supercycler with new steel grit

Valentine Day

_Tony Cabbil_
Inspector

Vistors: _____

Form BC-916

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204    Day & Date Friday Feb. 13, 2004

Weather Cloudy    Temperature: High 45°    Low 37°

Work Day _____    Time Work Started 7Am    Stopped 4 pm    Hours Worked 8

Contractor's Forces: Supt. 1    Foreman _____

Operators _____    Laborers: Skilled 1    Unskilled _____    Others 3 Sandblasters

Engineering Personnel: Tony Cabbit (8 hrs.)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobille Scaffle | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

**DETAILS OF DAILY OPERATIONS**

P E H Const Co

Contractor sandblasting in Span # 19 SBR

Tony Cabbit

**Inspector**

Visitors: _____

52

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204     Day & Date Thursday Feb. 12, 2004

Weather Cloudy     Temperature:     High 46°     Low 40°

Work Day _____     Time Work Started 7 Am     Stopped 4 pm     Hours Worked 8

Contractor's Forces:     Supt. 1     Foreman _____

Operators _____     Laborers:     Skilled 3     Unskilled _____     Others _____

Engineering Personnel: Tony Cabbil (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor removed Nets from Span #22 both NBR and SBR

Contractor began putting containment net up in

Span #17 SBR

Tony Cabbil

**Inspector**

Vistors: _____

53

Form BC-T01

## INSPECTOR'S DAILY REPORT

Project No. 99-S05-010-773-204      Day & Date Wed Feb 11 2004

Weather Cloudy w/ Rain    Temperature:    High 52    Low 45

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces: Supt. _____ Foreman _____

Operators _____ Laborers: Skilled _____ Unskilled _____ Others _____

Engineering Personnel: K Edwards (6)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 - Pickups | | 2 | Not Needed |
| 1 - Mobile Scaffle | | 1 | " " |
| 3 - Air Compressur | | 3 | " " |
| 1 - Dust Collector | | 1 | " " |
| 1 - Vacuum | | 1 | " " |
| 1 - Recycler | | 1 | " " |
| 1 - Paint Truck | | 1 | " " |
| 1 - Storage Truck | | 1 | " " |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc

No work performed on project this date

Inspector

Vistors:

54

Form BC-101

### INSPECTOR'S DAILY REPORT

Project No. 99-505-010-773-204    Day & Date Tuesday Feb 10 2004

Weather Cloudy w/ Rain    Temperature: High 55°    Low 48°

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces: Supt. _____ Foreman _____

Operators _____ Laborers: Skilled _____ Unskilled _____ Others _____

Engineering Personnel: K Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- Pick ups | | 2 | Not Needed |
| 1- Mobile Scaffer | | 1 | " " |
| 3- Air Compressors | | 3 | " " |
| 1- Dust Collector | | 1 | " " |
| 1- Vacuum | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Paint Truck | | 1 | " " |
| 1- Storage Truck | | 1 | " " |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc

No work performed on project this date

Inspector

Vistors: _____

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-505-010-773-204 _____ Day & Date Monday Feb 9 2004

Weather Partly Cloudy _____ Temperature: _____ High 53° _____ Low 29°

Work Day _____ Time Work Started 7:00 Am Stopped 4:00 Pm Hours Worked 9

Contractor's Forces: Supt. _____ Foreman 1

Operators _____ Laborers: Skilled 3 _____ Unskilled 2 _____ Others _____

Engineering Personnel: K Edwards (8)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 - Pick ups | 2 | | |
| 1 - Mobile Scaffle | 1 | | |
| 3 - Air Compressors | 3 | | |
| 1 - Dust Collector | 1 | | |
| 1 - Vacuum | 1 | | |
| 1 - Recycler | 1 | | |
| 1 - Paint Truck | 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P & H Stueeo & Construction Inc:

Contractor painting and blasting @ Span #19

SBL & NBL (Painting 1st coat)

Amb Temp - (48°)

Steel Temp (46°)

Presso Film (3.0mils)

Rel. Humidity (66%)

Dew Point (37°)

Time 9:00 Am

_____ Inspector

Vistors: _____

Form BC 101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204 _____ Day & Date Friday Feb. 6, 2004

Weather Cloudy _____ Temperature: High 59° _____ Low 57°

Work Day _____ Time Work Started 7 Am _____ Stopped _____ Hours Worked _____

Contractor's Forces: Supt. 1 _____ Foreman 1 _____

Operators _____ Laborers: Skilled 2 _____ Unskilled _____ Others _____

Engineering Personnel: Tony Cabbil ( 8 hrs. )     Edwards - 8

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 1 | 1 | Not Needed |
| 2 Compressors | | 2 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor repairing containment canvas in Span #19 NBR

and SBR cleaning up debris that was scattered by

high winds last night.

_Tony Cabbil_
**Inspector**

Visitors: _____

57

Form DL-116

**INSPECTOR'S DAILY REPORT**

Project No. _99-205-010-773-204_    Day & Date _Thursday  Feb. 5, 2004_

Weather _Cloudy_    Temperature:    High _62°_    Low _52°_

Work Day _____    Time Work Started _7AM_    Stopped _4 pm_    Hours Worked _8_

Contractor's Forces:    Supt. _____|_____    Foreman _____

Operators _____    Laborers:    Skilled _2_    Unskilled _____    Others _____

Engineering Personnel: _Tony Cabbil  ( 8 hrs )   K. Edwards ( 8 hrs )_

| Contractor's Equipment On Project | | | |
|---|---|---|---|
| Number & Type | Operating | Not Oper. | Reason Not Operating |
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | | 2 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | @ TC | ~~Not Needed~~ |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

**DETAILS OF DAILY OPERATIONS**

_P & H Const. Co._

_Contractor cleaning up trash and canvas on the project_

_Moving hoses to Span #19 to extend to the end_

_No sandblasting or painting_

_Tony Cabbil_
**Inspector**

58

Vistors: _____

Form BC-101

### INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204  Day & Date _Wednesday, Feb. 4 2004_
Weather _Partly cloudy_  Temperature: High _52°_  Low _28°_
Work Day _Yes_  Time Work Started _7AM_  Stopped _4pm_  Hours Worked _8_
Contractor's Forces: Supt. _1_  Foreman _1_
Operators ____ Laborers: Skilled _2_  Unskilled ____ Others _2 Sandblasters/Pain_

Engineering Personnel: _Tony Cabbil (8hrs.)   K. Edwards (8hrs.)_

#### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 2 | | |
| 1 Vacuum | | | |
| 1 Dust Collector | 1 | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

#### DETAILS OF DAILY OPERATIONS

P.E.H Const. Co.
Contractor continued sandblasting in Span #19 NBR and began
painting 1st coat NBR and SBR in Span #19

Air Temp  46°

Humidity  65%

Dew Point  24°

Steel Temp  41°

Presso film  4.5 mils.

Depression  5.0

Time  11:45 Am

_Tony Cabbil_
**Inspector**

Vistors: _____

59

Form DL-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-204              Day & Date _Tuesday Feb. 3, 2004_

Weather _Partly cloudy_              Temperature:    High _50°_              Low _27°_

Work Day _____    Time Work Started _7 Am_    Stopped _4 pm_    Hours Worked _8_

Contractor's Forces:   Supt. _1_

Operators _____    Laborers:   Skilled _1_    Unskilled _____    Others _2 Sandblasters_

Engineering Personnel: _Tony Cabbil (8 hrs) K. EDWARDS - 8_

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| 1 Dust Collector | 1 | Ø | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor Sandblasting in Span # 19 NBR

_Tony Cabbil_

**Inspector**

Vistors: _____

60

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-705-010-773-704 _____ Day & Date Monday Feb 2 7004

Weather ___Rain_____ Temperature. High __51__ Low __47__

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces:  Supt. _____ Foreman _____

Operators _____ Laborers:  Skilled _____ Unskilled _____ Others _____

Engineering Personnel: __K Edwards (8)_____

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- Pick ups | | 2 | Not Needed |
| 1-Mobile Saffle | | 1 | " " |
| 3- Air Compressors | | 3 | " " |
| + Dust Collector | | 1 | " " |
| 1- Vacuum | | 1 | Not Needed |
| 1- Recycler | 1 | | |
| 1-Paint Truck. | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc

No work performed on project this date.

(Contractor recycling blasting material)

Inspector

Vistors: _____

Form DC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204          Day & Date Friday January 30, 2004

Weather Cloudy                Temperature:   High 53°        Low 43°

Work Day yes          Time Work Started 7AM      Stopped 4pm      Hours Worked 8

Contractor's Forces:   Supt. 1                           Foreman 1

Operators _____ Laborers:  Skilled 3 _____ Unskilled _____ Others _____

Engineering Personnel: Tony Cabbil ( 8hrs.)      K. Edwards ( 7hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | | X | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co

Contractor connecting sandblasting equipment and

Vacuum hoses in Span #19

Contractor did touch up paint in Span #29 NBR and SBR

Air Trnp 52°

Humidity 69%

Dew Point 42°

Steel Temp 49°

Time 1:00 p.m.

Tony Cabbil
**Inspector**

Vistors: _____

62

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-204          Day & Date Thursday, January 29, 2004

Weather Partly cloudy        Temperature:    High 54°          Low 22°

Work Day yes        Time Work Started 7AM        Stopped 4pm        Hours Worked 8

Contractor's Forces:  Supt. 1                                         Foreman 1

Operators _____ Laborers:  Skilled 5 _____ Unskilled _____ Others _____

Engineering Personnel: Tony Cabbil (8hrs.)

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | X | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |
| | | | |

## DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor put in place containment in Span #19 NBR and SBR.

Contractor recycling steel grit

Tony Cabbil

**Inspector**

Vistors: _____

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204          Day & Date Wednesday, January 28, 2004;

Weather Clear;                    Temperature:   High 45°              Low 22°

Work Day yes            Time Work Started 7 Am    Stopped 4 pm  Hours Worked 8

Contractor's Forces:   Supt. 1                                         Foreman 1

Operators _____  Laborers:   Skilled 5       Unskilled _____  Others _____

Engineering Personnel: Tony Cabbill (8 hrs.)    K. Edwards (4 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | | | |
| 1 Mobile Scaffle | 1 | | |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

PEH Const. Co.

Contractor putting up Canvas on SBR side of bridge

in Span # 19

*Tony Cabbil*

**Inspector**

Vistors: _____

64

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-204 ___ Day & Date Tuesday January 27, 2004

Weather Partly cloudy ___ Temperature: High 42° ___ Low 34°

Work Day ___ Time Work Started 7am ___ Stopped 4pm ___ Hours Worked 8

Contractor's Forces:   Supt. 1 ___ Foreman 1

Operators ___ Laborers:  Skilled ___ Unskilled ___ Others ___

Engineering Personnel: Tony Cabbil (8 hrs.)   K. Edwards (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

PEH Const. Co.

Contractor blowing down beams in Span #24 NBR and SBR

Removing containment from same above area.

Contractor open the road at 10:35 Am

Contractor put Canvas in Span # 19 NBR and SBR

covering chain link fence

Tony Cabbil

Inspector

Vistors: ___

65

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-173-204 ___ Day & Date Monday January 26, 2004

Weather Partly cloudy ___ Temperature: High 68° ___ Low 54°

Work Day yes ___ Time Work Started 7 Am ___ Stopped 4 pm ___ Hours Worked 8

Contractor's Forces: Supt. 1 ___ Foreman 1

Operators ___ Laborers: Skilled 1 ___ Unskilled ___ Others 3 painters/sandbla

Engineering Personnel: Tony Cabbil (8 hrs.) K. Edwards (9) hrs.

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 2 | | |
| 1 Mobile Scatfles | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

**DETAILS OF DAILY OPERATIONS**

P&H Const. Co.

Contractor sandblasting the remainding half of

Span #24 NBR, Contractor painted remainding half of Span #24 NBR
1st coat'

Air Temp 60°

Humidity 68%

Dew point 49°

Steel Temp 59°

Depression 6.0

Presso film 4.0

Time: 12:45 p.m

_Tony Cabbil_
**Inspector**

Visitors: _____

66

Form 863-0

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Saturday January 24, 2004

Weather Cloudy    Temperature: High 60°    Low 36°

Work Day yes    Time Work Started 7 Am    Stopped 4 pm    Hours Worked 8

Contractor's Forces:    Supt. 1    Foreman 1

Operators _____    Laborers:    Skilled 1    Unskilled _____    Others 3 Painters

Engineering Personnel: Tony Cabbil (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const Co.

Contractor blowing SBR of Span #24

Contractor painting SBR of Span #24 1st coat also painted about half of the NBR Span #24

Air Temp 46°

Humidity 58%

Dew Point 32°

Steel Temp. 44°

Presso film 4.5 mils

Depression 6.0

Time: 8:45 Am

Tony Cabbil
**Inspector**

Vistors: _____

67

Form SC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Friday January 23, 2004

Weather clear                    Temperature:    High 49°        Low 29°

Work Day yes    Time Work Started 7Am    Stopped 4pm    Hours Worked 8

Contractor's Forces:  Supt. 1                        Foreman 1

Operators _____ Laborers:  Skilled 1    Unskilled _____ Others 3 Sandblasters

Engineering Personnel: Tony Cabbil (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Vacuum | | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc

Contractor continuing to sandblast in Span #24 SBR and

began Sandblasting Span #24 NBR

_Tony Cabbil_
Inspector

Vistors: _____

68

**INSPECTOR'S DAILY REPORT**

Form BE-12105

Project No. 99-205-010-773-204    Day & Date Thursday January 22, 2004

Weather Clear    Temperature:    High 55°    Low 26°

Work Day yes    Time Work Started 7Am    Stopped 4pm    Hours Worked 8

Contractor's Forces:  Supt. 1    Foreman 1

Operators _____    Laborers:  Skilled 1    Unskilled _____    Others 3 Sandblasters

Engineering Personnel: Tony Cabbil (8hrs.)  K. Edwards (8hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Baffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Const Co Inc

Contractor began sandblasting in Span #24 SBR

_Tony Cabbil_
**Inspector**

Vistors: _____

69

Form BSCO 2

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-173-204   Day & Date Wednesday January 21, 2004

Weather Partly cloudy   Temperature: High 50°   Low 24°

Work Day yes   Time Work Started 7Am   Stopped 4pm   Hours Worked 8

Contractor's Forces:  Supt. 1   Foreman 1

Operators _____   Laborers: Skilled 1   Unskilled _____   Others 3 Sandblasters

Engineering Personnel: Tony Cabbil (8hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor cleaning up from under Spans #23 and #23A

Contractor closed Road at 9:30 A.m. Barricades on both

Sides of bridge.

Contractor moved containment to Span #24

_Tony Cabbil_
**Inspector**

Vistors: _____

70

Form 2010

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Tuesday, January 20, 2004
Weather Clear    Temperature:    High 45°    Low 27°
Work Day yes    Time Work Started 7 Am    Stopped 4 pm    Hours Worked 8 hrs
Contractor's Forces:    Supt. 1    Foreman 1
Operators _____    Laborers: Skilled 3 _____    Unskilled _____    Others 3 Painters

Engineering Personnel: Tony Cabbil - (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor sandblasting Span # 23 NBR

Contractor Sandblasting and painting 1st Coat in Span #23A

NBR and SBR and #23 NBR and SBR completed

Air Temp 40°

Humidity 52%

Dew Point 26°

Temp of steel 40°

Presso film : 4.5 mils

Depression 6.0

Tony Cabbil
**Inspector**

Vistors: _____

71

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-704          Day & Date Monday Jan 19 7004

Weather _Fair_          Temperature:   High _41_          Low _30_

Work Day _____ Time Work Started _7:00 Am_ Stopped _4:00 Pm_ Hours Worked _9_

Contractor's Forces:  Supt. _____ 1          Foreman _1_

Operators _____     Laborers:  Skilled _3_     Unskilled _3_     Others _____

Engineering Personnel: _K Edwards (8)_

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- Pick-ups | 2 | | |
| 1- Mobile Scaffle | 1 | | |
| 2- Air Compressors | | 2 | |
| 1- Dust Collector | | 1 | |
| 1- Vacuum | | 1 | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | | 1 | |
| | | | |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P'H Stucco & Construction Inc

Contractor removing    containment system from

Spans #20, #21 & #22  NBL & SBL

_(signature)_
Inspector

Vistors: _____

72

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-204    Day & Date Friday January 16 2004

Weather Fair    Temperature: High 59    Low 36°

Work Day _____    Time Work Started 7:00Am    Stopped 4:30PM    Hours Worked 9 1/2

Contractor's Forces:    Supt. _____    Foreman _____

Operators _____    Laborers: Skilled 2    Unskilled 2    Others _____

Engineering Personnel: K Edwards (8)

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2-Pickups | 2 | | |
| 1-Mobil Scaffle | 1 | | |
| 2-Air Compressors | 1 | 1 | Not Needed |
| 1-Dust Collector | 1 | | |
| 1-Vacuum | 1 | | |
| 1-Recycler | 1 | | |
| 1-Paint Truck | 1 | | |
| | | | |
| | | | |
| | | | |

## DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc.

Contractor Blasting @ Span# 23 NBL & Span# 23 SBL & 23A SBL

Contractor Painting @ Span# 23 NBL & Span# 23 SBL & 23A SBL
(1st Coat)         (1st Coat)      (1st coat)

Steel Temp - 55°

Rel. Humidity - 66%

Dew Point - 47°

Amb Temp (Air) - 58°

Presso Film - 3-4 mils

Time 1:00Pm

_____
Inspector

Vistors: _____

73

Form 805

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204          Day & Date Thursday January 15, 2004

Weather Partly cloudy          Temperature:    High 54°          Low 45°

Work Day yes          Time Work Started 7Am    Stopped 4pm    Hours Worked 8

Contractor's Forces:    Supt. 1          Foreman 1

Operators          Laborers:    Skilled 2          Unskilled          Others 2 Sandblaster

Engineering Personnel: Tony Cabbil (8hrs) K. Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Air Compressors | 1 | 1 | Not Needed |
| 1 Dust Collector | | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint Truck | | 1 | Not Needed |
| 1 forklift | 1 | | |

### DETAILS OF DAILY OPERATIONS

P.E.H Const. Co. Inc.

Contractor putting up containment in Span #23, #23A, #24

Contractor cleaning up in Span #25, #25A, #26

Contractor Sandblasting in Span #23 SBK

Tony Cabbil

**Inspector**

Vistors:

74

Form 205

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Tues. January 13, 2004
Weather Partly cloudy    Temperature: High 62°    Low 40°
Work Day yes    Time Work Started 7 Am    Stopped 4 pm    Hours Worked 8 hrs
Contractor's Forces: Supt. 1    Foreman 1
Operators _____    Laborers: Skilled 2    Unskilled _____    Others 3 Painters

Engineering Personnel: Tony Cabbil (8 hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffld | 1 | | |
| 2 Air Compressors | 1 | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |
| 1 forklift | 1 | | |

### DETAILS OF DAILY OPERATIONS

P.E.H Const Co Inc.

Contractor continued sandblasting in Span #25, Span #25A and Span #26

Contractor blowing in the above Spans

Contractor began painting 1st coat in Span #26 working back to Span #25 and #25A NBR and SBR

Air Temp 62

Humidity 68%

Dew Point 53°

Wet 54°

Dry 60°

Depression 6°

Time: 12:00 noon

Presso film 4.0

Tony Cabbil
**Inspector**

Vistors: _____

75

Form 183

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-264    Day & Date Monday, Jan 12, 2004

Weather Partly cloudy    Temperature: High 60°  Low 29°

Work Day Yes    Time Work Started 7am    Stopped 4pm    Hours Worked 8

Contractor's Forces: Supt. 1    Foreman 1

Operators _____    Laborers: Skilled 5    Unskilled _____    Others _____

Engineering Personnel: Tony Cabbil (8hrs)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Air Compressors | 1 | 1 | Not Needed |
| 1 Dust Collector | 1 | | Not Needed |
| 1 Vacuum | | 1 | |
| 1 Recycler | | 1 | |
| 1 Paint Truck | | 1 | |
| 1 Forklift | 1 | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor sandblasting in Span #25, Span #25A

and Span #26

Tony Cabbil

**Inspector**

Vistors:

76

**INSPECTOR'S DAILY REPORT**

Project No. 47-205-010-773-204          Day & Date Friday Jan 9, 2004

Weather Partly cloudy          Temperature:    High 40°          Low 34°

Work Day ___    Time Work Started 7:00    Stopped 4 pm    Hours Worked 8

Contractor's Forces:   Supt. 1          Foreman 1

Operators ___    Laborers:   Skilled 5          Unskilled ___    Others ___

Engineering Personnel: Tony Cabbil          K. Edwards
                            (8)              (8)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1 Pickup Trucks | 1 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Air Compressors | | 2 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Vacuum | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint Truck | | 1 | Not Needed |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P & H Const Co

Contractor moving canvas to span #25A and #25 n #26

NBR + SBR

Tony Cabbil
**Inspector**

Vistors: ___

77

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204          Day & Date Thursday, January 8, 2004

Weather Cloudy w/Rain          Temperature:    High    45    |    Low    35

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces:  Supt. _____          Foreman _____

Operators _____ Laborers:  Skilled _____    Unskilled _____    Others _____

Engineering Personnel:  K. Edwards (8), T. Cabbil (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- Mobile Scaffle |  |  | Not Needed |
| 3- Air Compressors |  | 3 | " " |
| 1- Dust Collectors |  | 1 | " " |
| 1- Vacuum |  | 1 | " " |
| 1- Recycler |  | 1 | " " |
| 1- Paint Truck |  | 1 | " " |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc.

No work performed on project this Date

_(signature)_

Inspector

Visitors:

78

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-204 _____ Day & Date Wed January 7, 2004

Weather ___Fair_____ Temperature: High __45__ Low __17__

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces: Supt. _____ Foreman _____

Operators _____ Laborers: Skilled _____ Unskilled _____ Others _____

Engineering Personnel: K Edwards (8)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- Mobile Scaffle | | | Not Needed |
| 3- Air Compressors | | 3 | " " |
| 1- Dust Collectors | | 1 | " " |
| 1- Vacuum | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Paint Truck | | 1 | " " |
| | | | |
| | | | |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P&H Stucco & Construction Inc

No work performed on project this date

_____
Inspector

Vistors: _____

79

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-204 _____ Day & Date Tuesday Jan 6 2004

Weather Fair _____ Temperature: High 43 _____ Low 29

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces: Supt. _____ Foreman _____

Operators _____ Laborers: Skilled _____ Unskilled _____ Others _____

Engineering Personnel: K. Edwards (8)

**Contractor's Equipment On Project**

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- Mobile Scaffle | | 1 | Not Needed |
| 3- Air Compressors | | 3 | " " |
| 1- Dust Collector | | 1 | " " |
| 1- Vacuum | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Paint Truck | | 1 | " " |
| | | | |
| | | | |
| | | | |

**DETAILS OF DAILY OPERATIONS**

P & H Stucco & Construction Inc

No work performed on project this date.

_____ Inspector

Vistors: _____

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204 _____ Day & Date Friday December 19 7003
Weather Fair _____ Temperature: High 50° ____ Low 31°
Work Day _____ Time Work Started 7:00 Am Stopped 3:00 Pm Hours Worked 8
Contractor's Forces: Supt. _____ 1 _____ Foreman 1
Operators _____ Laborers: Skilled 2 _____ Unskilled 2 _____ Others _____

Engineering Personnel: K Edwards (8), C Cook (8), T Cabb.l (4½)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- PH Trucks | 2 | | |
| 1- Mobil Scaffle | 1 | | |
| 3- Air Compressors | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Stucco Construction Inc:

Contractor painting @ Span # 20 NBL & SBL (2nd coat completed)

Contractor painting @ Span # 21 NBL & SBL (2nd coat completed)

Contractor painting @ Span # 22 NBL & SBL (2nd coat not completed) ½

Steel Temp 47°

Humidity 67%

Dew Point 40°

Amb Temp 50°

Time 12:00 P.M.

When I, K. Edwards left the jobsite at 11:75 Am

T. Cabbil was present. I returned to the jobsite at 12:35 pm,

at that time I did not see T. Cabb.l. I left the

jobsite at 3:05 PM, I still had not made contact

with T. Cabb.l

Inspector

81

Vistors: _____

Form BC-101

### INSPECTOR'S DAILY REPORT

Project No 99-205-010-773-704 _____ Day & Date Thursday  Dec 18 2003

Weather Fair _____ Temperature:  High 50° | Low 32°

Work Day _____ Time Work Started 7:00Am  Stopped 4:00Pm  Hours Worked 9

Contractor's Forces:  Supt. 1 _____ Foreman 1

Operators _____ Laborers:  Skilled 2 _____ Unskilled 2 _____ Others _____

Engineering Personnel: K Edwards (8), C Cook (8), T Cobbil (8)

#### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2-P/u Truck | 2 | | |
| 1- Mobile Scaffle | 1 | | |
| 3- Air Compressors | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |
| | | | |
| | | | |
| | | | |

#### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc:

Contractor painting @ Span #21 NBL & SBL (2nd coat)

Contractor painting @ Span #22 NBL & SBL (2nd coat)

Steel Temp = 47°

Humidity = 60%

Dew Point = 42°

Amb Temp (Air) = 56°

Time = 1:10PM

_____ Inspector

82

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-705-010-773-704 ___ Day & Date Wed Dec 17 2003

Weather Fair

Work Day _____ Time Work Started 7:00 Am Stopped 4:00 Pm Hours Worked 9

Temperature:    High 51    Low 28

Contractor's Forces:  Supt. 1    Foreman 1

Operators _____ Laborers: Skilled 2    Unskilled 2    Others _____

Engineering Personnel: K Edwards (8), C Cook (8), T Cabbil (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- P/U Truck | 1 | | |
| 1- Mobile Scaffle | 1 | | |
| 3- Air Compressors | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc

Contractor painting @ Span # 21 NBL & SBL (2nd coat)

Contractor Painting @ Span # 22 NBL & SBL (2nd coat)

Steel Temp 40°

Humidity 52°

Dew Point 28°

Amb Temp (Air) 46°

Time 11:45 Am

Inspector

Vistors: _____

83

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Tuesday  Dec 16 2003

Weather Cloudy w/Rain Am.  Temperature:  High 58  Low 34

Work Day _____  Time Work Started 7:00 AM Stopped 3:00 Pm Hours Worked 8

Contractor's Forces:  Supt. 1  Foreman 1

Operators _____  Laborers:  Skilled 3  Unskilled 2  Others _____

Engineering Personnel: K Edwards (8)  T Cabbil (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- Plu Truck | 1 | | |
| 1- Mobile Scaffle | | | |
| 3- Air Compressors | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc.

Contractor blasting & Cleaning @ Span #20 NBL

Contractor Painting @ Span #20 NBL (1st Coat)

Steel Temp 60°

Humidity 74%

Dew Point 55°

Amb Temp (Air) 64°

Time: 12:00 Pm

Presso Film 4.0 mils

Inspector

84

tors: _____

Form BC-101

### INSPECTOR'S DAILY REPORT

Project No. 99-705-010-773-204    Day & Date Monday    Dec 15 2003
Weather Fair    Temperature:    High 58°    Low 29°
Work Day _____    Time Work Started 7:00 Am  Stopped 4:00 Pm  Hours Worked 9
Contractor's Forces:  Supt. 1    Foreman 1
Operators _____  Laborers: Skilled 2    Unskilled 2    Others _____

Engineering Personnel: K Edwards (8)  T Cabbil (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1-Ply Truck | 1 | | |
| 1-Mobile Scaffle | 1 | | |
| 3-Air Compressors | 1 | 2 | Not Needed |
| 1-Dust Collector | 1 | | |
| 1-Vacuum | 1 | | |
| 1-Regicler | 1 | | |
| 1-Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc

Contractor blasting & Cleaning @ Span #21 NBL and Span# 20 NBL

Contractor painting @ Span# 21 NBL (1st coat)

Steel Temp 49°

Humidity 69%

Dew Point 43°

Amb Temp (Air)

Time 1:30 P.M.

Presso Film 3.2 mils

Inspector

Vistors: _____

85

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204 _____ Day & Date Friday Dec 12 2003

Weather Partly Cloudy _____ Temperature: High 53 _____ Low 30

Work Day _____ Time Work Started 7:00 Am Stopped 5:00 PM Hours Worked 10

Contractor's Forces: Supt. _____ Foreman 1 _____

Operators _____ Laborers: Skilled 4 _____ Unskilled 2 _____ Others _____

Engineering Personnel: K Edwards (8)   T Cabble (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- P/U Truck | \ | | |
| 1- Mobile Scaffle | \ | | |
| 3- Air Compressors | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc.

Contractor blasting & Clean @ Span #22 NBL

Contractor Painting @ Span #22 NBL (1st Coat)

Steel Temp   43°

Humidity   61%

Dew Point   37°

Amb Temp (Air)   50°

Time   12:15 pm

Press Film   4.2 mils

Inspector

86

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-705-010-773-204          Day & Date Thursday Dec 11 2003

Weather Fair                                    Temperature:  High 53          Low 29

Work Day _____          Time Work Started 7:00 Am Stopped 4:30 PM Hours Worked 9½

Contractor's Forces:  Supt. _____ 1          Foreman 1

Operators _____ Laborers:  Skilled 2          Unskilled 2          Others _____

Engineering Personnel:  K Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- P/u Truck | 1 | | |
| 1- Mobile Scaffle | 1 | | |
| 3- Air Compressors | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc

Contractor blasting @ span #22 NBL

Inspector

87

Vistors:

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010 773-204 _____ Day & Date Wed Dec 10 2003

Weather Cloudy w/Rain _____ Temperature: High 49 _____ Low 32

Work Day _____ Time Work Started _____ Stopped _____ Hours Worked _____

Contractor's Forces: Supt. _____ Foreman _____

Operators _____ Laborers: Skilled _____ Unskilled _____ Others _____

Engineering Personnel: K Edwards (6)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 1- P/U Truck | | 1 | Not Needed |
| 1- Mobile Scaffle | | 1 | " " |
| 3- Air Compressors | | 3 | " " |
| 1- Dust Collectors | | 1 | " " |
| 1- Vacuum | | 1 | " " |
| 1- Recycler | | 1 | " " |
| 1- Paint Truck | | 1 | " " |

### DETAILS OF DAILY OPERATIONS

P+H Stucco & Construction Inc.

No work performed on project this date

_____
Inspector

88

Vistors: _____

Form BC-101

**INSPECTOR'S DAILY REPORT**

Project No. 99-205-010-773-204 _____ Day & Date Tuesday Dec 9 2003

Weather Partly Cloudy _____ Temperature: High 60 _____ Low 39

Work Day _____ Time Work Started 7:00 Am Stopped 3:00PM Hours Worked 8

Contractor's Forces: Supt. 1 _____ Foreman 1

Operators _____ Laborers: Skilled 4 _____ Unskilled 2 _____ Others _____

Engineering Personnel: K Edwards (8) _____

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- P/u Trucks | 2 | | |
| 1- Mobile Scaffle | 1 | | |
| 3- Air Compressor | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |
| | | | |
| | | | |
| | | | |

### DETAILS OF DAILY OPERATIONS

P&H Stucco & Construction Inc;

Contractor blasting and cleaning span # 22 SBL

Contractor painting @ Span # 22 SBL (1st coat)

Steel Temp 54°

Humidity 63%

Dew Point 47°

Air Temp 60°

Time 1:30 PM

Presso Film 3.4 mil

_____ Inspector

89

Vistors: _____

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99·205-010-773-204    Day & Date **Monday   Dec 8 2003**

Weather **Fair**    Temperature:   High **60**    Low **27**

Work Day _____   Time Work Started **7:00 Am** Stopped **5:00 pm**   Hours Worked **10**

Contractor's Forces:   Supt. _____    Foreman **1**

Operators _____   Laborers:   Skilled **3**    Unskilled **1**    Others _____

Engineering Personnel: **K Edwards (8)**

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2- PM Trucks | 2 | | |
| 1- Mobile Scaffle | 1 | | |
| 3- Air Compressor | 1 | 2 | Not Needed |
| 1- Dust Collector | 1 | | |
| 1- Vacuum | 1 | | |
| 1- Recycler | 1 | | |
| 1- Paint Truck | 1 | | |

### DETAILS OF DAILY OPERATIONS

P&H Stucco Construction Inc

Contractor cleaning & Blasting Surface @ Span #21 SBL
and @ Span #22 SBL

Contractor painting @ Span #21 SBL (1st coat), and

Painting @ Span #22 SBL (1st coat)

Steel Temp 46°

Humidity - 57%

Dew Point - 53

Air Temp - 41°

Time - 1:30 PM

Press. Film - 4.2 mil

_____
Inspector

Vistors: _____

90