Hugh Thomas (Paint Insp.)
N.B.L

Span 17 - Bottom of lower member of X-Frame #10 needs Final Coat; Also bottom of Lateral X-bracing just below hanger Rod #10.
Bent 18 - Bearing #1 needs Final coat in spots.

Incomplete Report (Inspection covers From Abut 1 to Center of River North Bound Rdwy only

*David Tilly*

Navigation Light @ S.B.L. South Bank has not be Fixed (Head Bust


PLAINTIFF'S EXHIBIT 24

ANITA
Our Reach-all is still not Fixed & the borrowed one had to go back to 2nd Div.

This should be enough work to keep the painters busy until we complete Insp.

Hugh Thomas    Paint Inspection
NBC

Some spots need touch up @ top of bottom flange on Rt sidewalk beam throughout

Span 7 - X-Frame #3 needs spot painted with final coat Rt of I-beam #1
Span 8 & 9 - 2 spots missed @ Bottom flange of I-beam #1 where cable hangers were
Bent 10 - Lower members of X-Frame need paint between I-beams 3 & 4 on Fwd side
Bent 11 - Bearing #2 Rear needs paint
Span 11 - 1 spot not painted on I-beams 1 & 6 where cable hanger were over River Rd.
Span 12 - Approx 5'x5' spot needs final coat Rt of I-beam 3 between X-Frames 3 & 4
Span 14 - 2 Spots not painted on I-beams 1 & 6 where cable hangers were.
Span 15 - 7 spots on I-beams 1 & 6 need paint where cable hangers were.
Bent 15 Fwd Lower angle of all X Frames need paint; Also bottom of I-beam 2 & 3 Fwd + bearings 2, 3 & 5 Fwd.
Bent 17 - Fwd side of Roller Bearing #1 needs Final Coat

Mr. Gary Elliott
Project Engr.

Spans 17, 18, 19

~~Hutch Hanas Bridge Paint Inspection Report~~

Vertical Supports at Bearings have areas of Packed Rust with Areas of No Paint

Lots of Steel Shot Behind splice plates at Top of Bottom Flange and Web, Should be Cleaned out and Painted with Brush.

Gusset Plates have Areas missed Around Bolts, with lots of Steel Shot on Top of Gusset Plate. All Steel at Bearings and Gusset Plates should be Cleaned by hand Tools and Painted.

Lots of Areas of missed Paint on Stringers in Numerous Areas.

TOTAL P.01