IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  No. 2:05-cv-00513-MHT |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF TRANSPORTATION, and | ) |
| JOE MCINNES, | ) |
| | ) |
|    Defendants. | ) |

**MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants, the State of Alabama Department of Transportation and Joe McInnes, by and through their undersigned counsel, and move this Honorable Court for leave to file a response to Plaintiff's Opposition (Doc. No. 27) to their Motion for Summary Judgment (Doc No. 19).

Defendants aver that a response is warranted in order to clarify certain issues presented by Plaintiff Tony Cabbil and to aid this Court in the resolution of the outstanding motions.

Defendants state that the filing of their response will not unduly delay these proceedings.

                                      RESPECTFULLY SUBMITTED

                                      TROY KING (KIN001)
                                      ATTORNEY GENERAL

                                      s/ Andrew W. Redd
                                      Jim R. Ippolito, Jr. (IPP001)
                                      Assistant Attorney General
                                      Chief Counsel
                                      Andrew W. Redd (RED001)
                                      Robert Prescott (PRE020)
                                      Assistant Attorneys General
                                      Assistant Counsel

**ADDRESS OF COUNSEL:**

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:05-cv-00513-MHT |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF TRANSPORTATION, and | ) |
| JOE MCINNES, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Kell Simon, Esq., WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., 301 Nineteenth Street, North, Birmingham, Alabama 35203.

                                                                               s/ Andrew W. Redd
                                                                               Andrew W. Redd (RED001)
                                                                               Assistant Attorney General
                                                                               Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us