IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 2:05-cv-00513-MHT |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF TRANSPORTATION, and | ) |
| JOE MCINNES, | ) |
| | ) |
|    Defendants. | ) |

**SUPPLEMENTAL EVIDENTIARY MATERIALS IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S
RESPONSE TO DEFENDANTS' MOTION**

Defendants State of Alabama Department of Transportation ("ALDOT") and Joe McInnes hereby file the following supplemental evidentiary materials in further support of their Motion for Summary Judgment (Doc. No. 19) and their Response to Plaintiff's Response (Doc. No. 27) in Opposition to Defendants' Motion for Summary Judgment:

    **Affidavit of Joe McInnes**

    **Affidavit of Gary Elliott with attachments**

    **Excerpt of the Deposition of Donna Elliott**

                                      RESPECTFULLY SUBMITTED
                                      TROY KING (KIN001)
                                      ATTORNEY GENERAL

                                      s/ Andrew W. Redd
                                      Jim R. Ippolito, Jr. (IPP001)
                                      Assistant Attorney General
                                      Chief Counsel
                                      Andrew W. Redd (RED001)
                                      Robert Prescott (PRE020)
                                      Assistant Attorneys General
                                      Assistant Counsel

**ADDRESS OF COUNSEL:**

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:05-cv-00513-MHT |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF TRANSPORTATION, and | ) |
| JOE MCINNES, | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following: Kell Simon, Esq., WIGGINS, CHILDS, QUINN & PANTAZIS, P.C., 301 Nineteenth Street, North, Birmingham, Alabama 35203.

                                                          s/ Andrew W. Redd
                                                          Andrew W. Redd (RED001)
                                                          Assistant Attorney General
                                                          Assistant Counsel

**ADDRESS OF COUNSEL:**

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us