IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
|     Plaintiff, | ) |
| v. | ) |
| ALABAMA DEPARTMENT OF TRANSPORTATION and JOE McINNES, etc., | ) CASE NO. 2:05-cv-513-MHT |
|     Defendants. | ) |

### AFFIDAVIT OF JOE McINNES

Before me, the undersigned notary public in and for the State of Alabama at Large, this day personally appeared Joe McInnes, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

"My name is Joe McInnes. I am a resident of the State of Alabama, over the age of nineteen (19) years and have personal knowledge of the facts set forth in the affidavit."

"I am the Director of the Alabama Department of Transportation (ALDOT). I have been the Director since January 20, 2003. As Director, I review termination recommendations for ALDOT and decide what action will be taken."

"On or around April 1, 2004, I received a memorandum from ALDOT's Personnel Bureau regarding the potential termination of the Plaintiff. After reviewing the documents attached with the memorandum, which were filed with the Court on June 12, 2006 as Exhibit J of the evidentiary materials in the Defendants' Motion for Summary Judgment, I determined the Plaintiff's employment with ALDOT be terminated. A pre-termination conference was held on Wednesday, April 14, 2004, before my designee, L. Dee Rowe, Fifth Division Engineer, where the Plaintiff was afforded an opportunity to provide relevant information regarding the proposed termination."

"On or around April 19, 2004, I received a memorandum from L. Dee Rowe, Fifth Division Engineer, recommending termination of the Plaintiff due to his behavior and actions. I reviewed the response and documentation provided by the Plaintiff at his pre-dismissal conference. I verified that ALDOT was in compliance with all state and federal laws, including

1

the <u>Rules of the State Personnel Board</u>, with respect to recommendation for terminating an employee. After my review, I determined that the Plaintiff's proposed termination was due to be affirmed and decided to terminate the Plaintiff's employment with ALDOT. The Plaintiff was notified of my decision on April 22, 2004."

Dated this the 7th day of July 2006.

_____
Joe McInnes
Affiant

Subscribed and sworn to before me this the 7th day of July 2006.

_____
Notary Public
My Commission Expires 9-10-07

2