IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY CABBIL,                              )
                                          )
    Plaintiff,                            )
                                          )
vs.                                       )   Case Number:2-05cv513C
                                          )
STATE OF ALABAMA DEPARTMENT               )
OF TRANSPORTATION AND JOE                 )
MCINNES, ITS DIRECTOR                     )
    Defendants.                           )

## AFFIDAVIT OF GARY ELLIOTT

Before me, the undersigned notary public in and for the State of Alabama at Large, this day personally appeared Gary Elliott, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Gary Elliott. I am currently employed with the Alabama Department of Transportation (ALDOT) in Tuscaloosa, Alabama. I am assigned to the Fifth Division and was so assigned in 2003 and 2004.

On May 11, 2006, I was deposed by Plaintiff's counsel. During the deposition, I was presented with copies of Daily Work Reports (DWRs) for the time period January 15, 2004 through January 27, 2004, the dates for which the Plaintiff was charged with rule violations that resulted in his termination. As noted in my previous affidavit submitted to this Court, I had assigned Ken Edwards, a Transportation Technologist and Chief Inspector on the bridge and other ongoing projects, to train the Plaintiff on his bridge inspection duties. Once trained, the Plaintiff was assigned the responsibility of performing the required inspections. On some of

these DWRs, both the Plaintiff's name and Ken Edward's name appear, specifically, January 15, 22, 26 and 27th. On January 16th only Ken Edward's name appears.(see attached) I was asked why, since his name appeared on several of these reports, Ken Edwards was not terminated or otherwise disciplined for failing to properly inspect the contractor's work. In response, I stated that the Plaintiff was responsible for performing the inspections during the time frame involved, except on January 16th, when Ken Edwards did the inspection because the Plaintiff was not at work. This is supported by the fact that the Plaintiff signed off on the forms on all of the days except January 16th. Further, as Chief Inspector, Ken Edwards was assigned to several other projects during this time period and divided his time among them. I had known Ken Edwards for several years prior to January 2004 and was familiar with his work and performance. I had found Ken Edwards to be reliable and proficient in the performance of his work, so I had no reason to believe that he had not performed a proper inspection on January 16th. As I also stated in my deposition and in my previous affidavit, when I confronted the Plaintiff about the deficiencies in the inspections, he advised me that he not been up in the containment area in a week on the areas then being shot-blasted and painted. This supported my belief that the Plaintiff had not performed the inspections as indicated because a proper inspection could not be performed without going up into the containment area to inspect the work. The plaintiff remained on the project, however, I instructed Ken Edwards to keep close watch on the Plaintiff's inspection work and keep me informed as to the same.

I was also asked at deposition if I had "ever had an engineering assistant working under me fail to perform their job properly in a way that wound up causing work to have to be redone. The only instance that I recalled was with Jeremy Akins. On May 19, 2004 I issued a written warning to Mr. Akins for not reporting to work with the proper equipment to perform

2

compaction readings and for allowing the contractor to place three to four foot layers of fill with limbs and stumps in the road section (see attached). I was aware of only one day when these omissions occurred. I was not aware of the exact cost of redoing the compaction work, however, it is my opinion that the cost was far less that the potential cost for the bridge rework. When I issued the warning to Mr. Akins; he had one prior counseling session. This occurred in August 2002, when he was counseled for backing a vehicle into an open inlet causing only minor damage.

This the 10TH day of July, 2006

_____
Gary Elliott

Subscribed and sworn to before me this the 10th day of July, 2006.

_____
Notary Public

My Commission expires 02/19/08

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 97-305-010-773-204    Day & Date Thursday January 15, 2004
Weather Partly cloudy    Temperature: High 54°    Low 45°
Work Day yes    Time Work Started 7am    Stopped 4pm    Hours Worked 8
Contractor's Forces: Supt. 1    Foreman 1
Operators ___    Laborers: Skilled 2    Unskilled ___    Others 2 Sandbl

Engineering Personnel: Tony Cabbil (8hr) K Edwards (8)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Air Compressors | 1 | 1 | Not Needed |
| 1 Dust Collector | | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint Truck | | 1 | Not Needed |
| 1 Forklift | 1 | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor putting up containment in Span #23, #23H, #24

Contractor cleaning up in Span #25, #25A, #26

Contractor sandblasting in Span #23 SBR

Tony Cabbil
Inspector

Visitors: ___

4

Form BC-101

# INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204             Day & Date Friday January 16 2004
Weather  Fair                              Temperature:  High 59°       Low 36°
Work Day _____   Time Work Started 7:00Am  Stopped 4:30Pm  Hours Worked 9 1/2
Contractor's Forces:  Supt. 1              Foreman 1
Operators _____   Laborers: Skilled 2      Unskilled 2        Others _____

Engineering Personnel: K Edwards (8)

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2-Pickups | 2 | | |
| 1-Mobile Scaffle | 1 | | |
| 2-Air Compressors | 1 | 1 | Not Needed |
| 1-Dust Collector | 1 | | |
| 1-Vacuum | 1 | | |
| 1-Recycler | 1 | | |
| 1-Paint Truck | 1 | | |

## DETAILS OF DAILY OPERATIONS

P & H Stucco & Construction Inc:

Contractor Blasting @ Span # 23 NBL & Span # 23 SBL & 23A SB

Contractor Painting @ Span # 23 NBL & Span # 23 SBL & 23A SBL
                        (1st coat)      (1st coat)      (1st coat)

Steel Temp - 55°

Rel. Humidity - 66%

Dew Point - 47°

Amb Temp (Air) - 58°

Presso Film - 3.4 mils

Time 1:00pm

_____
Inspector

Vistors: _____

5

Form BC-104

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Tuesday January 20, 2004
Weather Clear    Temperature: High 45°    Low 27°
Work Day yes    Time Work Started 7 am    Stopped 4 pm    Hours Worked 8 hrs.
Contractor's Forces: Supt. 1    Foreman 1
Operators ___    Laborers: Skilled 3    Unskilled ___    Others 3 Painters

Engineering Personnel: Tony Cabbil - (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor sandblasting Span #23 NBR

Contractor sandblasting and painting 1st Coat in Span #23A

NBR SBR and #23 NBR and SBR completed

Air Temp 40°

Humidity 52%

Dew Point 26°

Temp of Steel 40°

Presso film: 4.5 mils

Depression 6.0

_Tony Cabbil_
Inspector

Visitors: ___

6

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-305-010-173-204  Day & Date Wednesday January 21, 2004
Weather Partly cloudy  Temperature: High 50°  Low 24°
Work Day yes  Time Work Started 7AM  Stopped 4pm  Hours Worked 8
Contractor's Forces: Supt. 1  Foreman 1
Operators ___  Laborers: Skilled 1  Unskilled ___  Others 3 Sandblaster

Engineering Personnel: Tony Cabbil (8hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc.

Contractor cleaning up from under Spans #23 and #23A

Contractor closed Road at 9:30 A.m. Barricades on both sides of bridge.

Contractor moved containment to Span #24

Tony Cabbil
Inspector

Visitors: ___

7

Form BC-101

## INSPECTOR'S DAILY REPORT

Project No. 99-203-010-773-204  Day & Date Thursday, January xx, xx
Weather Clear  Temperature: High 55°  Low 26
Work Day Yes  Time Work Started 7AM  Stopped 4pm  Hours Worked 8
Contractor's Forces: Supt. 1  Foreman 1
Operators ___  Laborers: Skilled 1  Unskilled ___  Others 3 Sandblast

Engineering Personnel: Tony Cobbil (8hrs.)  K. Edwards (8 hrs.)

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Saffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | 1 | | |
| 1 Paint Truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P&H Const. Co. Inc.

Contractor began sandblasting in Span #24 SBR

Tony Cobbil
Inspector

Visitors: ___

8

Form 8BE-10

# INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204    Day & Date Friday January 23, 2004
Weather clear    Temperature:  High 49°    Low 29°
Work Day yes    Time Work Started 7 Am    Stopped 4 pm    Hours Worked 8
Contractor's Forces:  Supt. 1    Foreman 1
Operators _____ Laborers:  Skilled ___    Unskilled _____    Others 3 sandblast

Engineering Personnel: Tony Cobbil (8 hrs.)

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Recycler | | | |
| 1 Vacuum | | | |
| 1 Dust Collector | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

## DETAILS OF DAILY OPERATIONS

P & H Const. Co. Inc

Contractor continuing to Sandblast in Span #24 SBR and began sandblasting Span #24 NBR

_____
Tony Cobbil
Inspector

Visitors: _____

9

Form BC-200

### INSPECTOR'S DAILY REPORT

Project No. 99-305-010-713-204    Day & Date Saturday January 24, 2004
Weather Cloudy    Temperature: High 60°    Low 36°
Work Day yes    Time Work Started 7Am    Stopped 4pm    Hours Worked 8
Contractor's Forces: Supt. 1    Foreman 1
Operators ___    Laborers: Skilled 1    Unskilled ___    Others 3 Painters

Engineering Personnel: Tony Cabbil (8 hrs.)

#### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 1 Mobile Scaffle | 1 | | |
| 2 Compressors | | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

#### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor blowing SBR of Span #24

Contractor painting SBR of Span #24 1st coat also painted about half of the NBR Span #24

Air Temp 46°

Humidity 58%

Dew Point 32°

Steel Temp. 44°

Presso film 4.5 mils

Depression 6.0

Time: 8:45 Am

Tony Cabbil
Inspector

Visitors: ___

10

## INSPECTOR'S DAILY REPORT

Project No. 99-205-010-173-204     Day & Date Monday January 26, 2004
Weather Partly cloudy     Temperature: High 68°   Low 54°
Work Day yes     Time Work Started 7 Am   Stopped 4 pm   Hours Worked 8
Contractor's Forces:  Supt. 1     Foreman 1
Operators ___   Laborers: Skilled 1   Unskilled ___   Others 3 painters/sand

Engineering Personnel: Tony Cabbil (8 hrs.) K. Edwards (9) hrs.

### Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 2 | | |
| 1 Mobile Scaffles | 1 | | |
| 1 Dust Collector | 1 | | |
| 1 Vacuum | 1 | | |
| 1 Recycler | 1 | | |
| 1 Paint truck | | 1 | Not Needed |

### DETAILS OF DAILY OPERATIONS

P & H Const. Co.

Contractor sandblasting the remainding half of Span #24 NBR. Contractor painted remainding half of Span #24 N1 1st coat.

Air Temp 60°

Humidity 68%

Dew point 49°

Steel Temp 59°

Depression 6.0

Presso film 4.0

Time: 12:45 p.m

Tony Cabbil
Inspector

Vistors: ___

11

# INSPECTOR'S DAILY REPORT

Project No. 99-205-010-773-204  Day & Date Tuesday January 27, 2004
Weather Partly cloudy  Temperature: High 42°  Low 34°
Work Day ___  Time Work Started 7am  Stopped 4pm  Hours Worked 8
Contractor's Forces: Supt. 1  Foreman 1
Operators ___  Laborers: Skilled ___  Unskilled ___  Others ___

Engineering Personnel: Tony Cabbil (8 hrs.)  K. Edwards (8 hrs.)

## Contractor's Equipment On Project

| Number & Type | Operating | Not Oper. | Reason Not Operating |
|---|---|---|---|
| 2 Pickup Trucks | 2 | | |
| 2 Compressors | 1 | 1 | Not Needed |
| 1 Mobile Scaffle | 1 | | |
| 1 Vacuum | | 1 | Not Needed |
| 1 Dust Collector | | 1 | Not Needed |
| 1 Recycler | | 1 | Not Needed |
| 1 Paint truck | | 1 | Not Needed |

## DETAILS OF DAILY OPERATIONS

P&H Const. Co.

Contractor blowing down beams in Span #24 NBR and SBR

Removing containment from same above area.

Contractor Open the road at 10:35 Am

Contractor put canvas in Span #19 NBR and SBR covering chain link fence.

Tony Cabbil
Inspector

12

Visitors: ___



# ALABAMA
## Department of Transportation

FIFTH DIVISION, DISTRICT TWO
OFFICE OF DISTRICT ENGINEER
POST OFFICE BOX 70505
TUSCALOOSA, ALABAMA 35407
Telephone: (205) 553-7030
FAX: (205) 556-5933

DEPARTMENT OF TRANSPORTATION
BOB RILEY
GOVERNOR

JOE McINNES
TRANSPORTATION
DIRECTOR

May 19, 2004

# WARNING

TO:     Jeremy Akins
        Engineering Assistant

FROM:   Gary Elliott
        Project Engineer

RE:     Warning

**Warning:**

Mr. Akins, Engineering Assistant, on Friday, May 14, 2004, is in violation of ALDOT General Work Rules while assigned to project ST-063-888-029, East Perimeter Road, performing compaction reading on a fill located between Station 70+00 to Station 75+00. Mr. Akins, on this date, reported to the project without the proper equipment to perform and maintain ALDOT specifications and according to the plans. Mr. Akins was also allowing the contractor to place three to four foot layers of fill, with limbs and stumps, in this section of the roadway.

**General Work Rules:**

670-X-19.01 (1-d) Inattention to job, and
670-X-19.01 (1-e) Failure to perform job properly.

**Correction:**

Mr. Akins will improve his ability to perform his job according to the plans and specification by reporting to the project with the proper equipment.

**Next Step Taken:**

If Mr. Akins continues along this same behavior, the next step that will be taken is a REPRIMAND.

**Definitions:**

Warning – a step of discipline that requires that the employee should be told the problem, what to do to correct the problem and what will occur if the problem continues.

Reprimand – is a written document documenting the employee performance concerning work habits or poor work performance, and will be attached to the employee's Employee Performance Appraisal. In addition, one or more reprimands results in 7 points being deducted in the "Disciplinary Score" section.

*Jeremy Akins*
Jeremy Akins
Engineering Assistant

*Gary Elliott*
Gary Elliott
Project Engineer

13