# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | )    **CIVIL ACTION NUMBER:** |
| | )    **2:05-cv-513-T** |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF TRANSPORTATION, et al. | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now, Russell W. Adams, Jr., of the law firm Wiggins, Childs, Quinn & Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203, and hereby appears as additional counsel for Plaintiff in the above-styled case.

                                                Respectfully submitted,

                                                s/Russell W. Adams
                                                Russell W. Adams (ASB-3760-A62R)
                                                Kell A. Simon (ASB-0214-O77K)

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                                            s/ Russell W. Adams
                                            Counsel for the Plaintiff