IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, )<br>)<br>  Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION, et al. )<br>)<br>  Defendants. ) | CIVIL ACTION NUMBER:<br>2:05-cv-513-T |

## MOTION TO WITHDRAW

Kell A. Simon of Wiggins, Childs, Quinn & Pantazis moves the Court for permission to withdraw as counsel for Plaintiff in this case. As grounds for this Motion, movant states as follows:

Kell Simon is moving to another city and will no longer be working for Wiggins, Childs, Quinn & Pantazis after June 30, 2006. Rusty Adams of the Wiggins, Childs firm has filed a notice of appearance in this case and will continue to represent Mr. Cabbil. No party will be prejudiced in any way by the withdrawal of Kell Simon as counsel for Plaintiff.

Respectfully submitted,

  s/ Kell A. Simon
Kell A. Simon
Alabama State Bar No. SIM-061


OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS
301 19th Street North

Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                                                                             s/ Kell A. Simon
                                                                             Counsel for the Plaintiff