IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY CABBIL,                          )
                                      )
    Plaintiff,                        )
                                      )
                                      )    CIVIL ACTION NO.
    v.                                )      2:05cv513-MHT
                                      )
STATE OF ALABAMA DEPARTMENT           )
OF TRANSPORTATION and                 )
JOE MCINNES in his official           )
capacity as Director of the           )
State of Alabama Department           )
of Transportation,                    )
                                      )
    Defendants.                       )
```

ORDER

It is ORDERED that the motion to withdraw (doc. no. 33) is granted.

DONE, this the 26th day of July, 2006.

                                                  /s/ Myron H. Thompson  
                                                 UNITED STATES DISTRICT JUDGE