IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL,                              )<br>                                           )<br>    Plaintiff,                          )<br>                                           )<br>    v.                                     )<br>                                           )<br>STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION and          )<br>JOE MCINNES in his official   )<br>capacity as Director of the  )<br>State of Alabama Department  )<br>of Transportation,              )<br>                                           )<br>    Defendants.                       ) | CIVIL ACTION NO.<br>2:05cv513-MHT |

ORDER

It is ORDERED as follows:

(1) The motion for leave to file response (doc. no. 29) is granted.

(2) Plaintiff is allowed 14 days from the date of this order to file a further response if he so desires.

DONE, this the 28th day of July, 2006.

                                       /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE