# IN THE DISTRICT COURT OF THE UNTIED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05cv513-T |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF ) | |
| TRANSPORTATION, JOE MCINNES, ) | |
| in his official capacity as ) | |
| Director of the State of ) | |
| Alabama Department of ) | JURY DEMAND |
| Transportation; ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

The Plaintiffs and the Defendants, by and through their undersigned counsel, respectfully request that this Court extend the deadlines in the Court's Uniform Scheduling Order (Doc. no. 13) as follows:

- The current deadline for objections to deposition designations and exhibits is Friday, September 15, 2006. We request that this deadline be moved one week so that objections to deposition designations and exhibits will be due on Friday, September 22, 2006.

- The current deadline for submitting voir dire questions, motions in limine and jury instructions is Monday, September 18, 2006. We request that this deadline be moved one week so that voir dire questions, motions in limine and jury instructions are due

on Monday, September 25, 2006.

As reasons for the extensions, we state as follows:

1.    Plaintiff's attorney Russell W. Adams is currently in trial this week in the case *Roslyn Cook-Deyampert and Geneva Brown v. Alabama Department of Transportation, et al.* Case No. 03-C-3132-W in the Northern District of Alabama, Western Division being held in Tuscaloosa. Trial preparation and participation in the trial of this case has taken up his time both this week and the week before this one.

2.    Plaintiff's attorney Russell W. Adams will participate in a Phase I class certification trial in the case *Greg Allen, et al. v. International Truck & Engine Corp. f/k/a Navistar International Corp.,* Case No. IP 02 C 0902 beginning on September 18, 2006, in Indianapolis, Indiana.

3.    Defendant Alabama Department of Transportation does not oppose the Plaintiff's request for extensions of time, as stated above, and joins in this motion.

For the reasons stated, the undersigned attorneys respectfully request the extension of pre-trial deadlines as stated.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams, ASB-3760-A62R
Attorney for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN & PANTAZIS
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 458-1259 (facsimile)

                <u>   s/ Andrew W. Redd</u>
                Andrew W. Redd, (RED001)
                Attorney for Defendants

**OF COUNSEL:**
ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350
(334) 264-4359 (facsimile)