IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY CABBIL,                          )
                                      )
    Plaintiff,                        )
                                      )      CIVIL ACTION NO.
    v.                                )       2:05cv513-MHT
                                      )
STATE OF ALABAMA DEPARTMENT           )
OF TRANSPORTATION and                 )
JOE MCINNES in his official           )
capacity as Director of the           )
State of Alabama Department           )
of Transportation,                    )
                                      )
    Defendants.                       )
```

ORDER

It is ORDERED that the joint motion for extension of time (Doc. No. 37) is granted.

DONE, this the 14th day of September, 2006.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**