IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY CABBIL,                       )
                                   )
    Plaintiff,                     )
                                   )        CIVIL ACTION NO.
    v.                             )         2:05cv513-MHT
                                   )
STATE OF ALABAMA DEPARTMENT        )
OF TRANSPORTATION and              )
JOE MCINNES in his official        )
capacity as Director of the        )
State of Alabama Department        )
of Transportation,                 )
                                   )
    Defendants.                    )
```

ORDER

It is ORDERED that the defendants' motion for summary judgment (Doc. No. 19) is denied.

DONE, this the 15th day of September, 2006.


　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE