IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   CASE NO. 2:05-cv-513-MHT |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION and JOE McINNES, | ) |
| | ) |
|     Defendants. | ) |

## MOTION IN LIMINE

Come now the Defendants, by and through undersigned counsel, and file this Motion in Limine, stating further as follows:

1. Defendants move this Court to restrict the introduction of any comparators in the presentation of Plaintiff's Title VII and Section 1981 claims to those comparators who have been identified through Plaintiff's deposition and his Motion in Response to Defendants' Motion for Summary Judgment (Doc. No. 27). Specifically, Plaintiff has identified only Ken Edwards and Jeremy Akins and should be limited to those persons as comparators.

2. Defendants move this Court to prohibit Plaintiff or his counsel from the introduction of orders and opinions issued in the *Reynolds* litigation. Defendants further move this Court to prohibit Plaintiff or his counsel from seeking to introducing or eliciting, through witness testimony, either directly or indirectly, facts and other matters involving the *Reynolds* litigation. Orders and opinions issued in *Reynolds* are not relevant to this litigation, are highly prejudicial, and are likely to result in bias against the Defendants. This case should stand or fail on its own merit.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Andrew W. Redd.
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel
Andrew W. Redd (RED001)
George Robert Prescott, Jr. (PRE020)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

2

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:05-cv-513-MHT |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION and JOE McINNES, | ) |
| | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on **September 25, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
Attorneys at Law
301 Nineteenth Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

    s/ Andrew W. Redd.
    Andrew W. Redd. (RED001)
    Assistant Attorney General
    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us

3