**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:05-cv-00513-MHT |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, and JOE MCINNES, | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANTS' REQUESTED VOIR DIRE

Defendants Alabama Department of Transportation and Joe McInnes respectfully requests the following requested voir dire:

1. Is any member of the jury venire related to, by blood or marriage, or know of, or has any member of the jury venire known or ever heard of the plaintiff in this case, Tony Cabbil?

2. Is there any member of the jury venire who has a negative impression of the Alabama Department of Transportation?

3. Would this impression cause you to be unable to return a verdict for the Department of Transportation if it was justified based on the evidence and the law?

4. Is there any member of the jury venire or their immediate family who has ever served as a juror in a civil or criminal case?

5. If so, do you recall the type of case and the outcome of the case?

6. Is there any member of the jury venire or their immediate family who has been a party or a witness in a civil or criminal case?

7. If so, do you recall your involvement in the case, the type of case and the outcome of the case?

8. Has any member of the jury venire or their immediate family ever worked for the Alabama Department of Transportation?

9. If so, please explain.

10. Does anyone on the jury venire know any other member of the jury venire? If so, how?

11. Have you or anyone in your family been fired or terminated from a job?

12. Have you or anyone in your family ever been employed as a permanent merit system employee of the State of Alabama Department of Transportation?

13. If you are no longer in this merit system position, why did you leave employment with the State?

14. Have you or anyone in your family ever been employed as a contract employee with any state department or agency? If so, when and with which agency, and in what type of position?

15. Have you or anyone in your family ever been involved in any altercation, either verbal or physical, with a co-employee either on the job or on your private time off duty?

16. Have you or anyone in your family ever filed a discrimination lawsuit against a former employer or current employer? If so, what kind, how many and against how many employers?

17. Have you or anyone in your family ever resigned from a job? If so, when, from what job and for what reason?

18. Do you or any of your relatives, friends or acquaintances have an active complaint, or have you had a complaint in the past, against the State of Alabama of any form or type? If so, what type of claim, what was the date of the claim, and how was it resolved?

2

19. Do you or any of your relatives, friends or acquaintances have an active complaint against the Alabama Department of Transportation? If so, what type of claim, date of claim, and how was it resolved?

20. Have you or any of your relatives, friends, or acquaintances had any past complaints or lawsuits of any kind against the Alabama Department of Transportation?

21. Have you been unemployed, voluntarily or involuntarily, since your 19th birthday? If so, please describe.

22. Have you or anyone in your family ever had experience with someone who threatened or intimidated other individuals, either at the work place or off the job?

23. Have you or anyone in your immediate family ever been threatened with a lawsuit?

24. Have you or anyone in your family or any of your friends ever been involved in any project of the Alabama Department of Transportation, including but not limited to petitioning for the development of a road, replacement of a bridge, had property condemned, closed a road, sought a highway resurfacing project or anything else directly or remotely related to a decision being made by the Director of the Department of Transportation which may have affected your property, personal possessions, or business?

25. Have you or anyone in your family been a victim of discrimination?

26. Have you or anyone in your family had any insurance settlement? If so, what type, how many, and when?

27. Have you or anyone in your family ever filed a complaint with the Equal Employment Opportunity Commission (EEOC)? If so, what was the basis of your complaint and what was the outcome of the EEOC investigation?

28.     Do you know the Plaintiff's attorney, Rusty Adams, or members of the law firm with whom he works, Wiggins, Childs, Quinn & Pantazis, P.C., a Birmingham law firm?  If so, how do you know him or the firm member?

29.     Has anyone in your family ever been represented by the Plaintiff's attorney, Rusty Adams, or members of the law firm with whom he works, Wiggins, Childs, Quinn & Pantazis, P.C., a Birmingham law firm?  If so, what was the nature of the representation?

30.     Are you or anyone in your family a member or former member of a labor union? If so, please state the name of such organization and any position that you hold or may have held or that your family member holds or may have held with the organization.

31.     Are you or anyone in your family a member or former member of any civil rights organization?  If so, please state the name of such organization and any position that you hold or may have held or that your family member holds or may have held with the organization.

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        s/ Andrew W. Redd
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Andrew W. Redd (RED001)
        Robert Prescott (PRE020)
        Assistant Attorneys General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:05-cv-00513-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION, and JOE MCINNES, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 25, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Russell W. Adams Esq.,
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
301 Nineteenth Street, North,
Birmingham, Alabama  35203.

s/ Andrew W. Redd
Andrew W. Redd (RED001)
George Robert Prescott, Jr. (PRE020)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

5