**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TONY CABBIL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **CASE NO. 2:05-cv-513-MHT** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION and JOE McINNES,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS**

COME NOW Defendants, the State of Alabama Department of Transportation and Joe McInnes, by and through their undersigned counsel, and file their objections to the exhibits listed by Plaintiff Tony Cabbil as follows:

1.      Exhibit One:  Defendants object to the introduction, *in toto*, of this exhibit to the extent that the exhibit contains testimony or exhibits objected to at the time of the deposition and preserved for objection at trial.  Defendants further object to Plaintiff's Exhibit 7 to this deposition, a self-serving written note purportedly made by Plaintiff at the time of the activity.  Such is inadmissible hearsay, and Plaintiff has the opportunity to testify to the matters contained therein in court, under oath.

2.      Exhibit Two:  Defendants object to the introduction, *in toto*, of this exhibit to the extent that the exhibit contains testimony or exhibits objected to at the time of the deposition and preserved for objection at trial.  Defendants further object to Plaintiff's Exhibit 7 to this deposition, a self-serving written note purportedly made by Plaintiff at the time of the activity.  Such is inadmissible hearsay, and Plaintiff has the opportunity to testify to the matters contained therein in court, under oath.

3.      Exhibit Three:  Defendants object to the introduction, *in toto,* of this exhibit to the extent that the exhibit contains testimony or exhibits objected to at the time of the deposition and preserved for objection at trial.  Defendants further object to Plaintiff's Exhibit 7 to this deposition, a self-serving written note purportedly made by the Plaintiff at the time of the activity.  Such is inadmissible hearsay, and Plaintiff has the opportunity to testify to the matters contained therein in court, under oath.

4.      Exhibit Four:  Defendants object to the introduction, *in toto*, of this exhibit to the extent that the exhibit contains testimony or exhibits objected to at the time of the deposition and preserved for objection at trial.  Defendants further object to Plaintiff's Exhibit 7 to this deposition, a self-serving written note purportedly made by the Plaintiff at the time of the activity.  Such is inadmissible hearsay, and Plaintiff has the opportunity to testify to the matters contained therein in court, under oath.

5.      Exhibit Five:  Defendants object to the introduction, *in toto,* of this exhibit to the extent that the exhibit contains testimony or exhibits objections to at the time of the deposition and preserved for objection at trial.  Defendants further object to Plaintiff' Exhibit 7 to this deposition, a self-serving written not purportedly made by the Plaintiff at the time of the activity. Such is inadmissible hearsay, and Plaintiff has the opportunity to testify to the matters contained therein in court, under oath.

6.      Exhibit Six:  Defendants object to the introduction, *in toto*, of this exhibit to the extent that the exhibit contains testimony or exhibits objected to at the time of the deposition and preserved for objection at trial, or otherwise objectionable.  Defendants further object to Plaintiff's Exhibit 7 to this deposition, a self-serving written note, purportedly made by the

2

Plaintiff at the time of the activity.  Such is inadmissible hearsay, and Plaintiff has the opportunity to testify to such matters therein in court, under oath.

      7.     Exhibit Twelve:  Defendants object to this exhibit, which is the Exhibit 7 to depositions stated above in objections One through Six, for the reasons stated above.

      8.     Exhibit Thirty-One: Defendants object to this exhibit as there was no Exhibit 24 to Nicky Calhoun's deposition.

      9.     Exhibit Forty-five: Defendants object to the introduction of Orders and Opinions entered by the Court in *Reynolds v. Alabama Department of Transportation* CV-85 T-665 N. Orders and opinions entered in *Reynolds* are not relevant to the facts of this case and the introduction of such orders and opinions, though not probative of this matter, would be highly prejudicial to the Defendants in this matter.

                    RESPECTFULLY SUBMITTED
                    TROY KING
                    ATTORNEY GENERAL

                    s/ Andrew W. Redd.
                    Jim R. Ippolito, Jr. (IPP001)
                    Assistant Attorney General
                    Chief Counsel
                    Andrew W. Redd (RED001)
                    George Robert Prescott, Jr. (PRE020)
                    Assistant Attorney General
                    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TONY CABBIL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **CASE NO. 2:05-cv-513-MHT** |
| **ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION and JOE McINNES,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on **September 25, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

s/ Andrew W. Redd.
Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us

4