# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION and JOE ) | |
| MCINNES, in his official capacity as ) | |
| Director of the State of ) | |
| Alabama Department of ) | |
| Transportation; ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S VOIR DIRE QUESTION'S

1. Do any of you know the plaintiff in this case: **Tony Cabill**

2. Do any of you know the individual defendants in this case: **Joe McInnes.**

3. Do any of you know any of the following people who may be witnesses in this case:

    **L. Dee Rowe**

    **Nicky Calhoun**

    **Lewis Rager**

    **Donna Elliott**

    **Gary Elliott**

    **Ron Green**

    **Sandi Dietz**

    **Ken Edwards**

       **Anita Box**

       **Michael Smelley**

       **Derek Tilley**

       **Robert Stringfellow**

       **Hugh Blanton**

       **Cynthia Kemp**

       **Vivian Handy**

4. Do any of you know any employees of the **Alabama Department of Transportation**?

5. Have any of you, or any member of your family, ever been an employee of the **Alabama Department of Transportation**?

6. Have any of you, or any member of your family, ever been an employee of the State of Alabama or any of its agencies?

7. Have any of you ever had a position with a company which gave you the authority to hire, promote/reclassify, suspend, terminate or make other personnel decisions?

8. Have any of you ever owned your own business?

9. Have any of you ever operated a business for someone else?

10. Have any of you ever held a position in management for any company?

11. Have any of you ever worked for a personnel department of any company?

12. Have you ever resigned from a job?

13. Have you ever been terminated or laid off from a job?

14. Have you ever been suspended from a job?

15. Are there any organizations (other than religious) in which you or your spouse are

due paying members?

16. Does anyone believe that racial discrimination laws or racial discrimination claims are untrue or blown out of proportion?

17. Does anyone think that the lawmakers have gone too far in making laws to regulate how people are treated at work based on their race?

18. Does anyone here have feelings or thoughts against giving people financial compensation for injuries that they suffered?

19. Does anyone here have feelings or thoughts against giving people financial compensation for emotional and psychological trauma they have suffered?

20. Is there anyone here who, if the evidence so warrants, will have difficulty awarding money damages against the State of Alabama or the Alabama Department of Transportation?

21. Have any of you ever been represented by attorneys Andrew Redd, Jim Ippolito, Harry Lyles or Robert Prescott?

22. Have you personally met the lawyers for the defendants or anyone else you may believe may be associated with their office?

23. Is there anyone here who for any reason (religious, philosophical, etc.) does not feel that he or she can sit and decide or "judge," this case without prejudice toward the plaintiff or her attorneys?

24. Have any of you ever been involved in a charge of discrimination that was made at your place of employment or filed against your employer with the Equal Employment Opportunity Commission?

25. Have any of you ever been accused of discrimination or harassment against an

           employee at your place of work under any circumstances?

26. Is there anyone here who believes he or she will feel uncomfortable sitting on this case because it is a racial discrimination and retaliation case?

27. Have you or any member of your family ever been a defendant in a lawsuit, if so, what was the outcome of the case?

28. Does anyone here have feelings or thoughts against giving people financial compensation in order to punish an employer for unlawful actions?

29. Have you or any of your close friends or family ever responded to a Charge of Discrimination or provided an agency with information in connection with a Charge?

30. To each individual juror: What are the two most important issues to you in your life?

31. To each individual juror: What are the two most serious problems facing our society today?

32. Do you believe that Congress has gone too far in protecting individuals at work for opposing racial discrimination or harassment?

                                                          Respectfully submitted,

                                                          s/ Russell W. Adams
                                                          Russell W. Adams
                                                          Counsel for Plaintiff
                                                          Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Robert Prescott
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                                                s/ Russell W. Adams
                                                Counsel for Plaintiff