# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION and JOE ) | |
| McINNES, in his official capacity as ) | |
| Director of the State of Alabama ) | |
| Department of Transportation, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS'
## INITIAL DISCLOSURES

1. The following individuals are believed to have discoverable, non-privileged personal knowledge of facts in this case:

   Dee Rowe, Division Engineer

   Nicky Calhoun, Assistant Division Engineer, Pre-Construction

   Rob Stringfellow, SiteManager Coordinator

   Gary Elliot, Project Operations Engineer

   Lewis Rager, Plans & Design Engineer

   Derek Tilley, Bridge Inspector

   Kenneth Edwards, Civil Engineer Project Inspector

   Donna Elliot, Project Engineer

All of the above-named individuals are employed at:
Alabama Department of Transportation
Fifth Division Office
2715 East Skyland Blvd.
Tuscaloosa, Alabama 35407

Ron Green, Chief, Personnel Bureau
Alabama Department of Transportation
1409 Coliseum Blvd.
Montgomery, Alabama 36130

Sandi Dietz, Investigator
Human Resources Bureau
Alabama Department of Transportation
1409 Coliseum Blvd.
Montgomery, Alabama 36130

The above-listed individuals are aware of the circumstances of the Plaintiff's work history, work performance and termination. The above-listed individuals are aware that the Plaintiff has not been discriminated or retaliated against.

Rochelle Charlie, Office Manager
Alabama Department of Transportation
Fifth Division Office
2715 East Skyland Blvd.
Tuscaloosa, Alabama 35407

The above-listed individual is the Office Manager for ALDOT's Fifth Division Office and is the custodian of personnel records for employees assigned to the Fifth Division.

Talbert Essary, Assistant Construction Engineer
Alabama Department of Transportation
Fifth Division Office
2715 East Skyland Blvd.
Tuscaloosa, Alabama 35407

The above-listed individual has knowledge concerning the Plaintiff's work performance during the period of time that he supervised the Plaintiff.

Anita Box, Project Engineer
Alabama Department of Transportation
Fifth Division Office
2715 East Skyland Blvd.
Tuscaloosa, Alabama 35407

The above-listed individual has knowledge concerning the Plaintiff's use of the ladies' restroom.

Nell Clemmons, Engineering Assistant
Alabama Department of Transportation
Fifth Division Office
2715 East Skyland Blvd.
Tuscaloosa, Alabama 35407

Michael Smelly, Engineering Assistant
Alabama Department of Transportation
Fifth Division Office
2715 East Skyland Blvd.
Tuscaloosa, Alabama 35407

The above-listed individuals have knowledge concerning the Plaintiff's work performance and ability to interact with co-workers.

Ken Fretwell
EarthTech
3535 Grandview Parkway
Suite 325 Birmingham, AL  35243

Eddie McCrory
EarthTech
3535 Grandview Parkway
Suite 325 Birmingham, AL  35243

The above-listed individuals have knowledge concerning the Plaintiff's work performance and ability to interact with others.

This list may be supplemented upon the discovery of other individuals who may have knowledge of the facts upon which the Plaintiff's complaint is based.

2. Defendants will make available to the Plaintiff for inspection all additional relevant, material, discoverable, non-privileged documents, data, compilations, and tangible things in its possession with respect to the factual issues in this case at a mutually agreed upon time.

3

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

JIM R. IPPOLITO, JR.
Assistant Attorney General
Chief Counsel
STACEY S. HOUSTON
Assistant Attorney General
Assistant Counsel

ADDRESS OF COUNSEL:

State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
houstons@dot.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that this 19th day of September 2005, the foregoing was served on counsel of record by placing a copy of same in the United States Mail, postage prepaid and addressed as follows:

Mr. Kell Simon, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS
301 Nineteenth Street North
Birmingham, AL 35203

Stacey S. Houston

4