IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv513-MHT |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION and ) | |
| JOE MCINNES in his official ) | |
| capacity as Director of the ) | |
| State of Alabama Department ) | |
| of Transportation, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motions in limine (Doc. Nos. 41 & 50) and objections (Doc. Nos. 44 & 51-53) are set for submission, without oral argument, on September 29, 2006, with all briefs due by said date.

DONE, this the 26th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE