# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TONY CABBIL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 2:05-cv-513-T |
| | ) |
| **STATE OF ALABAMA DEPARTMENT** | ) |
| **OF TRANSPORTATION and JOE** | ) |
| **McINNES, in his official capacity as** | ) |
| **Director of the State of** | ) |
| **Alabama Department of** | ) |
| **Transportation;** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S UNOPPOSED MOTION TO AMEND PRETRIAL ORDER AND ADD TRIAL COUNSEL

**COMES NOW** the plaintiff in the above-styled cause and respectfully moves this Honorable Court to allow for amendment of the Pretrial Order in this matter to designate additional trial counsel. In support whereof, the plaintiff submits the following:

1. The above styled cause is presently set for the trial docket beginning Monday, October 2, 2006.

2. Presently, the plaintiff's designated trial counsel is Rusty Adams, as set forth in the Pretrial Order. Previously, the plaintiff was represented by Kell Simon until Mr. Simon's July 2006 withdrawal from this matter. Mr. Adams then appeared as counsel.

3. Over the past four weeks, Rusty Adams has been involved in preparation for and the trial of two (2) separate matters: Roslyn Cook-Deyampert and Geneva Brown v.

<u>Alabama Department of Transportation, et al.</u>, (Case No. 03-C-3132-W; Northern District of Alabama, Western Division); and <u>Greg Allen, et al. v. International Truck & Engine Corp. f/k/a Navistar International Corp.</u>, (Case No. IP 02 C 0902; Indianapolis, Indiana), a class action hostile environment case.

4. As such, the plaintiff now seeks to add as trial counsel in this matter Temple D. Trueblood, or another attorney[1], from the firm of Wiggins, Childs, Quinn and Pantazis, L.L.C., and to amend the Pretrial Order to reflect this addition.

5. Counsel for the plaintiff has discussed the addition of trial counsel with counsel for the defendant and the defendant does not oppose same.

WHEREFORE, PREMISES CONSIDERED, the plaintiff respectfully asks the Court to grant his Motion.

Respectfully submitted,

s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff
Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

---

[1] This precautionary anticipation of using other counsel is solely dependent upon the order of the present matter in the trial docket in correlation with Ms. Trueblood's availability.

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 27th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Robert Prescott
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

               s/ Russell W. Adams
               Counsel for Plaintiff