IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY CABBIL,                        )
                                    )
    Plaintiff,                      )
                                    )
                                    )    CIVIL ACTION NO.
    v.                              )      2:05cv513-MHT
                                    )
STATE OF ALABAMA DEPARTMENT         )
OF TRANSPORTATION and               )
JOE MCINNES in his official         )
capacity as Director of the         )
State of Alabama Department         )
of Transportation,                  )
                                    )
    Defendants.                     )
```

ORDER

It is ORDERED that the motion to amend pretrial order and add trial counsel (Doc. No. 56) is granted.

DONE, this the 28th day of September, 2006.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**