IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:05-cv-513-MHT |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION and JOE McINNES, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS
TO DEFENDANTS' WITNESS LIST**

COME NOW Defendants, the Alabama Department of Transportation and Joe McInnes, by and through their undersigned counsel, and respond as follows to Plaintiff's Objections to Defendants' Witness List (Doc No. 52):

1.   Witness No.10, Anita Box

**RESPONSE:  Anita Box's statement, included in the Notice of Proposed Termination and Pre-termination Conference, was one of the many problems and issues with Plaintiff that were considered by D. Rowe, Nicky Calhoun, and the Director in the decision to terminate.  Plaintiff offered rebuttal to this allegation at his pre-termination conference.  Ms. Box's testimony is relevant as a part of Plaintiff's on-the-job conduct.**

**It is anticipated that Plaintiff will offer or elicit testimony concerning former employee Jeremy Akins, whom Plaintiff claims as a comparator.  Ms. Box was Akins' supervisor at the time of his termination and will offer testimony as to the facts surrounding that termination.  This testimony is relevant to show that Akins was not given any preferential treatment.**

    2.    Witness No.11, Michael Smelley

**RESPONSE: Plaintiff testified in deposition that Michael Smelley was the only co-worker with whom he had any significant problems:**

> Q    What is the first thing you remember being a problem with Donna Elliott?
>
> A    I went to her with a concern or issue concerning a coworker.
>
> Q    Is that going to be Mr. Smelley?
>
> A    Yes, sir.

**(Cabbil deposition at 38, lines 17-22.)**

> Q    And can you tell me which coworkers you did not get along with?
>
> A    Michael Smelley.

**(Cabbil deposition at 46, lines 20-22.)**

> Q    But what you've told me, basically, is about Michael Smelley and your complaints about him.
>
> A    Michael Smelley is the center of the whole—the way the whole issue got started.

**(Cabbil deposition at 119, lines 2-5.)**

**Plaintiff's confrontation with Smelley was the basis for Plaintiff's claims. When Donna Elliott was advised, by Smelley, that Plaintiff had verbally confronted him, Donna Elliott discussed the matter with Plaintiff. Donna Elliott's alleged failure to believe Plaintiff's side of the story was the catalyst for Plaintiff's grievance. Michael Smelley, as Plaintiff has testified, was the center of this whole controversy. Clearly his testimony regarding the confrontation and his working relationship with Plaintiff is relevant.**

3.      Witnesses No. 14, Hugh Blanton, and No.15, Cynthia Kemp.

**RESPONSE:  Defendants do not intend to call these witnesses but reserve the right to call them should Plaintiff bring into issue facts for which rebuttal testimony may be appropriate.**

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        s/ Andrew W. Redd
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Andrew W. Redd (RED001)
        George Robert Prescott, Jr. (PRE020)
        Assistant Attorneys General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:05-cv-513-MHT |
| ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION and JOE McINNES, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Russell W. Adams, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
Attorneys at Law
301 19th Street, North
Birmingham, Alabama  35203
ATTORNEY FOR PLAINTIFF

                s/ Andrew W. Redd
                Andrew W. Redd (RED001)
                Assistant Attorney General
                Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us

4