IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION and JOE ) | |
| MCINNES, in his official capacity as ) | |
| Director of the State of ) | |
| Alabama Department of ) | |
| Transportation; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CORRECTED EXHIBIT LIST FOR TRIAL**

**COMES NOW** the plaintiff in the above-styled cause and submits the following exhibit list for trial:

1. Deposition transcript of Anita Box taken on May 12, 2006, including all exhibits;

2. Deposition transcript of Lewis S. Rager, Jr. taken on May 10, 2006, including all exhibits;

3. Deposition transcript of Nicky Calhoun on May 12, 2006, including all exhibits;

4. Deposition transcript of Gary Elliot taken on May 10, 2006, including all exhibits;

5. Deposition transcript of L. Dee Rowe taken on May 12, 2006, including all exhibits;

6. Deposition transcript of Donna Lee Elliot on May 10, 2006, including all exhibits;

7. Employee Performance Appraisal for Tony Cabbil dated November 18, 2003 (Plaintiff's Exhibit 1 to Deposition of Donna Lee Elliot);

8. Employee Performance Preappraisal for Tony Cabbil dated June 23, 2003 (Plaintiff's

       Exhibit 2 to Deposition of Donna Lee Elliot);

9. Proposed Resolution re Cabbil Grievance dated January 12, 2004 (Plaintiff's Exhibit 4 to Deposition of Donna Lee Elliot);

10. Lewis Rager's recommendation for termination of Tony Cabbil dated March 4, 2004 (Plaintiff's Exhibit 5 to Depositions of Nicky Calhoun, L. Dee Rowe & Gary Elliot);

11. Letter from D.J. McInnes recommending Cabbil's termination from ALDOT (Plaintiff's Exhibit 6 to Depositions of Gary Elliot, Donna Lee Elliot & L. Dee Rowe);

12. Handwritten notes of Cabbil dated November 26, 2003 (Plaintiff's Exhibit 7 to Deposition of Donna Lee Elliot);

13. Notes of Donna Elliott re Tony Cabbil dated August 1, 2003 to December 8, 2003 (Plaintiff's Exhibit 8 to Depositions of Nicky Calhoun & Donna Lee Elliot);

14. Structure Deficiencies dated February 20, 2004 (Plaintiff's Exhibit 9 to Depositions of Nicky Calhoun, L. Dee Rowe & Gary Elliot);

15. Notes of Gary Elliot, Project Engineer, dated February 20, 2004 regarding Lack of inspection on Hugh Thomas Bridge project (Plaintiff's Exhibit 10 to Depositions of Gary Elliot & Donna Lee Elliot);

16. Daily Inspector Reports for Hugh Thomas Bridge project from January 15-27, 2004 (Plaintiff's Exhibit 11 to Depositions of Nicky Calhoun, Anita Box & Gary Elliot);

17. Written Reprimand to Tony Cabbil dated January 5, 2004 from Gary Elliot (Plaintiff's Exhibit 12 to Depositions of Nicky Calhoun & Anita Box);

18. Investigative Determination dated January 28, 2004 regarding Tony Cabbil (Plaintiff's Exhibit 13 to Deposition of L. Dee Rowe);

19. ALDOT Warning to Tony Cabbill from Donna Elliott dated December 8, 2003 (Plaintiff's Exhibit 14 to Deposition of Nicky Calhoun);

20. Kenneth Edwards handwritten notes dated February 25, 2004 regarding training of Tony Cabbil (Plaintiff's Exhibit 15 to Deposition of Nicky Calhoun);

21. Kenneth Edwards handwritten notes re Tony Cabbil's weekend work habits (Plaintiff's Exhibit 16 to Deposition of Nicky Calhoun);

22. Handwritten notes of Anita Box dated March 15, 2004 regarding Tony Cabbil and bathroom incident of March 9, 2004 (Plaintiff's Exhibit 17 to Depositions of Nicky Calhoun & L. Dee Rowe);

23. Memorandum from Nicky Calhoun to Dee Rowe dated March 15, 2004 re Tony Cabbil (Plaintiff's Exhibit 18 to Depositions of Nicky Calhoun & Anita Box);

24. Correspondence from Dee Rowe to Joe McInnes regarding recommendation for termination of Tony Cabbil (Plaintiff's Exhibit 19 to Deposition of L. Dee Rowe);

25. Handwritten notes of Gary Elliot to Nicky Calhoun regarding Tony Cabbil dated March 15, 2004 (Plaintiff's Exhibit 20 to Deposition of Nicky Calhoun);

26. Nicky Calhoun's termination recommendation, with documentation attached (Plaintiff's Exhibit 21 to Deposition of L. Dee Rowe);

27. Contractor Bid Sheet for Hugh Thomas Bridge job;

28. Consultant Contract for Hugh Thomas Bridge job;

29. Inspector Daily Reports for Hugh Thomas Bridge job from December 8, 2003 until April 27, 2004 (Plaintiff's Exhibit 23 to Deposition of Nicky Calhoun);

30. Inspector Daily Reports for Hugh Thomas Bridge Job for all days of project;

31. Handwritten notes on Hugh Thomas Bridge Paint Inspection (Plaintiff's Exhibit 24 to summary judgment submission);

32. Attendance/Punctuality Guideline Form dated July 13, 2001 (Exhibit A to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

33. Probation Performance Appraisal from George T. Essary (Exhibit B to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

34. Performance Appraisal from Donna Elliott dated November 19, 2002 (Exhibit C to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

35. Performance Appraisal from Donna Elliott dated November 18, 2002 (Exhibit D to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

36. Warning issued by D. Elliott dated December 8, 2003 (Exhibit F to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

37. Stringfellow memorandum to Donna Elliott dated December 8, 2003 (Exhibit G to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

38. Tony Cabbil's ALDOT complaint dated December 16, 2003 and attached documents (Plaintiff's Exhibit 3 to Depositions of Lewis S. Rager, Jr. & L. Dee Rowe, and Exhibit H to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

39. Reprimand issued by Gary Elliott dated January 5, 2004 (Exhibit I to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

40. Termination documents (Exhibit J to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

41. Plaintiff's EEOC Complaint dated May 19, 2004 (Exhibit L to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment);

42. Rules of the State Personnel Board State of Alabama;

43. Any and all pleadings and/or documents responsive documents to Requests for Production to Defendants;

44. Charts, blowups and/or summaries of evidence;

45. Orders and Opinions entered by the Court in *Reynolds v. Alabama Department of Transportation* CV 85 T-665 N

46. Plaintiff reserves the right to use any exhibits listed on defendant's exhibit list;

47. Plaintiff reserves the right to supplement this Exhibit List as information becomes known;

48. Plaintiff reserves the right to use documents necessary for rebuttal and/or impeachment;

49. Plaintiff reserves the right to use documents not listed herein for the purpose of impeachment and/or rebuttal.

The listing of any document on this exhibit list does not waive the plaintiff's right to object to the admissibility of any document if offered by the defendants.

        Respectfully submitted,

        <u>s/ Russell W. Adams</u>
        Russell W. Adams
        Counsel for Plaintiff
        Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 29th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Robert Prescott
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

              s/ Russell W. Adams
              Counsel for Plaintiff