IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TONY CABBIL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 2:05-cv-513-T |
| | ) |
| **STATE OF ALABAMA DEPARTMENT** | ) |
| **OF TRANSPORTATION and JOE** | ) |
| **MCINNES, in his official capacity as** | ) |
| **Director of the State of** | ) |
| **Alabama Department of** | ) |
| **Transportation;** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBITS

**COMES NOW** the plaintiff in the above-styled cause, and in response to defendants' objections to plaintiffs' exhibits state as follows:

1. Plaintiffs' exhibit 12 are an extract from the Mr. Cabbil's ALDOT log book. As such they are admissible business records under Fed. R. Evid. 803 (6). Moreover, this document is Mr. Cabbil's contemporaneous record of a meeting held between himself and Mr. Rager (who ultimately recommended Mr. Cabbil's termination) concerning Mr. Cabbil's claims of discrimination. Thus, they are admissible under Fed. R. Evid. 803(1) as a "statement describing or explaining an event or condition made while the declarant was perceiving the event or condition made while the declarant was perceiving the event or condition, or immediately thereafter. Mr. Rager's statements' contained therein are admissions by the defendants and

        admissible under Fed. R. Evid. 804(3).

2.       Plaintiffs' exhibit 31 are handwritten notes produced by the defendants' from their files concerning the Hugh Thomas Bridge Project and are admissible under Fed. R. Evid. 803(6).  They were incorrectly identified as exhibit 24 to Mr. Calhoun's deposition on plaintiffs' exhibit list rather than as Ex.24 to plaintiffs' summary judgment evidentiary submission.  The defendants' objected as their was no exhibit 24 to Mr. Calhoun's deposition. Plaintiffs have provided the defendants with a copy of the exhibit and believe that this cure's the defendants' objection.

        Respectfully submitted,

        s/ Russell W. Adams
        Russell W. Adams
        Counsel for Plaintiff
        Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Robert Prescott
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                                                s/ Russell W. Adams
                                                Counsel for Plaintiff