IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv513-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF TRANSPORTATION | ) ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT

### Race-Discrimination Claim

1. Has Tony Cabbil proved by a preponderance of the evidence that his race was a motivating factor for the decision by the Alabama Department of Transportation to terminate him, even though other factors may have also motivated the Department?

Yes _____

No 

If the answer to question 1 is "no," then you will have found that Cabbil may not recover against the Department on this claim, and you need not answer question 2, but should go directly to question 3. If the answer to question 1 is "yes," then you need to answer question 2.

2. Has the Alabama Department of Transportation proved by a preponderance of the evidence that it would have taken the same adverse employment action against Cabbil even in the absence of the factor of his race?

    Yes  _____

    No   _____

If the answer to question 1 is "yes" and the answer to question 2 is "no," then you will have found that Cabbil may recover against the Department on this claim.

### Retaliation Claim

3. Has Tony Cabbil proved by a preponderance of the evidence that his complaints about his treatment based on

his race were a motivating factor for the decision by the Alabama Department of Transportation to terminate him, even though other factors may have also motivated the Department?

    Yes   X

    No    ____

If the answer to question 3 is "no," then you will have found that Cabbil may not recover against the Department on this claim, and you need not answer question 4. If the answer to question 3 is "yes," then you need to answer question 4.

    4. Has the Alabama Department of Transportation proved by a preponderance of the evidence that it would have taken the same adverse employment action against Cabbil even in the absence of the factor of his complaints about his treatment based on his race?

    Yes    ____

    No   X 

If the answer to question 3 is "yes" and the answer to question 4 is "no," then you will have found that Cabbil may recover against the Department on this claim.

## Damages

5. If you find that Cabbil may recover on either or both of his claims against the Alabama Department of Transportation, how much may he recover in compensatory damages?

    a. Emotional distress      $ 0

    b. Lost earnings and benefits      $ 13,257.94

SO SAY WE ALL.

DONE, this the 4 day of October, 2006.

                                 *Tony K. Newman*
                                 FOREPERSON