**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

<u>HON. MYRON H. THOMPSON JUDGE</u>          AT MONTGOMERY, ALABAMA

DATE COMMENCED  <u>October 2, 2006</u>       AT 10:05    A.M./P.M.

DATE COMPLETED  <u>October 4, 2006</u>       AT 5:25     A.M./P.M.

TONY CABBIL

    plaintiff

                          2:05cv513-MHT

    v.

ALABAMA DEPT. OF TRANSPORTATION et al.

    defendants

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty Russell W. Adams | X | Atty Andrew W. Redd |
| Atty Temple D. Trueblood | X | Atty George R. Prescott, Jr. |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mithcell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

JURORS

1. Lisa Michelle Bell          6.  Tiffany Marie Ala
2. Sara A. Wilson              7.  Dorothy O. Golden
3. Tony Elliott Newman         8.  Kimberly Erika Nichols
4. Jenny Michelle Vinson       9.  George T. Robinett
5. Jeremy Boyce Ward          10.  Kathryn Elizabeth Robinson

**JURY SELECTION/TRIAL**

**10/2/06:**

| | |
|---|---|
| 10:05 a.m. | Court convened. Voir dire begun. |
| 10:17 a.m. | Parties' oral presentation and summary of case. |
| 10:40 a.m. | Jury selection held. |
| 11:05 a.m. | Jury Seated; remaining panel members discharged. |
| 11:07 a.m. | Jury excused. |
| 11:09 a.m. | Plaintiff's [50] motion in limine heard; **ORAL ORDER** conditionally granting motion in limine as stated on the record. Defendants' [41] motion in limine heard; **ORAL ORDER** granting motion as stated on the record. |

```
MINUTES
JURY TRIAL COMMENCING OCTOBER 2, 2006, BEFORE JUDGE MYRON THOMPSON
CA NO. 2:05cv513-MHT; TONY CABBIL V STATE OF ALABAMA DOT


11:18 a.m.              Jury sworn. All witnesses (present) sworn; Witness
                        rule invoked.
                        Court's Preliminary instructions.
11:32 a.m.              Plaintiff's opening statements (15 min. Atty
                        Adams)
11:47 a.m.              Defendant's opening statements (8 min. Atty Redd)
11:57 a.m.              Recess.
1:00 p.m.               Court reconvened re Exhibits; All plaintiff's
                        exhibits admitted by the court with the exception
                        of 1-6,12, and 45. All of defendant's exhibits
                        admitted by the court with the exception of 2,3,
                        and 27.
1:05 p.m.               Jury seated and sworn.
                        Side Bar conference (off the record).
1:07 p.m.               Plaintiff's evidence commenced.
2:42 p.m.               Recess.
3:04 p.m.               Plaintiff's evidence continues.
4:25 p.m.               Jury excused re plaintiff's proposed testimony.
4:30 p.m.               Recess.
4:42 p.m.               Plaintiff's evidence continues. Plaintiff to
                        advise the court on 10/3/06 of status of 1981
                        claim.
5:02 p.m.               Court recessed until 9:00 a.m. 10/3/06.
```

**10/3/06:**

```
9:16 a.m.               Court reconvenes. Plaintiff's evidence continues.
10:35 a.m.              Recess.
11:00 a.m.              Plaintiff's evidence continues.
12:10 a.m.              Recess. Plaintiff's ORAL MOTION to drop 1981
                        claim; ORAL ORDER dismissing defendant Joe
                        McInnes.
1:10 p.m.               Plaintiff's evidence continues.
2:23 p.m.               Recess.
2:34 p.m                Plaintiff's evidence continues.
4:12 p.m.               Recess.
4:25 p.m.               Plaintiff's evidence continues.
5:15 p.m.               Recess until 8:30 a.m. 10/4/06.
```

**10/4/06:**

```
8:40 a.m.               Charge conference (attorneys' review of charge)
9:05 a.m                Court reconvenes; Charge conference (on the
                        record)
                        No objections to charge by attorneys.
9:08 a.m.               Jury Seated; plaintiff's evidence continues.
9:45 a.m                Plaintiff rests. Jury Excused.
```

```
MINUTES
JURY TRIAL COMMENCING OCTOBER 2, 2006, BEFORE JUDGE MYRON THOMPSON
CA NO. 2:05cv513-MHT; TONY CABBIL V STATE OF ALABAMA DOT


                        Defendant's ORAL MOTION for Judgment as a Matter
                        of Law as to both claims.
                        ORAL ORDER denying Motion
                        as a Matter of Law as to both claims.
9:53 a.m.               Recess.
10:06 a.m               Defendant's evidence commenced.
11:07 a.m.              Defendant Rests; No rebuttal by plaintiff; Jury
                        Excused. Defendant's Renewed ORAL MOTION for
                        Judgment  as a Matter of Law as to both claims.
                        ORAL ORDER denying Motion as a Matter of Law as to
                        both claims.
11:32 a.m.              Plaintiff's closing argument (Atty Adams; 14
                        mins.)
11:46 a.m.              Defendant's closing argument (Atty Redd; 12 mins.)
11:58 a.m.              Plaintiff's rebuttal argument (Atty Adams; 10
                        mins.)
12:08 p.m.              Jury charged by the Court.
12:38 p.m.              Jury excused; No objections to Jury charge.
12:39 p.m.              Jury returned and excused to begin deliberating.
12:50 p.m.              Lunch.
1:45 p.m.               Jury deliberations continued.
3:50 p.m.               Jury question.
3:55 p.m.               Court reconvenes; Oral response to jury question.
4:05 p.m.               Jury excused; Plaintiff's request for additional
                        response to jury question.
4:07 p.m.               Jury seated; additional response to jury question
                        by the Court.
4:10 p.m                Jury excused to continue deliberations.
5:20 p.m                JURY VERDICT in favor of plaintiff on retaliation
                        charge; Judgment to issue in accordance with
                        verdict.
5:23 p.m.               Jury excused.
5:25 p.m.               Court adjorned.
```