IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TONY CABBIL

    v                                  2:05cv513-MHT

STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION et al.

| PLAINTIFF | DEFENDANTS |
|---|---|

## WITNESS LIST

| **10/2/06:** | **10/4/06:** |
|---|---|
| 1. TONY L. CABBIL | 7. MICHAEL SMELLY |
| 2. DONNA ELLIOT | 8. KENNETH EDWARDS |
| 3. LEWIS S. RAGER, JR. | |
| 4. NICKY CALHOUN | |
| 5. L. DEE ROWE | |
| 6. GARY ELLIOT | |
| **1/3/06:** | |
| GARY ELLIOT (Continued) | |