| | | | | | | TONY CABBIL |
|---|---|---|---|---|---|---|
| PLAINTIFF'S EXHIBITS <br><br> JURY TRIAL COMMENCED 10/2/06 | | | | | | v <br><br> STATE OF ALABAMA DEPT. OF TRANSPORTATION  et al. <br> 2:05cv513-MHT |
| | | | | | | JUDGE MYRON H. THOMPSON <br> MITCHELL REISNER, COURT REPORTER |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | 1 | | | |
| | | | 2 | | | |
| | | | 3 | | | |
| | | | 4 | | | |
| | | | 5 | | | |
| | | | 6 | | | |
| YES | 10/2/2006 | 10/2/2006 | 7 | | | Employee Performance Appraisal for Tony Cabbil dated 11/18/03 (Plaintiff's Exhibit 1 to Deposition of Donna Lee Elliot) |
| YES | 10/2/2006 | 10/2/2006 | 8 | | | Employee Performance Preappraisal for Tony Cabbil dated 6/23/2003 (Plaintiff's Exhibit 2 to Deposition of Donna Lee Elliot) |
| YES | 10/2/2006 | 10/2/2006 | 9 | | | Proposed Resolution re Cabbil Grievance dated 1/12/04 (Plaintiff's Exhibit 4 to Deposition of Donna Lee Elliot) |
| YES | 10/2/2006 | 10/2/2006 | 10 | | | Lewis Rager's recommendation for termination of Tony Cabbil dated 3/4/04 (Plaintiff's Exhibit 5 to Depositions of Nicky Calhoun, L. Dee Rowe & Gary Elliot) |
| YES | 10/2/2006 | 10/2/2006 | 11 | | | Letter from D.J. McInnes recommending Cabbil termination from ALDOT (Plaintiff's Exhibit 6 to Depositions of Gary Elliot, Donna Lee Elliot & L. Dee Rowe) |
| | | | 12 | | | |
| YES | 10/2/2006 | 10/2/2006 | 13 | | | Notes of Donna Elliot re Tony Cabbil dated 8/1/03 to 12/8/03 (Plaintiff's Exhibit 8 to Depositions of Nicky Calhoun & Donna Lee Elliot) |

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | 10/2/2006 | 10/2/2006 | 14 | | | Structure Deficiencies dated 2/20/04 (Plaintiff's Exhibit 9 to Depositions of Nicky Calhoun, L. Dee Rowe & Gary Elliot) |
| YES | 10/2/2006 | 10/2/2006 | 15 | | | Notes of Gary Elliot, Project Engineer, dated 2/20/04 regarding Lack of inspection on Hugh Thomas Bridge project (Plaintiff's Exhibit 10 to Depositions of Gary Elliot & Donna Lee Elliot) |
| YES | 10/2/2006 | 10/2/2006 | 16 | | | Daily Inspector Reports for Hugh Thomas Bridge project from January 15-27, 2004 (Plaintiff's Exhibit 11 to Depositions of Nicky Calhoun, Anita Box & Gary Elliot) |
| YES | 10/2/2006 | 10/2/2006 | 17 | | | Written Reprimand to Tony Cabbil dated 1/5/04 from Gary Elliot (Plaintiff's Exhibit 12 to Depositions of Nicky Calhoun & Anita Box) |
| YES | 10/2/2006 | 10/2/2006 | 18 | | | Investigative Determination dated 1/28/04 regarding Tony Cabbil (Plaintiff's Exhibit 13 to Deposition of L. Dee Rowe) |
| YES | 10/2/2006 | 10/2/2006 | 19 | | | ALDOT Warning to Tony Cabbil from Donna Elliot dated 12/8/03 (Plaintiff's Exhibit 14 to Deposition of Nicky Calhoun) |
| YES | 10/2/2006 | 10/2/2006 | 20 | | | Kenneth Edwards handwritten notes dated 2/25/04 regarding training of Tony Cabbil (Plaintiff's Exhibit 15 to Deposition of Nicky Calhoun) |
| YES | 10/2/2006 | 10/2/2006 | 21 | | | Kenneth Edwards handwritten notes re Tony Cabbil's weekend work habits (Plaintiff's Exhibit 16 to Deposition of Nicky Calhoun) |
| YES | 10/2/2006 | 10/2/2006 | 22 | | | Handwritten notes of Anita Box dated 3/15/04 regarding Tony Cabbil and bathroom incident of 3/9/04 (Plaintiff's Exhibit 17 to Depositions of Nicky Calhoun & L. Dee Rowe) |
| YES | 10/2/2006 | 10/2/2006 | 23 | | | Memorandum from Nicky Calhoun to Dee Rowe dated 3/15/04 re Tony Cabbil (Plaintiff's Exhibit 18 to Depositions of Nicky Calhoun & Anita Box) |
| YES | 10/2/2006 | 10/2/2006 | 24 | | | Correspondence from Dee Rowe to Joe McInnes regarding recommendation for termination of Tony Cabbil (Plaintiff's Exhibit 19 to Deposition of L. Dee Rowe) |
| YES | 10/2/2006 | 10/2/2006 | 25 | | | Handwritten notes of Gary Elliot to Nicky Calhoun regarding Tony Cabbil dated 3/15/04 (Plaintiff's Exhibit 20 to Deposition of Nicky Calhoun) |

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | 10/2/2006 | 10/2/2006 | 26 | | | Nicky Calhoun's termination recommendation, with documentation attached (Plaintiff's Exhibit 21 to Deposition of L. Dee Rowe) |
| YES | 10/2/2006 | 10/2/2006 | 27 | | | Contractor Bid Sheet for Hugh Thomas Bridge job |
| YES | 10/2/2006 | 10/2/2006 | 28 | | | Consultant Contract for Hugh Thomas Bridge job |
| YES | 10/2/2006 | 10/2/2006 | 29 | | | Inspector Daily Reports for Hugh Thomas Bridge job from 12/8/03 until 4/27/04 (Plaintiff's Exhibit 23 to Deposition of Nicky Calhoun) |
| YES | 10/2/2006 | 10/2/2006 | 30 | | | Inspector Daily Reports for Hugh Thomas Bridge job for all days of project |
| YES | 10/2/2006 | 10/2/2006 | 31 | | | Handwritten notes on Hugh Thomas Bridge Paint Inspection (Plaintiff's Exhibit 24 to Deposition of Nicky Calhoun) |
| YES | 10/2/2006 | 10/2/2006 | 32 | | | Attendance/Punctuality Guideline Form dated 7/31/01 (Exhibit A to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 33 | | | Probation Performance Appraisal from George T. Essary (Exhibit B to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 34 | | | Performance Appraisal from Donna Elliot dated 11/9/02 (Exhibit C to Evidentiary Materials in Support of Defendant's Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 35 | | | Performance Appraisal from Donna Elliot dated 11/18/03 (Exhibit F to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 36 | | | Warning issued by D. Elliot dated 12/8/03 (Exhibit F to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 37 | | | Springfellow memorandum to Donna Elliot dated 12/8/03 (Exhibit G to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | 10/2/2006 | 10/2/2006 | 38 A-D | | | Tony Cabbil's ALDOT complaint dated 12/16/03 and attached documents (Plaintiff's Exhibit 3 to Depositions of Lewis S. Rager, Jr. & L. Dee Rowe, and Exhibit H to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 39 | | | Reprimand issued by Gary Elliot dated 1/5/04 (Exhibit I to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 40 | | | Termination documents (Exhibit J to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 41 | | | Plaintiff's EEOC Complaint dated 5/19/04 (Exhibit L to Evidentiary Materials in Support of Defendants' Motion for Summary Judgment) |
| YES | 10/2/2006 | 10/2/2006 | 42 | | | Rules of the State Personnel Board State of Alabama |
| YES | 10/2/2006 | 10/2/2006 | 43 | | | Any and all pleadings and/or documents responsive documents to Requests for Production to Defendants |
| YES | 10/2/2006 | 10/2/2006 | 44 | | | Charts, blowups and/or summaries of evidence |
| | | | 45 | | | |
| YES | 10/2/2006 | 10/2/2006 | 46 | | | Supervisory Referral Memorandum to Employee Assistance Program |
| YES | 10/2/2006 | 10/2/2006 | 47 | | | Tony Cabbil's Preliminary Backpay Chart |
| YES | 10/3/2006 | 10/3/2006 | 48 | | | Suspension page |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Exhibits Located in binder with case file. |