| DEFENDANTS' EXHIBITS<br><br>JURY TRIAL COMMENCED 10/2/06 | | | | | TONY CABBIL<br><br>v<br><br>STATE OF ALABAMA DEPT. OF TRANSPORTATION et al.<br>2:05cv513-MHT | |
|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON H. THOMPSON<br>MITHCELL REISNER, COURT REPORTER | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| YES | 10/2/2006 | 10/2/2006 | 1 | | | EEOC complaint of Tony Cabbil dated 6/3/04 |
| | | | 2 | | | |
| | | | 3 | | | |
| YES | 10/2/2006 | 10/2/2006 | 4 | | | Attendance/Punctuality policy acknowledgment dated 7/13/01 |
| YES | 10/2/2006 | 10/2/2006 | 5 | | | Reynolds Policy acknowledgment dated 7/30/01 |
| YES | 10/2/2006 | 10/2/2006 | 6 | | | Compensatory time agreement dated 7/30/01 |
| YES | 10/2/2006 | 10/2/2006 | 7 | | | Probationary Performance Appraisal by Talbot Essary dated 1/2/02 |
| YES | 10/2/2006 | 10/2/2006 | 8 | | | Performance Appraisal by Donna Elliot dated 11/19/02 |
| YES | 10/2/2006 | 10/2/2006 | 9 | | | Performance Appraisal by Donna Elliot dated 11/18/03 |
| YES | 10/2/2006 | 10/2/2006 | 10 a-z and aa,bb & cc | | | Memorandum from Nicky Calhoun to L. Dee Rowe dated 3/15/04 recommending termination of Tony Cabbil with attachments: |
| YES | 10/2/2006 | 10/2/2006 | 11 | | | Letter from L. Dee Rowe to Director McInnis recommending dismissal of Tony Cabbil |
| YES | 10/2/2006 | 10/2/2006 | 12 | | | Memorandum to Ron Green from Vivian Hardy dated 3/23/04 |
| YES | 10/2/2006 | 10/2/2006 | 13 | | | Letter to Tony Cabbil from Director McInnis (Notice of Proposed Termination and Pre-dismissal conference) dated 4/7/04 |

| | | | | | |
|---|---|---|---|---|---|
| YES | 10/2/2006 | 10/2/2006 | 14 | | Memorandum from L. Dee Rowe to Director McInnis through Ron Green regarding Pre-dismissal conference dated 4/16/04 including Tony Cabbil's written response |
| YES | 10/2/2006 | 10/2/2006 | 15 | | Termination letter from Director McInnis to Tony Cabbil dated 4/22/04 |
| YES | 10/2/2006 | 10/2/2006 | 16 | | Form 11 (Termination effective 4/28/04) |
| YES | 10/2/2006 | 10/2/2006 | 17 | | Tony Cabbil's notice of appeal dated 5/10/04 |
| YES | 10/2/2006 | 10/2/2006 | 18 | | Letter to Tony Cabbil from State Personnel acknowledging appeal dated 5/11/04 |
| YES | 10/2/2006 | 10/2/2006 | 19 | | Complaint Form (Internal Grievance) from Tony Cabbil dated 12/16/03 |
| YES | 10/2/2006 | 10/2/2006 | 20 | | L. Dee Rowe response to Tony Cabbil's complaint dated 1/12/04 |
| YES | 10/2/2006 | 10/2/2006 | 21 | | Letter dated 1/30/04 from Sandi Dietz to Tony Cabbil regarding complaint including investigative report dated 1/28/04 and L. Dee Rowe proposed resolution dated 1/12/04 |
| YES | 10/2/2006 | 10/2/2006 | 22 | | Letter from Sandi Dietz to Hearing Officer John Green regarding Tony Cabbil's complaint/grievance |
| YES | 10/2/2006 | 10/2/2006 | 23 | | Letter from attorney Steven L Atha withdrawing Tony Cabbil's complaint/grievance |
| YES | 10/2/2006 | 10/2/2006 | 24 | | Warning to Jeremy Atkins dated 5/19/04 |
| YES | 10/2/2006 | 10/2/2006 | 25 | | Recommendation to terminate Jeremy Atkins dated 9/6/05 |
| YES | 10/2/2006 | 10/2/2006 | 26 | | Form 11 (Termination) of Jeremy Atkins dated 10/28/05 |
| | | | 27 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits located in binder with case file |