IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

## NOTE FROM THE JURY

CASE No.  2:05cv513-MHT                              DATE  10/4/06

STYLE OF CASE:  Tony Cabbil v. State of Alabama Department of Transportation

Question 3
We need further explanation of question three.

~~We need to know if this~~