IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL,                        )<br>                                     )<br>    Plaintiff,                      )<br>                                     )<br>    v.                               )<br>                                     )<br>STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION,                   )<br>                                     )<br>    Defendant.                       ) | CIVIL ACTION NO.<br>   2:05cv513-MHT |

## ORDER

It is ORDERED that the motions in limine (doc. nos. 41 & 50) are granted in part and denied in part and the objections (doc. no. 44 & 51-53) are sustained in part and overruled in part, as set forth in open court on October 2, 2006.

DONE, this the 6th day of October, 2006.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE