IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv513-MHT |
| ) | |
| STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION, )<br>)<br>    Defendant. ) | |

### ORDER

By agreement of the parties, it is ORDERED that plaintiff's § 1981 claim and defendant Joe McInnes are dismissed.

DONE, this the 6th day of October, 2006.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**