IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY CABBIL,                    )
                                )
    Plaintiff,                  )
                                )
    v.                          )     CIVIL ACTION NO.
                                )      2:05cv513-MHT
                                )          (WO)
STATE OF ALABAMA DEPARTMENT     )
OF TRANSPORTATION,              )
                                )
    Defendant.                  )
```

## JUDGMENT

On the 4th day of October 2006, after this cause had been submitted to a Jury, a verdict was returned as follows:

### Race-Discrimination Claim

1. Has Tony Cabbil proved by a preponderance of the evidence that his race was a motivating factor for the decision by the Alabama Department of Transportation to terminate him, even though other factors may have also motivated the Department?

   Yes _____
   No   __X__

If the answer to question 1 is "no," then you will have found that Cabbil may not recover against the Department on this claim, and you need not answer question 2, but should go directly to question 3. If the answer to question 1 is "yes," then you need to answer question 2.

xxx

Retaliation Claim

3.  Has Tony Cabbil proved by a preponderance of the evidence that his complaints about his treatment based on his race were a motivating factor for the decision by the Alabama Department of Transportation to terminate him, even though other factors may have also motivated the Department?

    Yes  __X__
    No   _____

If the answer to question 3 is "no," then you will have found that Cabbil may not recover against the Department on this claim, and you need not answer question 4.

If the answer to question 3 is "yes," then you need to answer question 4.

4.  Has the Alabama Department of Transportation proved by a preponderance of the evidence that it would have taken the same adverse employment action against Cabbil even in the absence of

the factor of his complaints about his
treatment based on his race?

        Yes  _____

        No   __X__

If the answer to question 3 is "yes" and the answer to question 4 is "no," then you will have found that Cabbil may recover against the Department on this claim.

### Damages

5. If you find that Cabbil may recover on either or both of his claims against the Alabama Department of Transportation, how much may he recover in compensatory damages?

    a.  Emotional distress              $ ___0___

    b.  Lost earnings and benefits    $ 13,257.94

SO SAY WE ALL.

DONE, this the 4th day of October, 2006.

                          /s/ Tony E. Newman
                            FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff Tony Cabbil and against defendant State of Alabama Department of Transportation.

 (2) Plaintiff Cabbil shall have and recover from defendant State of Alabama Department of Transportation the sum of $ 13,257.94.

It is further ORDERED that plaintiff Cabbil shall have until October 27, 2006, to file any motion for attorneys' fees and expenses.

It is further ORDERED that costs are taxed against defendant State Alabama Department of Transportation, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of October, 2006.

       /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE