AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Tony Cabbil

v.

State of Alabama Department of Transportation

**BILL OF COSTS**

Case Number: 2:05-cv-513-T

Judgment having been entered in the above entitled action on **10/6/2006** against **State of Alabama Department of Transportation**, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 250.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,683.80 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 908.40 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 2,804.73 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 6,646.93** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: *Russell W. Adams* (signature)

Name of Attorney: Russell W. Adams

For: Tony Cabbil, Plaintiff     Date: October 27, 2006
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court     Deputy Clerk     Date

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Miles | Total Cost |  |
| Kenneth Edwards<br>Tuscaloosa, AL | 1 | 45.00 |  |  |  | 106.40 | $151.40 |
| Dee Rowe<br>Tuscaloosa, AL | 1 | 45.00 |  |  |  | 106.40 | $151.40 |
| Nicky Calhoun<br>Tuscaloosa, AL | 1 | 45.00 |  |  |  | 106.40 | $151.40 |
| Donna Elliott<br>Tuscaloosa, AL | 1 | 45.00 |  |  |  | 106.40 | $151.40 |
| Lewis Rager<br>Tuscaloosa, AL | 1 | 45.00 |  |  |  | 106.40 | $151.40 |
| Gary Elliott<br>Tuscaloosa, AL | 1 | 45.00 |  |  |  | 106.40 | $151.40 |
|  |  |  |  |  |  | TOTAL | $908.40 |

### NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Sharon L. Holloway

**From:** Lisa M. Sandlin
**Sent:** Thursday, May 26, 2005 1:30 PM
**To:** Sharon L. Holloway
**Subject:** Check Request

I need a check in the amount of $250.00 made payable to the clerk of court for the filing fee in the Tony Cabbil v. State of Alabama Dept of Transportation, et al., case, c/m no.: 15005-0001; for kas. I think he wants to mail it off today.

002183

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 5/26/2005 | Clerk of Court | | | | |
| 5/26/2005 | Filing Fee | 05260525000  015005-0001 | $ | 250.00 | |

| CHECK DATE | | CHECK NUMBER | | TOTALS | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

5/26/2005

Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**
The Kress Building
301 19th Street North
Birmingham, AL 35203

October 27, 2006

Tony Cabbil
1110 Wakefield Dr.
Tuscaloosa, AL 35405

Matter ID:  015005-0001

RE:  ALDOT
EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/25/2006 | Transcript Expense | 395.65 |
| | Reagan Reporters, L.L.C. (Check No. 5671) | |
| 5/31/2006 | Transcript Expense | 2,288.15 |
| | Freedom Court Reporting, Inc. | |
| | **TOTAL EXPENSES** | **$ 2,683.80** |

Reagan Reporters, LLC
4137 Carmichael Rd.
Suite 320
Montgomery, AL 36106
(334) 262-7556  Fax (334) 262-4437

RECEIVED MAY 30 2006 BY:

| | | |
|---|---|---|
| 4264 | 05/25/2006 | 01-3599 |
| 05/02/2006 | BLANAN | 2:05-CV-513-T |

Kell A. Simon
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203

Tony Cabbil v. State of AL Dept. of Transportation

Due upon receipt

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Tony Cabbil, Vol. I          159 Pages @     1.95/Page       310.05
        EXHIBITS                  39 Pages @      .40/Page        15.60
        ASCII                                                     15.00
        Condensed                                                 30.00
        Postage-Federal Express                                   25.00

                                      TOTAL  DUE   >>>>         (395.65)
```

Invoice Number 4264
GL Number 6500-398
Approval SHolloway JLF
Date Entered 6-13-06 / 6/9/06
Entry Number 357236
Matter ID 15005-1

RECEIVED JUN 9 2006

63-1194680                                          (205) 328.0640    Fax (205) 254.1500

*Please detach bottom portion and return with payment.*

Kell A. Simon
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203

```
Invoice No.:  4264
Date       :  05/25/2006
TOTAL DUE  :    395.65


Job No.   :  01-3599
Case No.  :  2:05-CV-513-T
Tony Cabbil v. State of AL Dept. of
```

Remit To:   Reagan Reporters, LLC
            4137 Carmichael Rd.
            Suite 320
            Montgomery, AL 36106

005671

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| | Reagan Reporters, L.L.C. | | | | |
| 7/12/2006 | | | | | |
| 5/25/2006 | 4264 | 05/02 Depo: Tony Cabbil   015005-0001 | $ 395.65 | | |

CHECK NUMBER | TOTALS

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

CHECK DATE



To: Sharon
From: Kell

# FREEDOM REPORTING, INC.
367 Valley Avenue
Birmingham, AL 35209
205-397-2397
Tax ID Number: 20-2776665

Invoice Number 00012314
GL Number 6500-398
Approval Shattuck JLF
Date Entered 6/7/06 6/7/06
Entry Number 257003
Matter ID 5005-1

Kell A Simon
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL 35203

May 31, 2006

Invoice# 00012314

Balance: $2,288.15

**Re:** Tony Cabbil vs State of AL Dept of Transportation
Tuscaloosa / 2:05-CV-513-T
*on 05/10/06 by David Northington*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 2 (5/10 & 5/12/06) | 240.00 |
| Original: 505 pgs w/rough ascii for 321 pgs | 1,861.25 |
| Exhibits/B & W: 534 | 186.90 |
| Condensed/concordances @ N/C | |
| Depo Disk @ N/C | |

Witnesses:
5/10  Donna Lea Elliott   122 pgs; 89 ex
      Gary Elliott        110 pgs; 89 ex
      Lewis S Rager, Jr    89 pgs; 89 ex
5/12  Anita Box            27 pgs; 89 ex
      Nicky Calhoun        98 pgs; 89 ex
      L Dee Rowe           59 pgs; 89 ex

P l e a s e   R e m i t   - - ->   Total Due: $2,288.15

*WE APPRECIATE YOU!*



RECEIVED JUN 2 2006

Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**
The Kress Building
301 19th Street North
Birmingham, AL 35203

Tony Cabbil

October 27, 2006

1110 Wakefield Dr.
Tuscaloosa, AL 35405

Matter ID:  015005-0001

RE:  ALDOT
EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 9/27/2006 | Witness Fee | 151.40 |
| | Kenneth Edwards (Check No. 10485) | |
| 9/27/2006 | Witness Fee | 151.40 |
| | Dee Rowe (Check No. 10480) | |
| 9/27/2006 | Witness Fee | 151.40 |
| | Nicky Calhoun (Check No. 10484) | |
| 9/27/2006 | Witness Fee | 151.40 |
| | Donna Elliott (Check No. 10482) | |
| 9/27/2006 | Witness Fee | 151.40 |
| | Lewis Rager (Check No. 10481) | |
| 9/27/2006 | Witness Fee | 151.40 |
| | Gary Elliott (Check No. 10483) | |

TOTAL EXPENSES     $   908.40

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | 010485 BALANCE |
|---|---|---|---|---|---|
| 9/27/2006 | | Kenneth Edwards | | | |
| 9/27/2006 | Witness Fee | 015005-0001 | $ 151.40 | | |

CHECK DATE | CHECK NUMBER | TOTALS

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 9/27/2006 | Witness Fee | Dee Rowe | | | |
| 9/27/2006 | | 015005-0001 | $ 151.40 | | |

010480

| CHECK DATE | CHECK NUMBER | TOTALS |
|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 9/27/2006 | | Nicky Calhoun | | | |
| 9/27/2006 | Witness Fee | 015005-0001 | $ 151.40 | | |

010484

CHECK DATE | CHECK NUMBER | TOTALS

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS



010482

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 9/27/2006 | Witness Fee | Donna Elliott | | | |
| 9/27/2006 | | 015005-0001 | $ 151.40 | | |

CHECK DATE | CHECK NUMBER | TOTALS

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS



| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 9/27/2006 | Witness Fee | Lewis Rager | | | |
| 9/27/2006 | | 015005-0001 | $ 151.40 | | |

0104481

CHECK DATE | CHECK NUMBER | TOTALS

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS



| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 9/27/2006 | | Gary Elliott | | | |
| 9/27/2006 | Witness Fee | 015005-0001 | $ 151.40 | | |

010483

CHECK DATE | CHECK NUMBER | TOTALS

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)

# Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)
The Kress Building
301 19th Street North
Birmingham, AL 35203

October 27, 2006

Tony Cabbil
1110 Wakefield Dr.
Tuscaloosa, AL 35405

Matter ID:   015005-0001

RE:   ALDOT
EXPENSES

| Date | Description | Amount |
|---|---|---|
| 3/9/2005 | Photocopy | 0.40 |
| 5/4/2005 | Photocopy | 24.40 |
| 5/5/2005 | Photocopy Expense | 17.00 |
|  | IKON Office Solutions (Check No. 2105) |  |
| 5/27/2005 | Photocopy | 9.80 |
| 6/3/2005 | Photocopy | 9.00 |
| 4/11/2006 | Photocopy | 39.20 |
| 4/11/2006 | Photocopy | 39.20 |
| 4/13/2006 | Photocopy | 2.40 |
| 4/19/2006 | Photocopy | 2.20 |
| 4/20/2006 | Photocopy | 56.80 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| Date | Description | Amount |
|---|---|---|
| 5/1/2006 | Photocopy | 3.20 |
| 5/3/2006 | Photocopy | 0.60 |
| 5/3/2006 | Photocopy | 0.60 |
| 5/9/2006 | Photocopy | 12.80 |
| 5/9/2006 | Photocopy | 51.20 |
| 5/15/2006 | Photocopy | 0.40 |
| 5/15/2006 | Photocopy | 0.20 |
| 6/29/2006 | Photocopy | 24.00 |
| 9/19/2006 | Photocopy | 95.40 |
| 9/20/2006 | Photocopy | 0.20 |
| 9/20/2006 | Photocopy | 12.40 |
| 9/21/2006 | Photocopy | 31.40 |
| 9/21/2006 | Photocopy | 1.20 |
| 9/21/2006 | Photocopy | 0.20 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| Date | Description | Amount |
|---|---|---|
| 9/21/2006 | Photocopy | 3.20 |
| 9/25/2006 | Photocopy | 12.40 |
| 9/27/2006 | Photocopy | 4.80 |
| 9/27/2006 | Photocopy | 0.20 |
| 9/28/2006 | Photocopy Expense<br>IKON Office Solutions | 1,432.73 |
| 9/28/2006 | Photocopy | 431.60 |
| 9/28/2006 | Photocopy | 36.20 |
| 9/28/2006 | Photocopy | 0.40 |
| 9/28/2006 | Photocopy | 40.20 |
| 9/28/2006 | Photocopy | 1.20 |
| 9/28/2006 | Photocopy | 72.00 |
| 9/28/2006 | Photocopy | 18.00 |
| 9/28/2006 | Photocopy | 91.20 |
| 9/28/2006 | Photocopy | 0.20 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| Date | Description | Amount |
|---|---|---|
| 9/29/2006 | Photocopy | 3.00 |
| 9/29/2006 | Photocopy | 9.00 |
| 9/29/2006 | Photocopy | 24.00 |
| 10/1/2006 | Photocopy | 139.60 |
| 10/1/2006 | Photocopy | 35.00 |
| 10/1/2006 | Photocopy | 15.60 |
| | **TOTAL EXPENSES** | **$ 2,804.73** |

# IKON
**Office Solutions**
**Document Services**
Phone:(888) 456-6457
Federal ID #: 230334400

**INVOICE**

| | |
|---|---|
| Invoice # | L1506090223 |
| Invoice Date | 09/28/2006 |
| Due Date | 10/08/2006 |
| Customer # | L15-WCQQ |
| Order # | SONumber |

**TERMS: Net 10 Days**

SOLD TO:
WIGGINS CHILD QUINN & PANTAZIS
301 10th St. North Suite 400

Birmingham, AL 35203

SHIP TO:
WIGGINS CHILD QUINN & PANTAZIS
301 10th St. North Suite 400

Birmingham, AL 35203

| Order Date | Ordered BY | Reference / Case # | Account Manager |
|---|---|---|---|
| 9/28/2006 | Kelly Crowe | 15005-1 | Trey Hill |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 632 | Redwell Folders - LTR | 11 | 4.5000 | 49.50 |
| 634 | Tabs (Alpha/Numeric) | 405 | 0.2500 | 101.25 |
| 652 | Binder - 4" | 8 | 20.0000 | 160.00 |
| 566 | B&W Copies B - Light Litigatio | 12546 | 0.0800 | 1003.68 |

Invoice Number L1506090223
GL Number 5650-998
Approval Ottoway
Date Entered 102300
Entry Number 060230
Matter 15005-1

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**
YOUR SIGNATURE IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 1,314.43 |
| Sales Tax: | 118.30 |
| Non-Taxable: | .00 |
| Postage: | .00 |
| Delivery: | .00 |
| PAY THIS AMOUNT: | 1,432.73 |

Received and approved by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From :
WIGGINS CHILD QUINN & PANTAZIS
301 10th St. North Suite 400

Birmingham, AL 35203

Please Remit to:
IKON Office Solutions
Attn: National Accounts
P.O. Box 676466
Dallas, TX 75267-6466

Amount Enclosed
$

Invoice # L1506090223
Invoice Date 09/28/2006
Customer # L15-WCQQ
Order # SONumber

PAY THIS AMOUNT: 1,432.73

**IKON Document Efficiency At Work.**

# INVOICE

| | |
|---|---|
| Invoice # | L1505050026 |
| Invoice Date: | 05/05/2005 |
| Due Date: | 05/15/2005 |
| Terms: | Net 10 Days |
| Customer Code: | L15-GORS |

IKON Office Solutions - Birmingham, AL
Phone: (205) 322-1234    Fax: (205) 327-1234
Federal ID: 230334400

**SOLD TO:**
WIGGINS CHILD QUINN & PANTAZIS
301 19th Street North Suite 400
Birmingham, AL 35203

**SHIP TO:**
WIGGINS CHILD QUINN & PANTAZIS
301 19th Street North Suite 400
Birmingham, AL 35203

Price using: STANDARD Price

Attn: Lisa Sandland

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 15005-1 | | | Jeff Jeffcoat |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0505-0034 | 05/05/2005 | Lisa Sandland - WIGGINS CHILD QUINN & PANTAZIS | | | |
| | | B&W Copies E - Glasswork | 78.00 | 0.200 | 15.60 |

MAY 9 2005

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

Received and Approved by: _____  Date: 5-5-0_

| | |
|---|---|
| Taxable Sales: | 15.60 |
| Sales Tax: | 1.40 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **17.00** |

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
WIGGINS CHILD QUINN & PANTAZIS
301 19th Street North Suite 400
Birmingham, AL 35203

**Amount Enclosed** $ _____

**Please Remit To:**
IKON Office Solutions
Southeast District - L15
P O Box 532545
Atlanta, GA 30353-2568

Invoice: L1505050026
Invoice Date: 05/05/2005
Due Date: 05/15/2005
Customer Code: L15-GORS

PAY THIS AMOUNT $ 17.00