# EXHIBIT A-1

# ITEMIZATION OF FEES AND EXPENSES

| Attorney | Time | Rate | Extended Amount |
|---|---|---|---|
| Adams, Russell W. | 152.50 | $250.00 | $38,125.00 |
| Donahue, Susan | 0.50 | $175.00 | $87.50 |
| Simon, Kell A. | 148.50 | $225.00 | $33,412.50 |
| Trueblood, Temple D. | 111.80 | $175.00 | $19,565.00 |
| **Total Attorneys** | 413.30 | | $91,190.00 |
| | | | |
| Paralegal | Time | Rate | Extended Amount |
| Allen, Karen | 29.60 | $95.00 | $2,812.00 |
| Crowe, Kelly | 76.90 | $95.00 | $7,305.50 |
| **Total Paralegals** | 106.50 | | $10,117.50 |
| **Expenses Exclusive of Costs** | | | $4,036.02 |
| | | | |
| **Total** | | | $105,343.52 |

# FEES

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | Narrative | | Hours |
|---|---|---|---|
| 3/31/2005 | Simon, Kell A. | Review EEOC file and telephone conference with client. | 0.75 |
| 4/4/2005 | Simon, Kell A. | Meeting with client re: filing lawsuit. | 2.50 |
| 4/15/2005 | Simon, Kell A. | Review transcript of termination proceeding. | 1.50 |
| 4/20/2005 | Simon, Kell A. | Meeting with client re: filing his lawsuit. | 1.50 |
| 5/4/2005 | Simon, Kell A. | Draft complaint. | 0.75 |
| 6/1/2005 | Simon, Kell A. | Check on pacer re: judge assigned to case and telephone conference with client. | 0.25 |
| 7/6/2005 | Simon, Kell A. | Telephone conference with Stacey Houston and draft Rule 26 report. | 0.50 |
| 3/9/2006 | Simon, Kell A. | Draft discovery requests. | 1.50 |
| 3/30/2006 | Simon, Kell A. | Telephone conference with defense counsel and draft discovery responses. | 0.50 |
| 3/31/2006 | Simon, Kell A. | Draft responses to defendants' discovery requests. | 1.50 |
| 4/10/2006 | Simon, Kell A. | Draft discovery requests, discovery responses and telephone conference with defense counsel re: dates for depositions; draft depo outlines. | 4.00 |
| 4/11/2006 | Simon, Kell A. | Draft discovery responses. | 2.00 |
| 4/12/2006 | Simon, Kell A. | Review file and draft discovery responses. | 1.50 |
| 4/19/2006 | Simon, Kell A. | Telephone conference with client and draft discovery responses. | 2.50 |
| 4/26/2006 | Simon, Kell A. | Meeting with Tony Cabbil re: deposition preparation and documents. | 2.50 |
| 4/28/2006 | Simon, Kell A. | Review documents for depositions. | 1.50 |
| 5/1/2006 | Simon, Kell A. | Meeting with client to prepare for deposition; review documents re: same. | 3.00 |
| 5/2/2006 | Simon, Kell A. | Prepare for and defend deposition of plaintiff; draft discovery requests. | 5.50 |
| 5/3/2006 | Simon, Kell A. | Draft deposition notices. | 0.25 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 5/4/2006 | Simon, Kell A. | Review documents produced by defendant and prepare for depositions. | 2.50 |
| 5/9/2006 | Simon, Kell A. | Prepare deposition exhibits and outlines. | 8.50 |
| 5/10/2006 | Simon, Kell A. | Prepare for and take depositions of Donna Elliott, Gary Elliott, and Lewis Rager. | 10.00 |
| 5/11/2006 | Simon, Kell A. | Prepare for depositions of Dee Rowe, Anita Box, Nicky Calhoun; draft deposition outlines; telephone conference with client. | 6.50 |
| 5/12/2006 | Simon, Kell A. | Prepare for depositions; travel to and from Tuscaloosa and take depositions of Box, Calhoun, and Rowe. | 9.25 |
| 5/15/2006 | Simon, Kell A. | Review discovery responses; telephone conference with defense counsel re: discovery. | 1.50 |
| 5/26/2006 | Simon, Kell A. | Travel to and from Tuscaloosa to review documents. | 7.00 |
| 6/19/2006 | Simon, Kell A. | Review defendants' summary judgment brief and outline response; review depositions and draft parts of response brief. | 7.00 |
| 6/20/2006 | Simon, Kell A. | Draft summary judgment response. | 3.00 |
| 6/21/2006 | Simon, Kell A. | Review depositions; draft summary judgment facts. | 5.00 |
| 6/22/2006 | Simon, Kell A. | Draft and research summary judgment brief; review depositions. | 6.00 |
| 6/23/2006 | Simon, Kell A. | Research and draft summary judgment response; review depositions. | 8.00 |
| 6/27/2006 | Simon, Kell A. | Review depositions, research and draft summary judgment response. | 6.00 |
| 6/28/2006 | Simon, Kell A. | Review depositions, research and draft summary judgment response. | 10.75 |
| 6/29/2006 | Simon, Kell A. | Research and draft summary judgment response. | 12.50 |
| 6/30/2006 | Simon, Kell A. | Review deposition and research and draft summary judgment response. | 11.00 |
| 7/25/2006 | Allen, Karen | General review of file; review of pleadings file. | 2.60 |
| 7/25/2006 | Allen, Karen | Calendared due date for proposed pretrial order & made notes for Rusty Adams re: same. | 0.20 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 7/25/2006 | Allen, Karen | Review of Scheduling Order and calendering of dates & reminders for Rusty Adams and Karen Allen. | 0.40 |
| 8/7/2006 | Adams, Russell W. | General review of file. | 3.50 |
| 8/7/2006 | Adams, Russell W. | Review of summary judgment motion, Summary Judgment response, and defendant's supplemental response re: need for additional response; telephone conference with Kell Simon re: same. | 2.50 |
| 8/7/2006 | Adams, Russell W. | Conference with Tony Cabbil. | 1.00 |
| 8/16/2006 | Adams, Russell W. | Review draft of pretrial from A. Redd; email to A. Redd. | 0.50 |
| 8/16/2006 | Adams, Russell W. | Draft pretrial order; conference with Kell A. Simon re: same. | 1.50 |
| 8/20/2006 | Adams, Russell W. | Review summary judgment response; prepare for pre-trial. | 1.00 |
| 8/21/2006 | Adams, Russell W. | Travel to Montgomery, AL; attend pre-trial; return from Montgomery, AL. | 3.50 |
| 8/21/2006 | Adams, Russell W. | Conference with Tony Cabbil. | 0.50 |
| 8/22/2006 | Allen, Karen | Receipt and review of Order on Pretrial Hearing; calendared deadlines in pretrial order for Rusty Adams and Karen Allen. | 0.20 |
| 8/24/2006 | Allen, Karen | Office conference with Rusty Adams re: witness & exhibit lists for trial; preparation of Plaintiff's Witness List for Trial. | 2.20 |
| 8/28/2006 | Adams, Russell W. | Conference with A. Redd re: settlement and status of case. | 0.50 |
| 8/28/2006 | Adams, Russell W. | Review and revise of Exhibit and Witness Lists. | 1.20 |
| 9/12/2006 | Adams, Russell W. | Conference with A. Redd; conference with Tony Cabbil re: settlement; conference with A. Redd re: settlement; email to A. Redd re: same. | 1.20 |
| 9/14/2006 | Donahue, Susan | Telephone conference with Rusty Adams re: drafting and filing Joint Motion to Extend Deadlines; draft Motion; telephone conference with Andrew Redd re: Motion; arrange with Kelly Crowe to file same. | 0.50 |
| 9/19/2006 | Allen, Karen | Office conference with Rusty Adams re: preparation of plaintiffs and defendant's trial exhibits; identified exhibits. | 2.00 |
| 9/20/2006 | Allen, Karen | Preparation of defendants exhibits. | 2.00 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 9/21/2006 | Allen, Karen | Preparation of plaintiff's trial exhibits; identify defendant's trial exhibits for Temple Trueblood. | 4.50 |
| 9/21/2006 | Trueblood, Temple D. | Office conference with Rusty Adams re: preparation of objections to witness & exhibit lists and review of Court's Scheduling Order. | 0.50 |
| 9/21/2006 | Trueblood, Temple D. | Telephone conference with Rusty Adams re: defendant's exhibits, motion in limine re: after acquired evidence. | 0.30 |
| 9/21/2006 | Trueblood, Temple D. | Office conference with Kelly Crowe and Karen Allen re: preparation of objections to defendant's exhibit and witness lists. | 0.40 |
| 9/21/2006 | Trueblood, Temple D. | Review of motion summary judgement Brief in preparation for pretrial objections. | 1.10 |
| 9/21/2006 | Trueblood, Temple D. | Review of defendant's witness list. | 0.40 |
| 9/21/2006 | Trueblood, Temple D. | Review of exhibits and preparation of objections to Defendant's Exhibit List. | 3.40 |
| 9/21/2006 | Trueblood, Temple D. | Review of depositions, disclosures, and discovery documents in preparation of objections to defendant's witness list. | 2.50 |
| 9/21/2006 | Trueblood, Temple D. | Telephone conference with Andrew Redd re: request for copy of Defendant's Initial Disclosures. | 0.10 |
| 9/21/2006 | Trueblood, Temple D. | Receipt and review of email from Andrew Redd enclosing defendant's initial disclosures. | 0.20 |
| 9/21/2006 | Trueblood, Temple D. | Telephone conference with Rusty Adams re: preparation of objections to defendant's witness lists and re: objections to defendant depo designations. | 0.20 |
| 9/21/2006 | Adams, Russell W. | Various conferences with Temple Trueblood re: exhibit objections and participation in trial. | 0.80 |
| 9/22/2006 | Trueblood, Temple D. | Preparation of objections to Defendant's Exhibit List. | 6.60 |
| 9/22/2006 | Trueblood, Temple D. | Telephone conference with Rusty Adams re: extension for submission of trial objections and re: preparation for trial. | 0.20 |
| 9/22/2006 | Adams, Russell W. | Conference with co-counsel re: exhibit objections. | 0.20 |
| 9/22/2006 | Adams, Russell W. | Conference with Andrew Redd. | 0.20 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 9/22/2006 | Adams, Russell W. | Conference with judge's law clerk. | 0.10 |
| 9/24/2006 | Adams, Russell W. | Work on jury charges; research re: same. | 3.00 |
| 9/24/2006 | Adams, Russell W. | Review objections to defendant's exhibits. | 0.50 |
| 9/24/2006 | Adams, Russell W. | Research re: character evidence issue. | 1.50 |
| 9/25/2006 | Trueblood, Temple D. | Office conference with Rusty Adams re: preparation of voir dire, jury instructions and review of objections to defendant's exhibits and trial preparation. | 1.20 |
| 9/25/2006 | Adams, Russell W. | Review objections to defendant's exhibits. | 0.50 |
| 9/25/2006 | Adams, Russell W. | Draft voir dire questions. | 2.00 |
| 9/25/2006 | Adams, Russell W. | Draft motions in limine. | 4.00 |
| 9/25/2006 | Adams, Russell W. | Draft objections to deposition designations. | 1.50 |
| 9/25/2006 | Adams, Russell W. | Review defendant's motions in limine, voir dire and jury charges. | 1.00 |
| 9/25/2006 | Adams, Russell W. | Review exhibits for use at trial. | 2.00 |
| 9/26/2006 | Allen, Karen | Preparation of deposition summary of Donna Elliot. | 3.00 |
| 9/26/2006 | Trueblood, Temple D. | Office conference with Rusty Adams re: notice of appearance and trial preparation. | 2.00 |
| 9/26/2006 | Trueblood, Temple D. | Review of trial exhibits in preparation for trial. | 2.10 |
| 9/26/2006 | Trueblood, Temple D. | Office conference with Rusty Adams re: preparation of trial brief. | 0.30 |
| 9/26/2006 | Adams, Russell W. | Work on trial brief; conference with Temple Trueblood. | 2.50 |
| 9/26/2006 | Adams, Russell W. | General trial preparation; conference with Temple Trueblood. | 3.50 |
| 9/26/2006 | Adams, Russell W. | Work on chronology and temporal proximity argument outline. | 2.80 |
| 9/26/2006 | Adams, Russell W. | Conference with Tony Cabbil. | 0.50 |
| 9/27/2006 | Trueblood, Temple D. | Office conference with Rusty Adams re: preparation of Motion to Add Trial Counsel. | 0.20 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 9/27/2006 | Trueblood, Temple D. | Preparation of Motion to Amend Pretrial Order and to Add Trial Counsel. | 0.30 |
| 9/27/2006 | Trueblood, Temple D. | Office conference with Rusty Adams re: preparation for trial, and re: plaintiff's trial exhibits and preparation of plaintiff. | 2.60 |
| 9/27/2006 | Trueblood, Temple D. | Telephone conference with client re: preparation for trial and review of deposition transcript. | 0.30 |
| 9/27/2006 | Trueblood, Temple D. | Review of depositions in preparation for trial. | 1.10 |
| 9/27/2006 | Crowe, Kelly M | Office conference with Rusty Adams regarding trial exhibits for preparation of trial notebooks and preparation of same. | 5.00 |
| 9/27/2006 | Adams, Russell W. | Work on chronology and temporal proximity outline. | 2.00 |
| 9/27/2006 | Adams, Russell W. | Review evidence and outline proof regarding disparate treatment. | 2.50 |
| 9/27/2006 | Adams, Russell W. | Work on Pretrial Brief. | 8.50 |
| 9/27/2006 | Adams, Russell W. | Conference with Temple Trueblood. | 0.20 |
| 9/28/2006 | Allen, Karen | Preparation of deposition summary of Donna Elliot. | 4.00 |
| 9/28/2006 | Allen, Karen | Preparation of deposition summary of Lewis Rager. | 1.00 |
| 9/28/2006 | Trueblood, Temple D. | Review of depositions in preparation for trial (plaintiff & Rager). | 7.60 |
| 9/28/2006 | Trueblood, Temple D. | Telephone conference with Clerk of Court re: Motion to Add Trial Counsel and re: release on 10/4/06. | 0.20 |
| 9/28/2006 | Trueblood, Temple D. | Review of depositions in preparation for trial (Box, Calhoun, and D. Elliot). | 4.40 |
| 9/28/2006 | Crowe, Kelly M | Preparation of trial exhibits, printing of witness & exhibit lists, copying exhibits for defendant's exhibits for notebook. | 8.00 |
| 9/28/2006 | Adams, Russell W. | Review deposition of Donna Elliott; review exhibits for use with Donna Elliott. | 4.00 |
| 9/28/2006 | Adams, Russell W. | Review of deposition of Nicky Calhoun; review exhibits for use with Calhoun. | 4.50 |
| 9/28/2006 | Adams, Russell W. | Conference with Andrew Redd regarding settlement and other issues; | 0.60 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | Narrative | | Hours |
|---|---|---|---|
| | | conference with Tony Cabbil re: same. | |
| 9/29/2006 | Allen, Karen | Preparation of deposition summary of Lewis Rager. | 6.00 |
| 9/29/2006 | Crowe, Kelly M | Review of Jury Profiles and preparation for trial. | 2.00 |
| 9/29/2006 | Crowe, Kelly M | Preparation of trial exhibits, stapling & separating of trial exhibits, & loading up exhibits for trial. | 8.00 |
| 9/29/2006 | Trueblood, Temple D. | Office conference with Rusty Adams and Kelly Crowe re: preparation of plaintiff for trial, delivery of exhibits for trial, order of trial witnesses. | 1.10 |
| 9/29/2006 | Trueblood, Temple D. | Review of depositions in preparation for trial (Gary Elliot, Lewis Rager & Dee Rowe). | 3.50 |
| 9/29/2006 | Trueblood, Temple D. | Meet with client to prepare for trial. | 4.00 |
| 9/29/2006 | Trueblood, Temple D. | Office conference with Rusty Adams re: Motions in Limine, jury selection and trial preparation. | 1.20 |
| 9/29/2006 | Adams, Russell W. | Outline cross examination of Donna Elliott. | 4.50 |
| 9/29/2006 | Adams, Russell W. | Outline cross examination of Lewis Rager. | 3.50 |
| 9/29/2006 | Adams, Russell W. | Outline opening statement. | 2.00 |
| 9/29/2006 | Adams, Russell W. | Conference with Tony Cabbil. | 1.50 |
| 9/29/2006 | Adams, Russell W. | Draft opposition to defendant's motion in limine & exhibit objections. | 2.00 |
| 9/29/2006 | Adams, Russell W. | Revise and file exhibit list. | 0.50 |
| 9/30/2006 | Crowe, Kelly M | Deposition summaries of Nicky Calhoun, Dee Rowe, Gary Elliott and Lewis Rager and preparation of exhibit summaries to same. | 12.50 |
| 9/30/2006 | Trueblood, Temple D. | Review of depositions in preparation for trial (Gary Elliot, Lewis RAger and Dee Rowe). | 3.10 |
| 9/30/2006 | Trueblood, Temple D. | Review of depositions in preparation for trial (Gary Elliott, Lewis Rager, Anita Box) and deposition exhibits. | 4.90 |
| 9/30/2006 | Adams, Russell W. | Review of juror questionnaires; work on voir dire; work on opening argument. | 7.00 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 10/1/2006 | Trueblood, Temple D. | Travel to Montgomery for trial. | 2.00 |
| 10/1/2006 | Trueblood, Temple D. | Review of exhibits in preparation for trial. | 1.00 |
| 10/1/2006 | Trueblood, Temple D. | Preparation of Plaintiff for trial. | 3.50 |
| 10/1/2006 | Trueblood, Temple D. | Preparation of outline for plaintiff trial questions & exhibits. | 5.00 |
| 10/1/2006 | Crowe, Kelly M | Work on trial preparation, work on deposition summaries, preparation of notebook for plaintiff & defendant's outstanding motions for trial. | 2.00 |
| 10/1/2006 | Crowe, Kelly M | Travel to Montgomery for Trial. | 2.00 |
| 10/1/2006 | Crowe, Kelly M | Review of exhibits and list for trial. | 1.50 |
| 10/1/2006 | Trueblood, Temple D. | Review of plaintiff and defendant trial exhibits in preparation for trial. | 2.10 |
| 10/1/2006 | Crowe, Kelly M | Attendance at meeting with Temple & Tony Cabbil in preparation of plaintiff's testimony and assistance with plaintiff's trial notebook with plaintiff. | 2.50 |
| 10/1/2006 | Adams, Russell W. | Work on opening argument; revise of cross-exam of Donna Elliott; conference with Tony Cabbil; revise of cross-exam of Rager; travel to Montgomery. | 14.00 |
| 10/2/2006 | Trueblood, Temple D. | Attendance at trial: Preparation in voir dire selection & arguing pretrial motions. | 3.00 |
| 10/2/2006 | Trueblood, Temple D. | Attendance at opening arguments. | 0.70 |
| 10/2/2006 | Trueblood, Temple D. | Preparation of plaintiff for trial. | 1.00 |
| 10/2/2006 | Trueblood, Temple D. | Plaintiff direct and redirect of plaintiff. | 4.00 |
| 10/2/2006 | Trueblood, Temple D. | Preparation for trial with Rusty Adams, Kelly Crowe, and Plaintiff. | 2.00 |
| 10/2/2006 | Trueblood, Temple D. | Review of depositions of Gary Elliott & preparation of cross examination of Gary Elliott. | 3.00 |
| 10/2/2006 | Trueblood, Temple D. | Preparation of juror exhibit notebooks. | 1.50 |
| 10/2/2006 | Crowe, Kelly M | Attendance at trial: Preparation in voir dire selection. | 3.00 |

# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 10/2/2006 | Crowe, Kelly M | Attendance at opening arguments. | 0.70 |
| 10/2/2006 | Crowe, Kelly M | Attendance in court of plaintif's testimony. | 4.00 |
| 10/2/2006 | Crowe, Kelly M | Preparation for trial with Rusty Adams, Temple Trueblood, and Plaintiff. | 2.00 |
| 10/2/2006 | Crowe, Kelly M | Preparation of jury exhibit notebooks & separating of exhibits for same. | 5.00 |
| 10/2/2006 | Adams, Russell W. | Trial and trial preparation; work on cross-examinations; voir dire. | 14.50 |
| 10/3/2006 | Trueblood, Temple D. | Attendance at trial; preparation and entry of Exhibit 48; review of juror notebooks; and assistance w/ examination of Donna Elliott, Lewis Rager, Nicky Calhoun, Dee Rowe & direct exam and Gary Elliot. | 9.00 |
| 10/3/2006 | Trueblood, Temple D. | Review of deposition of Anita Box in preparation for defendant's witness. | 1.00 |
| 10/3/2006 | Trueblood, Temple D. | Review of deposition of Gary Elliott in preparation for cross & redirect and review of affidavits of Michael Smelley and Anita Box in preparation for trial. | 3.00 |
| 10/3/2006 | Crowe, Kelly M | Attendance at trial. | 9.00 |
| 10/3/2006 | Adams, Russell W. | Trial and trial preparation; work on closing argument. | 15.00 |
| 10/4/2006 | Trueblood, Temple D. | Attendance at jury charge conference at attendance at trial: redirect of Gary Elliott, cross-exam of Michael Smelley and cross-exam of Ken Edwards, closing arguments; jury charged and argument of defendant's motions for judgment as a matter of law and receipt of jury verdict. | 9.30 |
| 10/4/2006 | Trueblood, Temple D. | Conference with client re: jury verdict and potential settlement. | 0.40 |
| 10/4/2006 | Crowe, Kelly M | Attendance at trial regarding jury charge conference, testimony of Gary Elliott, Michael Smelley and Ken Edwards, closing arguments; jury charged and argument of defendant's motions for judgment as a matter of law and receipt of jury verdict. | 9.30 |
| 10/4/2006 | Crowe, Kelly M | Attendance of conference with Temple Trueblood & client re: jury verdict and potential settlement. | 0.40 |
| 10/4/2006 | Adams, Russell W. | Trial and trial preparation; post-trial meeting with client. | 13.50 |



# Wiggins, Childs, Quinn & Pantazis, P.C.
# Fee Application

| Date | | Narrative | Hours |
|---|---|---|---|
| 10/8/2006 | Trueblood, Temple D. | Travel returning from Montgomery, AL to Birmingham, AL from trial. | 1.80 |
| 10/9/2006 | Trueblood, Temple D. | Receipt and review of Judgment. | 0.10 |
| 10/9/2006 | Trueblood, Temple D. | Receipt and review of Jury Verdict. | 0.10 |
| 10/23/2006 | Trueblood, Temple D. | Telephone conference with Rusty Adams regarding preparation of fee petition & affidavits in support thereof. | 0.20 |
| 10/23/2006 | Trueblood, Temple D. | Review of time entries in preparation for fee petition & revisions thereto. | 2.10 |
| 10/23/2006 | Adams, Russell W. | Conference with Temple Trueblood re: fee petition. | 0.20 |
| 10/27/2006 | Allen, Karen | Telephone conference with Rusty Adams re: Bill of Costs; preparation of Bill of Costs. | 1.50 |
| 10/27/2006 | Adams, Russell W. | Draft fee petition and affidavit; review time entries for reasonableness; conference with Karen Allen | 8.50 |
| | | Total | 519.80 |



# EXPENSES

Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**
The Kress Building
301 19th Street North
Birmingham, AL 35203

October 27, 2006

Tony Cabbil
1110 Wakefield Dr.
Tuscaloosa, AL 35405

Matter ID:   015005-0001

RE:   ALDOT
EXPENSES

| Date | Description | Amount |
|---|---|---|
| 3/9/2005 | Photocopy | 0.40 |
| 5/4/2005 | Photocopy | 24.40 |
| 5/5/2005 | Photocopy Expense | 17.00 |
| | IKON Office Solutions (Check No. 2105) | |
| 5/16/2005 | Postage | 7.90 |
| 5/26/2005 | Filing Fee | 250.00 |
| | Clerk of Court (Check No. 2183) | |
| 5/27/2005 | Photocopy | 9.80 |
| 6/3/2005 | Photocopy | 9.00 |
| 6/6/2005 | Mediation Fee | 50.00 |
| | American Arbitration Association (Check No. 2228) | |
| 6/7/2005 | Federal Express | 12.79 |
| | Federal Express (Check No. 2397) | |
| 6/13/2005 | Postage | 10.13 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| Date | Description | Amount |
|---|---|---|
| 6/13/2005 | Postage | 4.79 |
| 6/13/2005 | Postage | 0.60 |
| 4/11/2006 | Photocopy | 39.20 |
| 4/11/2006 | Photocopy | 39.20 |
| 4/13/2006 | Photocopy | 2.40 |
| 4/19/2006 | Photocopy | 2.20 |
| 4/19/2006 | Postage | 0.87 |
| 4/20/2006 | Photocopy | 56.80 |
| 4/26/2006 | Fax | 10.00 |
| 4/30/2006 | Research Expense: West Law: 04/01/06 - 04/30/06 | 351.75 |
| 5/1/2006 | Photocopy | 3.20 |
| 5/3/2006 | Photocopy | 0.60 |
| 5/3/2006 | Photocopy | 0.60 |
| 5/9/2006 | Photocopy | 12.80 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| Date | Description | Amount |
|---|---|---|
| 5/9/2006 | Photocopy | 51.20 |
| 5/12/2006 | Mileage Expense | 92.80 |
| | Kell A. Simon (Check No. 5507) | |
| 5/15/2006 | Photocopy | 0.40 |
| 5/15/2006 | Photocopy | 0.20 |
| 5/19/2006 | Postage | 0.78 |
| 5/25/2006 | Transcript Expense | 395.65 |
| | Reagan Reporters, L.L.C. (Check No. 5671) | |
| 5/31/2006 | Transcript Expense | 2,288.15 |
| | Freedom Court Reporting, Inc. | |
| 6/29/2006 | Photocopy | 24.00 |
| 6/30/2006 | Research Expense: West Law: 06/01/06 - 06/30/06 | 289.38 |
| 9/14/2006 | Fax | 9.00 |
| 9/19/2006 | Photocopy | 95.40 |
| 9/20/2006 | Photocopy | 0.20 |
| 9/20/2006 | Photocopy | 12.40 |
| 9/21/2006 | Photocopy | 31.40 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| Date | Description | Amount |
|---|---|---|
| 9/21/2006 | Photocopy | 1.20 |
| 9/21/2006 | Photocopy | 0.20 |
| 9/21/2006 | Photocopy | 3.20 |
| 9/25/2006 | Photocopy | 12.40 |
| 9/27/2006 | Witness Fee<br>Nicky Calhoun (Check No. 10484) | 151.40 |
| 9/27/2006 | Witness Fee<br>Donna Elliott (Check No. 10482) | 151.40 |
| 9/27/2006 | Witness Fee<br>Lewis Rager (Check No. 10481) | 151.40 |
| 9/27/2006 | Witness Fee<br>Gary Elliott (Check No. 10483) | 151.40 |
| 9/27/2006 | Photocopy | 4.80 |
| 9/27/2006 | Photocopy | 0.20 |
| 9/27/2006 | Witness Fee<br>Kenneth Edwards (Check No. 10485) | 151.40 |
| 9/27/2006 | Witness Fee<br>Dee Rowe (Check No. 10480) | 151.40 |
| 9/28/2006 | Photocopy Expense<br>IKON Office Solutions | 1,432.73 |
| 9/28/2006 | Photocopy | 431.60 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| | | |
|---|---|---|
| 9/28/2006 | Photocopy | 36.20 |
| 9/28/2006 | Photocopy | 0.40 |
| 9/28/2006 | Photocopy | 40.20 |
| 9/28/2006 | Photocopy | 1.20 |
| 9/28/2006 | Photocopy | 72.00 |
| 9/28/2006 | Photocopy | 18.00 |
| 9/28/2006 | Photocopy | 91.20 |
| 9/28/2006 | Photocopy | 0.20 |
| 9/29/2006 | Photocopy | 3.00 |
| 9/29/2006 | Photocopy | 9.00 |
| 9/29/2006 | Photocopy | 24.00 |
| 9/30/2006 | Research Expense: Pacer: 07/01/06 - 09/30/06 | 22.08 |
| 9/30/2006 | Research Expense: West Law: 09/01/06 - 09/30/06 | 74.46 |
| 10/1/2006 | Photocopy | 139.60 |

**Wiggins, Childs, Quinn & Pantazis, LLC (B'ham)**

| Date | Description | Amount |
|---|---|---|
| 10/1/2006 | Photocopy | 35.00 |
| 10/1/2006 | Photocopy | 15.60 |
| 10/1/2006 | Courier<br>Lawcouriers (Check No. 10731) | 220.00 |
| 10/3/2006 | Federal Express<br>Federal Express | 19.90 |
| 10/3/2006 | Federal Express<br>Federal Express | 10.90 |
| 10/5/2006 | Mileage Expense<br>Kelly Crowe (Check No. 10638) | 128.00 |
| 10/5/2006 | Travel Expense<br>Russell W. Adams Esquire (Check No. 10808) | 1,202.89 |
| 10/5/2006 | Mileage Expense<br>Russell W. Adams Esquire (Check No. 10808) | 173.60 |
| 10/5/2006 | Mileage Expense<br>Temple Trueblood | 87.20 |
| 10/5/2006 | Travel Expense<br>Temple Trueblood | 1,256.20 |
| | **TOTAL EXPENSES** | **$ 10,682.95** |