IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-T |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR TWO WEEK EXTENSION OF ALL ATTORNEYS'
FEES DEADLINES**

COME NOW the plaintiff and defendant and jointly move this court for a two-week extension of all attorneys' fees deadlines. In support of this motion, the parties state as follows:

1. By order dated November 7, 2006 (doc. no.76), this Court has established a briefing schedule relating to the plaintiffs' motion for attorneys fees.

2. The parties have had discussions concerning settlement of the attorneys' fee issue and have scheduled an additional settlement meeting for November 22, 2006.

3. Plaintiff's brief in support of his motion and evidentiary materials are currently due on November 20, 2006, with the defendant's response due on December 4, 2006 and plaintiffs' reply due on December 11, 2006.

4. The parties believe that a two-week extension of these deadlines will allow the

parties sufficient time either to settle plaintiff's attorneys fees or to significantly narrow the issues for the court's consideration.

**WHEREFORE,** premises considered, the parties jointly request a two-week extension of all deadlines relating to attorneys' fees.

Respectfully submitted,

s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff
Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel
Andrew W. Redd (RED001)
George Robert Prescott, Jr. (PRE020)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us