IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TONY CABBIL,                              )
                                          )
    Plaintiff,                            )
                                          )       CIVIL ACTION NO.
    v.                                    )        2:05cv513-MHT
                                          )
STATE OF ALABAMA DEPARTMENT               )
OF TRANSPORTATION,                        )
                                          )
    Defendant.                            )

# ORDER

It is ORDERED as follows:

(1) The joint motion for two-week extension (doc. no. 77) is granted.

(2) Plaintiff's motion for attorneys' fees and expenses (doc. no. 74) is reset for submission, without oral argument, on December 27, 2006.

(3) Plaintiff's supplemental brief and evidentiary materials are due by December 4, 2006.

**(4) Defendant's response is due by December 18, 2006.**

**(5) Plaintiff may file a reply by December 27, 2006.**

**DONE, this the 17th day of November, 2006.**


                                 /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**