IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

JOINT MOTION FOR ADDITIONAL OF ALL ATTORNEYS'
FEES DEADLINES

COME NOW the plaintiff and defendant and jointly move this court for an additional extension of all attorneys' fees deadlines. In support of this motion, the parties state as follows:

1. By order dated November 17, 2006 (doc. no.78), this Court has established a briefing schedule relating to the plaintiffs' motion for attorneys fees.

2. The parties have had additional discussions concerning settlement of the attorneys' fee issue and believe that settlement may be possible.

3. However, counsel for defendant needs additional time to confer with state officials.

4. Plaintiff's brief in support of his motion and evidentiary materials are currently due on December 4, 2006, with the defendant's response due on December 18, 2006 and plaintiffs' reply due on December 27, 2006.

5. The parties believe that a two-week extension of these deadlines will allow the parties sufficient time either to settle plaintiff's attorneys fees or to significantly narrow the issues for the court's consideration.

**WHEREFORE**, premises considered, the parties jointly request an additional two-week extension of all deadlines relating to attorneys' fees.

Respectfully submitted,

s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff
Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel
Andrew W. Redd (RED001)
George Robert Prescott, Jr. (PRE020)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito  
Andrew Redd  
Robert Prescott  
Alabama Department of Transportation  
1409 Coliseum Boulevard  
Montgomery, Alabama 36110

                                        s/ Russell W. Adams  
                                        Counsel for Plaintiff