IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv513-MHT |
| | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF TRANSPORTATION, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED as follows:

(1) The joint motion for two-week extension (doc. no. 79) is granted.

(2) Plaintiff's motion for attorneys' fees and expenses (doc. no. 74) is reset for submission, without oral argument, on January 9, 2007.

(3) Plaintiff's supplemental brief and evidentiary materials are due by December 18, 2006.

(4) Defendant's response is due by January 2, 2007.

**(5) Plaintiff may file a reply by January 9, 2007.**

**DONE, this the 4th day of December, 2006.**

                           /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**