IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-T |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

JOINT MOTION FOR EXTENSION OF ALL ATTORNEYS'
FEES DEADLINES

COME NOW the plaintiff and defendant and jointly move this court for an additional extension of all attorneys' fees deadlines. In support of this motion, the parties state as follows:

1. This Court has established a briefing schedule relating to the plaintiffs' motion for attorneys fees.

2. Plaintiff's brief in support of his motion and evidentiary materials are currently due on December 18, 2006, with the defendant's response due on January 2, 2006 and plaintiffs' reply due on January 9, 2006.

3. The parties held additional settlement discussions on December 14, and December 15, 2006 concerning fee issues.

4. Those discussions have reached an impasse due to the unavailability of certain state officials through the end of the year due to vacation and other issues.

5. The parties believe that an additional extension of these deadlines may result in a resolution or narrowing of the issues for the court's consideration.

**WHEREFORE**, premises considered, the parties jointly request that plaintiff's brief and evidentiary materials in support of his motion be due on January 10, 2006, with the defendant's response due on January 25, 2006 and plaintiffs' reply due on February 1, 2006.

    Respectfully submitted,

    s/ Russell W. Adams
    Russell W. Adams
    Counsel for Plaintiff
    Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

    s/ Andrew W. Redd
    Jim R. Ippolito, Jr. (IPP001)
    Assistant Attorney General
    Chief Counsel
    Andrew W. Redd (RED001)
    George Robert Prescott, Jr. (PRE020)
    Assistant Attorney General
    Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
Telephone: (334) 242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us

## CERTIFICATE OF SERVICE

   I hereby certify that on the 15th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Robert Prescott
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                   s/ Russell W. Adams
                   Counsel for Plaintiff