IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TONY CABBIL,                         )
                                     )
    Plaintiff,                       )
                                     )      CIVIL ACTION NO.
    v.                               )      2:05cv513-MHT
                                     )
STATE OF ALABAMA DEPARTMENT          )
OF TRANSPORTATION,                   )
                                     )
    Defendant.                       )
```

ORDER

It is ORDERED that the joint motion for extension (doc. no. 81) is denied.

DONE, this the 19th day of December, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**