IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| TONY CABBIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv513-MHT |
| | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The court having been orally informed that there is a settlement as to plaintiff's motion for attorneys' fees and expenses (doc. no. 74), it is ORDERED that the motion is denied with leave to renew within 45 days from the date of this order if the settlement agreement is not consummated.

DONE, this the 26th day of January, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE