IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION and JOE ) | |
| MCINNES, In his official capacity as ) | |
| Director of the State of ) | |
| Alabama Department of ) | |
| Transportation; ) | |
| ) | |
| Defendants. ) | |

### JOINT NOTICE OF FILING PROPOSED CONSENT ORDER

COME NOW the plaintiff and the defendant in the above-styled cause and give the Court Notice of filing the attached Proposed Consent Order (Exhibit A) which reflects the parties' settlement of fees, expenses and costs.

Respectfully submitted,

s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff
Alabama State Bar No. 3760-A62R

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

                                    s/ Andrew W. Redd
                                    Jim R. Ippolito, Jr. (IPP001)
                                    Assistant Attorney General
                                    Chief Counsel
                                    Andrew W. Redd (RED001)
                                    George Robert Prescott, Jr. (PRE020)
                                    Assistant Attorney General
                                    Assistant Counsel

OF COUNSEL:
Jim R. Ippolito, Jr.
Andrew Redd
Robert Prescott
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Jim R. Ippolito
Andrew Redd
Robert Prescott
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110

                                    s/ Russell W. Adams
                                    Counsel for Plaintiff