IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>STATE OF ALABAMA DEPARTMENT )<br>OF TRANSPORTATION and JOE )<br>MCINNES, in his official capacity as )<br>Director of the State of )<br>Alabama Department of )<br>Transportation; )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER:<br>2:05-cv-513-T |

## ORDER

Counsel for Plaintiff had previously filed a Motion for Attorneys' Fees and Expenses (Doc. no. 74). The parties then orally informed the Court that settlement of that motion had been reached. Doc. no. 83.

Based upon agreement of the parties, it is ordered, adjudged, and deemed as follows:

The defendants shall pay counsel for the plaintiff, Wiggins, Childs, Quinn and Pantazis, LLC, the sum of $85,000 in satisfaction of all claims for attorneys fees, costs and expenses in this action within 30 days of the date of this order.

DONE, this the ___ day of March 2007.

_____
Myron H. Thompson
United States District Judge