IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CABBIL, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-513-MHT |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION and JOE ) | |
| MCINNES, in his official capacity as ) | |
| Director of the State of ) | |
| Alabama Department of ) | |
| Transportation; ) | |
| ) | |
| **Defendants.** ) | |

## CONSENT ORDER

Currently pending before the Court is Plaintiff's Motion for Attorneys' Fees and Expenses (Doc. No. 74). The parties have informed the Court that they have settled that motion on the terms set forth below. Based upon the agreement of the parties, it is ORDERED as follows:

1. Plaintiff's motion for attorneys' fees and expenses (doc. no. 74) is DENIED as moot.

2. The defendant shall pay counsel for the plaintiff the sum of $85,000 within 30 days of the date of this order. Said payment is for all attorneys fees, paralegal fees, costs, and expenses in this action.

3. The defendant shall satisfy the judgment in favor of the plaintiff by paying counsel for the plaintiff the sum of $13,257.94 plus applicable post-judgment interest within 30 days of the date of this order.

DONE, this the 8th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE